| | |
|---|---|
| 1 | **Albert N. Kennedy**, OSB No. 82142 |
| | Direct Dial: (503) 802-2013 |
| 2 | Facsimile: (503) 972-3713 |
| | E-Mail: al@tonkon.com |
| 3 | **Timothy J. Conway**, OSB No. 85175 |
| | Direct Dial: (503) 802-2027 |
| 4 | Facsimile: (503) 972-3727 |
| | E-Mail: tim@tonkon.com |
| 5 | **Michael W. Fletcher**, OSB No. 01044 |
| | Direct Dial: (503) 802-2169 |
| 6 | Facsimile: (503) 972-3869 |
| | E-Mail: michaelf@tonkon.com |
| 7 | **TONKON TORP LLP** |
| | 1600 Pioneer Tower |
| 8 | 888 S.W. Fifth Avenue |
| | Portland, OR 97204 |
| 9 | |
| 10 | Attorneys for Tort Claimants Committee |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | | |
|---|---|---|---|
| In re | ) | | |
| | ) | | |
| ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON, | ) ) ) ) ) | Case No. 04-37154-elp11 | |
| Debtor. | ) ) | | |
| | ) | | |
| TORT CLAIMANTS COMMITTEE, | ) ) | Adversary Proceeding No. 04-3292-elp | |
| Plaintiff, | ) ) | | |
| v. | ) ) | **COMPLAINT (DECLARATORY JUDGMENT RE PROPERTY OF THE ESTATE)** | |
| ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON, | ) ) ) ) ) ) | | |
| Defendant. | ) | | |

The Committee of Tort Claimants ("Committee") alleges as follows:

Page 1 of 4 -   COMPLAINT (DECLARATORY JUDGMENT RE PROPERTY OF THE ESTATE)

1. The Committee is the Committee of Tort Claimants appointed by the United States Trustee pursuant to 11 USC § 1102(a)(1).

2. The Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole ("Debtor"), is an Oregon non-profit corporation doing business as the Archdiocese of Portland in Oregon. Debtor was originally incorporated as a non-profit corporation in Oregon in 1874 with the name "Roman Catholic Archbishop of the Diocese of Oregon." In 1940, Debtor's name was changed to "Roman Catholic Archbishop of the Archdiocese of Portland in Oregon." In 1991, Debtor merged with the Archdiocese of Portland in Oregon, an Oregon nonprofit corporation, and was the surviving corporation resulting from the merger. In 1994, Debtor filed Articles of Correction which stated its correct name as "Roman Catholic Archbishop of the Archdiocese of Portland in Oregon, and successors, a corporation sole." Thereafter, Debtor filed its Articles of Amendment, which changed its name to "Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole."

3. Jurisdiction over this adversary proceeding arises under 28 USC §§ 1334(b) and 157(b), and Rule 2101-1 of the Local Rules of Civil Procedure for the United States District Court for the District of Oregon.

4. Venue is proper in this district pursuant to 28 USC § 1409(a) because this is a core proceeding arising in a bankruptcy case pending in this district.

5. This proceeding is a core proceeding under 28 USC § 157(b).

6. On July 6, 2004 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

7. The filing by Debtor of its voluntary petition created an estate comprised of the property described in 11 USC § 541(a), wherever located and by whomever held, including all legal or equitable interests of Debtor in property as of the commencement of the case, and any interest in property that the estate acquires after the commencement of

Page 2 of 4 - COMPLAINT (DECLARATORY JUDGMENT RE PROPERTY OF THE ESTATE)

1  the case.

2        8.      On July 30, 2004, pursuant to 11 USC § 521 and Bankruptcy

3  Rule 1007(b), Debtor filed its Statement of Financial Affairs and its Schedules of Assets and

4  Liabilities.

5        9.      On Schedule B, Personal Property, to Debtor's Schedules of Assets

6  and Liabilities, Debtor listed the following personal property that is being held in Debtor's

7  name or has been deposited or invested in accounts in Debtor's name, but that "Debtor does

8  not consider to be property of the estate:"

9        a.      An Umpqua Bank Money Market Account with a balance of

10  $17,554.33 containing funds that Debtor does not consider to be property of the estate;

11        b.      A Union Bank Short-Term Cash Account with a balance of

12  $9,625,214 as of June 30, 2004 containing funds that Debtor does not consider to be property

13  of the estate;

14        c.      A Union Bank of California Equity Account with a value as of

15  June 30, 2004 of $59,546,693 that Debtor does not consider to be property of the estate;

16        d.      Union Bank of California Archdiocese Fixed Income Accounts

17  with a value as of June 30, 2004 of $28,680,991 that Debtor does not consider to be property

