**Albert N. Kennedy**, OSB No. 82142
   Direct Dial: (503) 802-2013
   Facsimile: (503) 972-3713
   E-Mail: al@tonkon.com
**Timothy J. Conway**, OSB No. 85175
   Direct Dial: (503) 802-2027
   Facsimile: (503) 972-3727
   E-Mail: tim@tonkon.com
**Michael W. Fletcher**, OSB No. 01044
   Direct Dial: (503) 802-2169
   Facsimile: (503) 972-3869
   E-Mail: michaelf@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

Attorneys for Tort Claimants Committee

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'04 NOV 12 P1 :14

LODGED_____ REC'D ✓
PAID_____ DOCKETED_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>    Debtor. | Case No. 04-37154-elp11 |
| TORT CLAIMANTS COMMITTEE,<br><br>    The Committee,<br><br>v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>    Defendant. | Adv. Proc. No. 04-03292-elp<br><br>**TORT CLAIMANTS COMMITTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>ORAL ARGUMENT REQUESTED |

Page 1 of 2 - TORT CLAIMANTS COMMITTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1  Pursuant to Bankruptcy Rule 7056 and Federal Rule of Civil Procedure 56,
2  the Tort Claimants Committee moves for an order granting it partial summary judgment as
3  follows:
4      1.    Dismissing Debtor's Third Affirmative Defense (Lack of Subject
5  Matter Jurisdiction);
6      2.    Dismissing Debtor's Fifth Affirmative Defense (Religious Freedom);
7      3.    Dismissing Debtor's Sixth Affirmative Defense (Not Property of the
8  Estate) as it applies to Debtor's parishes' and schools' interest in the Disputed Real Property
9  identified in Exhibit 14b to Debtor's Statement of Financial Affairs, as amended; and
10     4.    Declaring that Debtor's parishes and schools have no legal or
11 beneficial interest in the Disputed Real Property.
12 This motion is supported by the Tort Claimants Committee's Memorandum in
13 Support, the Tort Claimants Committee's Concise Statement of Material Facts, the Affidavit
14 of Albert N. Kennedy, the Affidavit of Malcolm Newkirk and the Affidavit of Patricia L.
15 Miller.
16 DATED this 12th day of November, 2004.
17 TONKON TORP LLP
18
19 By _____
20 ALBERT N. KENNEDY, OSB No. 82142
    Attorneys for Tort Claimants Committee
21 MARCI A. HAMILTON, *Pro Hac Vice*
    36 Timber Knoll Drive
22 Washington Crossing, PA 18977
    Telephone: (215) 493-1973
23
    Special Counsel for Tort Claimants Committee
24 032545\00001\595344 V001
25
26

Page 2 of 2 - TORT CLAIMANTS COMMITTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| 1 | **Albert N. Kennedy**, OSB No. 82142 |
| | Direct Dial: (503) 802-2013 |
| 2 | Facsimile: (503) 972-3713 |
| | E-Mail: al@tonkon.com |
| 3 | **Timothy J. Conway**, OSB No. 85175 |
| | Direct Dial: (503) 802-2027 |
| 4 | Facsimile: (503) 972-3727 |
| | E-Mail: tim@tonkon.com |
| 5 | **Michael W. Fletcher**, OSB No. 01044 |
| | Direct Dial: (503) 802-2169 |
| 6 | Facsimile: (503) 972-3869 |
| | E-Mail: michaelf@tonkon.com |
| 7 | **TONKON TORP** LLP |
| | 1600 Pioneer Tower |
| 8 | 888 S.W. Fifth Avenue |
| | Portland, OR 97204 |

Attorneys for Tort Claimants Committee



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,

Debtor.

Case No. 04-37154-elp11

---

TORT CLAIMANTS COMMITTEE,

Plaintiff,

v.

ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,

Defendant.

Adv. Proc. No. 04-03292-elp

**CERTIFICATE OF SERVICE RE TORT CLAIMANTS COMMITTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Page 1 of 3 - CERTIFICATE OF SERVICE RE TORT CLAIMANTS COMMITTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

| | |
|---|---|
| 1 | I hereby certify that I served copies of the following documents on the parties listed below: |
| 2 | |
| 3 | 1.    Proposed Order Granting Tort Claimants Committee's Motion for Leave to Submit Overlength Brief and Overlength Concise Statement of Material Facts; |
| 4 | 2.    Tort Claimants Committee's Motion for Partial Summary Judgment; |
| 5 | 3.    Tort Claimants Committee's Memorandum in Support of Motion for Partial Summary Judgment: |
| 6 | |
| 7 | 4.    Tort Claimants Committee's Concise Statement of Material Facts; |
| 8 | 5.    Affidavit of Albert N. Kennedy in Support of Tort Claimants Committee's Motion for Partial Summary Judgment; |
| 9 | 6.    Affidavit of Malcolm Newkirk in Support of Tort Claimants Committee's Motion for Partial Summary Judgment; and |
| 10 | |
| 11 | 7.    Affidavit of Patricia L. Miller in Support of Tort Claimants Committee's Motion for Partial Summary Judgment. |
| 12 | Howard M. Levine |
| 13 | Thomas W. Stilley<br>William N. Stiles |
| 14 | Sussman Shank LLP<br>1000 S.W. Broadway, Suite 1400 |
| 15 | Portland, OR 97205-3089<br>    Attorneys for Debtor Roman Catholic Archbishop of Portland in Oregon |
| 16 | James M. Finn<br>Schwabe, Williamson & Wyatt, P.C. |
| 17 | 1600-1900 Pacwest Center<br>1211 S.W. Fifth Avenue |
| 18 | Portland, OR 97204-3795<br>    Special Counsel for Debtor |
| 19 | |
| 20 | Pamela J. Griffith<br>U.S. Trustee's Office |
| 21 | 620 S.W. Main Street, Room 213<br>Portland, OR 97205 |
| 22 | by causing a copy thereof to be hand-delivered to each party at each party's last-known address on the date set forth below; and on |
| 23 | |
| 24 | L. Martin Nussbaum<br>Rothgerber Johnson & Lyons LLP |
| 25 | Wells Fargo Tower, Suite 1100<br>90 South Cascade Avenue |
| 26 | Colorado Springs, CO 80903<br>    Special Counsel for Debtor |

Page 2 of 3 -  CERTIFICATE OF SERVICE RE TORT CLAIMANTS COMMITTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1  by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set
2  forth below.

3        DATED this 12th day of November, 2004.

4                      TONKON TORP LLP

5                      By /s/ Albert N. Kennedy
                      ALBERT N. KENNEDY, OSB No. 82142
6                        Attorneys for Tort Claimants Committee
032545\00001\598853 V001

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 of 3 -   CERTIFICATE OF SERVICE RE TORT CLAIMANTS COMMITTEE'S MOTION FOR
               PARTIAL SUMMARY JUDGMENT