Steven M. Hedberg, OSB No. 84244 (shedberg@perkinscoie.com)
Douglas R. Pahl, OSB No. 95047 (dpahl@perkinscoie.com)
Jeanette L. Thomas, OSB No. 98042 (jthomas@perkinscoie.com)
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000

Of Attorneys for Committee of Parishioners

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, and successors, a corporation sole, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>Debtor. | NO. 04-37154-elp11 |
| TORT CLAIMANTS COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, and successors, a corporation sole, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>Defendant. | Adversary Proceeding<br>No. 04-3292-elp<br><br>**MOTION TO INTERVENE** |

Pursuant to Fed. R. Bankr. P. 7024 and Fed. Rule Civ. P. 24, the Committee of Parishioners, made up of no less than 69 parish communities, including parishes, parishioners,

PAGE 1- MOTION TO INTERVENE

[54319-0001-000000/PA050310.153]

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

beneficiaries, donors, settlers, and other parties with direct connections to parish services and properties (the "Parishioners Committee"), moves (the "Motion") for an Order (1) granting the Parishioners Committee leave to intervene as of right in the above-captioned adversary proceeding pursuant to Fed. Rule Civ. P. 24(a)(2) or, in the alternative, granting the Parishioners Committee leave to intervene permissively pursuant to Fed. Rule Civ. P. 24(b)(2); and (2) granting the Parishioners Committee leave to file its Answer attached hereto as Exhibit 1.

The Motion is supported by the Parishioners Committee's Memorandum in Support of Motion to Intervene, the Declaration of John Rickman, the Declaration of Cathy Holland, the Declaration of Glenn Pelikan, the Declaration of Johnston Mitchell, and the Declaration of Mary-Helen Brennan. Pursuant to Fed. R. Civ. P. 24(c), the Parishioners Committee has prepared a proposed Answer, which is attached to the Motion as Exhibit A.

Counsel for the Parishioners Committee has conferred with counsel for the Defendant regarding this motion. Defendant does not oppose the intervention of the Parishioners Committee as a third party. Counsel for the Parishioners Committee has also conferred with the Plaintiffs regarding this motion. Counsel for Plaintiffs indicated that Plaintiffs will likely not oppose the relief sought in this Motion.

DATED: February 3, 2005.

**PERKINS COIE LLP**

By _/s/ Douglas Pahl_
Steven M. Hedberg, OSB No. 84244
Douglas R. Pahl, OSB No. 95047
Jeanette L. Thomas, OSB No. 98042
Of Attorneys for Committee of Parishioners

PAGE 2- MOTION TO INTERVENE

[54319-0001-000000/PA050310.153]

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

1  Steven M. Hedberg, OSB No. 84244 (shedberg@perkinscoie.com)
   Douglas R. Pahl, OSB No. 95047 (dpahl@perkinscoie.com)
2  Jeanette L. Thomas, OSB No. 98042 (jthomas@perkinscoie.com
   PERKINS COIE LLP
3  1120 N.W. Couch Street, Tenth Floor
4  Portland, OR 97209-4128
   Telephone: (503) 727-2000
5
        Of Attorneys for Committee of Parishioners
6

7

8

9

10            UNITED STATES BANKRUPTCY COURT

11               FOR THE DISTRICT OF OREGON

12  In re                                    | NO. 04-37154-elp11
13  ROMAN CATHOLIC ARCHBISHOP OF
14  PORTLAND IN OREGON, and successors, a
    corporation sole, dba the ARCHDIOCESE OF
15  PORTLAND IN OREGON
16        Debtor.
17  TORT CLAIMANTS COMMITTEE,                | Adversary Proceeding
18        Plaintiff,                         | No. 04-3292-elp
19  v.                                       | **[PROPOSED] ANSWER AND
                                              | AFFIRMATIVE DEFENSES OF
20                                            | APPLICANT FOR INTERVENTION**
21  ROMAN CATHOLIC ARCHBISHOP OF
    PORTLAND IN OREGON, and successors, a
22  corporation sole, dba the ARCHDIOCESE OF
    PORTLAND IN OREGON,
23
24        Defendant.

25

26

PAGE 1- [PROPOSED] ANSWER AND AFFIRMATIVE DEFENSES

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

[54319-0001-000000/PA050320.022]

Exhibit A
Page 1 of 4

1   In answer to Plaintiff's Complaint, the Committee of Catholic Parishes, Parishioners and
2   Interested Parties in the Archdiocese of Portland in Oregon (the "Committee") alleges as follows:

3   1.  The Committee admits the allegations in paragraph 1 of Plaintiff's Complaint.

4   2.  The Committee admits the allegations in paragraph 2 of Plaintiff's Complaint.

5   3.  Answering paragraph 3 of Plaintiff's Complaint, the Committee admits that, to the
6   extent not limited by the United States Constitution and the Oregon Constitution, and any other
7   applicable nonbankruptcy law, the Bankruptcy Court has jurisdiction over this adversary
8   proceeding. The Committee denies the remaining allegations in paragraph 3.

