1   Below is an order of the Court.

2   *[signature]*

3   Elizabeth L. Perris
    U.S. Bankruptcy Court Judge

4

5

6

7

8

9              UNITED STATES BANKRUPTCY COURT

10               FOR THE DISTRICT OF OREGON

| 11  In re | NO. 04-37154-elp11 |
|-----------|--------------------|

12  ROMAN CATHOLIC ARCHBISHOP OF
    PORTLAND IN OREGON, and successors, a
13  corporation sole, dba the ARCHDIOCESE OF
    PORTLAND IN OREGON,
14

15              Debtor.

16  ————————————————————

17  TORT CLAIMANTS COMMITTEE,            Adversary Proceeding
                                         No. 04-3292-elp
18              Plaintiff,
                                         *ELP*
    v.                                   [PROPOSED] ORDER GRANTING
19                                       MOTION TO INTERVENE

20  ROMAN CATHOLIC ARCHBISHOP OF
    PORTLAND IN OREGON, and successors, a
21  corporation sole, dba the ARCHDIOCESE OF
    PORTLAND IN OREGON,
22

23              Defendant.
    ————————————————————

24       On March 14, 2005, the Court conducted a hearing on the motion by the Committee of

25  Catholic Parishes, Parishioners and Interested Parties in the Archdiocese of Portland in Oregon

26  (the "Committee of Parishioners") to intervene (the "Motion").  Steven M. Hedberg and

PAGE    1- *ELP* [PROPOSED] ORDER GRANTING MOTION TO
        INTERVENE

[54319-0001-000000/PA043000.089]

1    Douglas R. Pahl appeared on behalf of the Committee of Parishioners.  Howard M. Levine of

2    Sussman Shank LLP and Martin Nussbaum of Rothgerber Johnson & Lyons LLP appeared on

3    behalf of the Defendant.  Albert N. Kennedy of Tonkin Torp LLP appeared on behalf of the

4    Plaintiff.

5            The Court considered the Motion, the supporting and opposing memoranda and

6    declarations, and the other submissions by the parties, and considered the arguments of counsel.

7    Based thereon, and the Court being otherwise duly advised, it is

8            ORDERED:

9            The Motion is granted.  The Committee of Parishioners is allowed to intervene and is

10   authorized to file and serve an answer to the complaint in this action.

11

12   PRESENTED BY:

13   PERKINS COIE LLP

14

15   _____

16   Steven M. Hedberg, OSB No. 84244
     Douglas R. Pahl, OSB No. 95047

17   Jeanette L. Thomas, OSB No. 98042

18   Of Attorneys for Committee of Parishioners

19

20

21

22

23

24

25

26

PAGE    2- [PROPOSED] ORDER GRANTING MOTION TO
        INTERVENE

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  (503) 727-2000
Fax:  (503) 727-2222

[54319-0001-000000/PA043000.089]

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **[PROPOSED] ORDER GRANTING**

3

**MOTION TO INTERVENE** by causing a full, true, and correct copy thereof, addressed to the

4

last-known office address of the individuals, except when served by fax, pursuant to the attached

5

Service List to be sent by the following indicated method or methods, on the date set forth

6

below:

7

☐    by **electronically** serving via U. S. District Court's CM/ECF system.

8

9

☐    by **hand delivery** to those attorneys unable to receive electronic transmissions.

10

X    by **mailing** in a sealed, first-class postage-prepaid envelope and

11

deposited with the United States Postal Service at Portland, Oregon.

12

☐    by sending via **overnight courier** in a sealed prepaid envelope.

13

☐    by **faxing** to the attorney at the fax number shown on the attached

14

Service List, which is the last-known fax number for the individual's office.

15

DATED: March 18, 2005.

16

**PERKINS COIE LLP**

17

18

By _____

19

Douglas R. Pahl, OSB No. 95047

Of Attorneys for Committee of Parishioners

20

21

22

23

24

25

26

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

[54319-0001-000000/PA043000.089]

**Tort Claimants Committee v.**
**Roman Catholic Archbishop of Portland**
**in Oregon, and Successors, a corporation sole dba**
**the Archdiocese of Portland in Oregon**
**Adversary Proceeding No. 04-03292-elp**

### List of Interested Parties

James M. Finn
Schwabe, Williamson & Wyatt P.C.
Suite 1600-1900
1211 SW Fifth Avenue
Portland, OR 97204-3795
Fax: (503) 796-2900

Albert N. Kennedy
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2099
Fax: (503) 274-8779

Howard M. Levine
Thomas W. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Fax: (503) 248-0130

L. Martin Nussbaum
Rothgerber Johnson & Lyons LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903
Fax: (719) 386-3070

Brad T. Summers
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, OR 97204
Fax: (503) 226-3910

Pamela J. Griffith
Office of the U.S. Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Fax: (503) 326-7658

Michael J. Farrell
Martin, Bischoff, Templeton
   Langslet & Hoffman, LLP
888 SW 5th Avenue, #900
Portland, OR 97204
Fax: (503) 224-9471

Erin K. Olson
Law Office of Erin Olson, P.C.
806 SW Broadway, Suite 800
Portland, OR 97205-3310
Fax: (503) 546-2200