

**Albert N. Kennedy**, OSB No. 82142
    Direct Dial:  (503) 802-2013
    Facsimile:    (503) 972-3713
    E-Mail:       al@tonkon.com
**Timothy J. Conway**, OSB No. 85175
    Direct Dial:  (503) 802-2027
    Facsimile:    (503) 972-3727
    E-Mail:       tim@tonkon.com
**Michael W. Fletcher**, OSB No. 01044
    Direct Dial:  (503) 802-2169
    Facsimile:    (503) 972-3869
    E-Mail:       michaelf@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

        Attorneys for Tort Claimants Committee

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'05  MAY -5  P 3 :49

LODGED_____REC'D_____
PAID_____DOCKETED_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re                                         )
                                              )
ROMAN CATHOLIC ARCHBISHOP   )    Case No. 04-37154-elp11
OF PORTLAND IN OREGON, AND  )
SUCCESSORS, A CORPORATION   )
SOLE, dba the ARCHDIOCESE OF )
PORTLAND IN OREGON,          )
                                              )
            Debtor.                       )
_____ )
                                              )
TORT CLAIMANTS COMMITTEE,  )    Adv. Proc. No. 04-03292-elp
                                              )
            The Committee,             )    **TORT CLAIMANTS COMMITTEE'S**
                                              )    **SECOND MOTION FOR PARTIAL**
    v.                                        )    **SUMMARY JUDGMENT**
                                              )
ROMAN CATHOLIC ARCHBISHOP   )    ORAL ARGUMENT REQUESTED
OF PORTLAND IN OREGON, AND  )
SUCCESSORS, A CORPORATION   )
SOLE, dba the ARCHDIOCESE OF )
PORTLAND IN OREGON,          )
                                              )
            Defendant.                   )

* * *

**Page 1 of 3 -**   TORT CLAIMANTS COMMITTEE'S SECOND MOTION FOR PARTIAL
            SUMMARY JUDGMENT

1          Pursuant to Bankruptcy Rule 7056 and Federal Rule of Civil Procedure 56,

2   the Tort Claimants Committee moves for an order granting it partial summary judgment as

3   follows:

4          1.     Dismissing Debtor's Third Affirmative Defense (Lack of Subject

5   Matter Jurisdiction);

6          2.     Dismissing Debtor's Fifth Affirmative Defense (Religious Freedom);

7          3.     Dismissing Debtor's First Affirmative Defense (Failure to Join

8   Necessary Parties Needed for Just Adjudication);

9          4.     Dismissing Central Catholic High School Alumni and Parents

10   Association's Second Affirmative Defense (Failure to Join Parties Needed for Just

11   Adjudication); and

12          5.     Dismissing Central Catholic High School Alumni and Parents

13   Association's Third Affirmative Defense (Religious Freedom).

14          This motion is supported by the Tort Claimants Committee's Memorandum in

15   Support of Second Motion for Partial Summary Judgment, the Tort Claimants Committee's

16   Amended Concise Statement of Material Facts, the Declaration of Timothy J. Conway in

17   Support of Tort Claimants Committee's Second Motion for Partial Summary Judgment, the

18   Tort Claimants Committee's Appendix in Support of Second Motion for Partial Summary

19   Judgment, the Affidavit of Malcolm Newkirk in Support of Tort Claimants Committee's

20   Motion for Partial Summary Judgment, and the Affidavit of Patricia L. Miller in Support of

21   * * *

22   * * *

23   * * *

24   * * *

25   * * *

26   * * *

**Page 2 of 3 -**   TORT CLAIMANTS COMMITTEE'S SECOND MOTION FOR PARTIAL
SUMMARY JUDGMENT

1 | Tort Claimants Committee's Motion for Partial Summary Judgment.  The Tort Claimants

2 | Committee's Motion for Partial Summary Judgment and Memorandum in Support filed on

3 | November 12, 2004 are hereby withdrawn.

4 | DATED this 5th day of May, 2005.

5 | TONKON TORP LLP

6 | By _____

7 | ALBERT N. KENNEDY, OSB No. 82142
TIMOTHY J. CONWAY, OSB No. 85175

8 | Attorneys for Tort Claimants Committee

9 | MARCI A. HAMILTON, *Pro Hac Vice*
36 Timber Knoll Drive

10 | Washington Crossing, PA  18977
Telephone:  (215) 493-1973

11 | Special Counsel for Tort Claimants Committee

032545\00001\625390 V001

**Page 3 of 3 -**  TORT CLAIMANTS COMMITTEE'S SECOND MOTION FOR PARTIAL
SUMMARY JUDGMENT

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **TORT CLAIMANTS COMMITTEE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT** on:

Pamela J. Griffith
U.S. Trustee's Office
620 S.W. Main Street, Room 213
Portland, OR 97205

Howard M. Levine
Thomas W. Stilley
William N. Stiles
Sussman Shank LLP
1000 S.W. Broadway, Suite 1400
Portland, OR 97205-3089
    Attorneys for Debtor Roman Catholic
    Archbishop of Portland in Oregon

James M. Finn
Schwabe, Williamson & Wyatt, P.C.
1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
    Special Counsel for Debtor

L. Martin Nussbaum
Rothgerber Johnson & Lyons LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903
    Special Counsel for Debtor

Brad T. Summers
Ball Janik LLP
1100 One Main Place
101 S.W. Main Street
Portland, OR 97204-3219
    Attorneys for Central Catholic High
    School Parents Association and
    Central Catholic High School Alumni
    Association

David A. Foraker
Greene & Markley, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201-5492
    Future Claimants Representative

**REQUESTS FOR NOTICE:**

Steven M. Hedberg
Douglas R. Pahl
Jeanette L. Thomas
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
    Attorneys for Parishes and
    Parishioners Committee

John L. Langslet
Scott A. Kamin
Michael J. Farrell
Martin, Bischoff, Templeton,
  Langslet & Hoffman
900 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
    Attorneys for Oregon Insurance
    Guaranty Association

☒ mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ causing a copy thereof to be hand-delivered to each party at each party's last-known address on the date set forth below;

**Page 1 of 2** - CERTIFICATE OF SERVICE

1     ☐ sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each party's last-known address on the date set forth below;

2

3     ☐ faxing a copy thereof to each party at such party's last-known facsimile number on the date set forth below; or

4     ☐ e-mailing a copy thereof to each party at such party's last-known e-mail address on the date set forth below.

5     DATED this 5th day of May, 2005.

6

7     TONKON TORP LLP

8

9     By _____

ALBERT N. KENNEDY, OSB No. 82142

10     TIMOTHY J. CONWAY, OSB No. 85175
Attorneys for Tort Claimants Committee

11   032545\00001\625390 V001

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 2 of 2 -**   CERTIFICATE OF SERVICE