18  of the estate; and

19        e.      Certain machinery, equipment, fixtures and inventory that

20  Debtor does not consider to be property of the estate.

21        10.      On Schedule A, Real Property, of Debtor's Schedules of Assets and

22  Liabilities, Debtor states that it holds bare legal title, but no equitable or beneficial interest, in

23  certain real property assets listed in response to Question 14 on Debtor's Statement of

24  Financial Affairs.

25        11.      In response to Question 14 on its Statement of Financial Affairs,

26  Debtor attached Exhibits 14.A and 14.B as follows:

Page 3 of 4 -   COMPLAINT (DECLARATORY JUDGMENT RE PROPERTY OF THE ESTATE)

a. In Exhibit 14.A to Debtor's Statement of Financial Affairs, Debtor states that it is holding for others certain bank accounts, investment accounts and other funds and accounts, more particularly described in Exhibit 14.A.

b. In Exhibit 14.B to Debtor's Statement of Financial Affairs, Debtor states that it holds bare legal title to certain real properties for the benefit of parishes, schools, cemeteries and other interests, and that Debtor has no legal or beneficial interests in the properties, all as more particularly described in Exhibit 14.B to Debtor's Statement of Financial Affairs.

12. The Committee contends that the real and personal property listed on Exhibits 14.A and 14.B to Debtor's Statement of Financial Affairs, and the real and personal property identified on Schedules A and B to Debtor's Schedules of Assets and Liabilities as property that Debtor does not consider to be property of the estate or that Debtor contends are being held by Debtor for others (together, all such property shall be referred to as the "Disputed Property"), is, in fact, property of Debtor's estate free and clear of the interests of any other person.

13. An actual controversy exists with respect to the interests of the estate in the Disputed Property..

WHEREFORE, the Committee prays for :

(a) A declaratory judgment that the Disputed Property is property of the estate free of the interests of any other person; and

(b) Such other and further relief as is just and equitable.

DATED this 11th day of August, 2004.

TONKON TORP LLP

By _____
ALBERT N. KENNEDY, OSB No. 82142
Attorneys for Tort Claimants Committee

032545\00001\579567 V001

Page 4 of 4 - COMPLAINT (DECLARATORY JUDGMENT RE PROPERTY OF THE ESTATE)

| B 104 **ADVERSARY PROCEEDING COVER SHEET** (Rev. 2/92)    (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only)  04-3292 |
|---|---|
| **PLAINTIFF** <br> TORT CLAIMANTS COMMITTEE | **DEFENDANTS** <br> ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the Archdiocese of Portland in Oregon, |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Albert N. Kennedy    503-802-2013 <br> Tonkon Torp LLP <br> 1600 Pioneer Tower <br> 888 S.W. Fifth Avenue <br> Portland, OR 97204-2099 | **ATTORNEYS** (If Known) <br> Thomas W. Stilley    503-227-1111 <br> William N. Stiles <br> Sussman Shank LLP <br> 1000 S.W. Broadway, Suite 1400 <br> Portland, OR 97205-3089 |

CLERK US BANKRUPTCY COURT  '04 AUG 11 P2:44  LODGED___ REC'D___ PAID___ DOCKETED___

**PARTY** (Check one box only)    ☐ 1. U.S. PLAINTIFF    ☐ 2. U.S. DEFENDANT    ☒ 1. U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

The action seeks a declaratory judgment relating to certain property of the estate

**NATURE OF SUIT** (Check the one most appropriate box only.)

- ☐ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner of the property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. §727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12 or Chap. 13 Plan
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☒ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check on box only.)    ☒ 1 Original Proceeding    ☐ 2 Removed Proceeding    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred From Another Bankruptcy Court    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND <br> $ | OTHER RELIEF SOUGHT <br> Declaratory Judgment | ☐ JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR <br> **ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the Archdiocese of Portland in Oregon,** | BANKRUPTCY CASE NO. <br> 04-37154-elp11 |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING <br> Oregon | DIVISIONAL OFFICE | NAME OF JUDGE <br> Elizabeth L. Perris |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)    ☒ FEE ATTACHED    ☐ FEE NOT REQUIRED    ☐ FEE IS DEFERRED

| DATE <br> August 11, 2004 | PRINT NAME <br> Albert N. Kennedy | SIGNATURE OF ATTORNEY (OR PLAINTIFF) <br> *Albert N. Kennedy* |
|---|---|---|

APCS-B104 Page 1 of 2 (2/92)