9   4.  Answering paragraph 4 of Plaintiff's Complaint, to the extent not limited by the
10  United States Constitution and the Oregon Constitution, and any other applicable nonbankruptcy
11  law, the Committee admits venue is proper in this district. The Committee denies the remaining
12  allegations in paragraph 4.

13  5.  Answering paragraph 5 of Plaintiff's Complaint, to the extent not limited by the
14  United States Constitution and the Oregon Constitution, and any other applicable nonbankruptcy
15  law, the Committee admits the allegations in paragraph 5 of Plaintiff's Complaint.

16  6.  The Committee admits the allegations in paragraph 6 of Plaintiff's Complaint.

17  7.  The Committee admits the allegations in paragraph 7 of Plaintiff's Complaint only
18  to the extent that the Debtor, by filing its voluntary petition, created an estate comprised of the
19  property described in 11 USC § 541(a). The Committee denies the remaining allegations in
20  paragraph 7.

21  8.  The Committee admits the allegations in paragraph 8 of Plaintiff's Complaint.

22  9.  The Committee admits the allegations in paragraph 9 of Plaintiff's Complaint only
23  to the extent that Schedule B, Personal Property, to the Debtor's Schedules of Assets and
24  Liabilities was filed and that the document speaks for itself with respect to its contents. The
25  Committee denies the remaining allegations in paragraph 9.

26

PAGE  2-  [PROPOSED] ANSWER AND AFFIRMATIVE DEFENSES

Exhibit A
Page 2 of 4

[54319-0001-000000/PA050320.022]

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

1    10. The Committee admits the allegations in paragraph 10 of Plaintiff's Complaint only to the extent that Schedule A, Real Property, to the Debtor's Schedules of Assets and Liabilities was filed and that the document speaks for itself with respect to its contents. The Committee denies the balance of the allegations in paragraph 10.

11. The Committee admits the allegations in paragraph 11 of Plaintiff's Complaint only to the extent that Exhibits 14.A and 14.B attached to Question 14 of its Statement of Financial Affairs were filed and speak for themselves with respect to their contents. The Committee denies the remaining allegations in paragraph 11.

12. Answering paragraph 12 of Plaintiff's Complaint, the Committee admits that Plaintiff has made certain contentions. The Committee denies Plaintiff's allegations that the Disputed Property is property of the estate. The Committee denies the remaining allegations in paragraph 12.

13. Defendant admits the allegations in paragraph 13 of Plaintiff's Complaint.

14. Except as expressly admitted above, the Committee denies each and every other allegation in Plaintiff's Complaint.

**FIRST AFFIRMATIVE DEFENSE**
**(Failure to Join Parties Needed for Just Adjudication)**
**(Fed. R. Bankr. Proc. 7012(b)(7) and 7019)**

15. The Plaintiff has failed to join necessary parties or parties whose presence is required for just adjudication, including but not limited to parties not represented by the Committee with beneficial or other interests in the Disputed Property (as defined in the Complaint).

**SECOND AFFIRMATIVE DEFENSE**
**(Failure to State a Claim Upon Which Relief Can Be Granted)**
**(Fed. R. Bankr. Proc. 7012(b)(6))**

16. The Plaintiff has filed to state a claim upon which relief can be granted.

PAGE 3- [PROPOSED] ANSWER AND AFFIRMATIVE DEFENSES

[54319-0001-000000/PA050320.022]

Exhibit A
Page 3 of 4

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

### THIRD AFFIRMATIVE DEFENSE
### (Not Property of the Estate)

17. The Debtor holds the Disputed Property (as defined in the Complaint) for others under, among other things, the law of trusts, the Code of Canon Law, restrictions by and for others, and other applicable bankruptcy law.

### FOURTH AFFIRMATIVE DEFENSE
### (Lack of Subject Matter Jurisdiction)
### (Fed. R. Bankr. Proc. 7012(b)(1))

18. The Court lacks jurisdiction over some or all of Plaintiff's claims.

### FIFTH AFFIRMATIVE DEFENSE
### (Religious Freedom)

19. The relief sought by Plaintiff would violate the First Amendment and its Oregon counterpart, ORS 65.042, and other applicable nonbankruptcy law.

WHEREFORE, the Committee requests the Court enter a judgment dismissing with prejudice the Complaint and all claims for relief asserted by Plaintiff and for a judgment in favor of the Committee for its costs and disbursements incurred herein, and for such other relief as the Court may deem just and equitable.

Dated this 3rd day of February, 2005

**PERKINS COIE LLP**

By _____
Douglas R. Pahl, OSB No. 95047
Of Attorneys for Committee of Parishioners

PAGE 4- [PROPOSED] ANSWER AND AFFIRMATIVE DEFENSES

[54319-0001-000000/PA050320.022]

Exhibit A
Page 4 of 4

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222