1   **Albert N. Kennedy**, OSB No. 82142
        Direct Dial:  (503) 802-2013
2       Facsimile:    (503) 972-3713
        E-Mail:       al@tonkon.com
3   **Timothy J. Conway**, OSB No. 85175
        Direct Dial:  (503) 802-2027
4       Facsimile:    (503) 972-3727
        E-Mail:       tim@tonkon.com
5   **Michael W. Fletcher**, OSB No. 01044
        Direct Dial:  (503) 802-2169
6       Facsimile:    (503) 972-3869
        E-Mail:       michaelf@tonkon.com
7   **TONKON TORP** LLP
    1600 Pioneer Tower
8   888 S.W. Fifth Avenue
    Portland, OR  97204
9
        Attorneys for Tort Claimants Committee
10

11              IN THE UNITED STATES BANKRUPTCY COURT

12                  FOR THE DISTRICT OF OREGON

13  In re                              )
                                       )
14  ROMAN CATHOLIC ARCHBISHOP          )   Case No. 04-37154-elp11
    OF PORTLAND IN OREGON, AND         )
15  SUCCESSORS, A CORPORATION          )
    SOLE, dba the ARCHDIOCESE OF       )
16  PORTLAND IN OREGON,                )
                                       )
17              Debtor.                )
                                       )
18  _____)
                                       )
    TORT CLAIMANTS COMMITTEE,          )   Adv. Proc. No. 04-03292-elp
19                                     )
                Plaintiff,             )   **DECLARATION OF TIMOTHY J.**
20                                     )   **CONWAY IN SUPPORT OF TORT**
        v.                             )   **CLAIMANTS COMMITTEE'S**
21                                     )   **SECOND MOTION FOR PARTIAL**
    ROMAN CATHOLIC ARCHBISHOP          )   **SUMMARY JUDGMENT**
22  OF PORTLAND IN OREGON, AND         )
    SUCCESSORS, A CORPORATION          )
23  SOLE, dba the ARCHDIOCESE OF       )
    PORTLAND IN OREGON,                )
24                                     )
                Defendant.             )
25

26  * * *

**Page 1 of 5** -  DECLARATION OF TIMOTHY J. CONWAY IN SUPPORT OF TORT CLAIMANTS
                   COMMITTEE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1         I, Timothy J. Conway, declare under penalty of perjury under the laws of the

2    United States of America and the State of Oregon that the following is true and correct.

3         1.     I am one of the attorneys for the Tort Claimants Committee.

4         2.     Attached hereto as Exhibit 1 are true and correct copies of Debtor's

5    Articles of Incorporation and other corporate documents filed by Debtor with the Corporation

6    Division of the Oregon Secretary of State.

7         3.     Attached hereto as Exhibit 2 is a true and correct copy of Debtor's

8    Schedule A. Real Property-Amended filed in Debtor's Chapter 11 bankruptcy case on

9    October 13, 2004.

10         4.     Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 14b

11    to Question 14 of Debtor's Amended Statement of Financial Affairs filed in Debtor's

12    Chapter 11 bankruptcy proceeding on October 13, 2004.

13         5.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts

14    from the transcript of Debtor's 341(a) Meeting of Creditors held on August 6, 2004.

15         6.     Attached hereto as Exhibit 5 is a true and correct copy of excerpts

16    from the deposition testimony of Archbishop William Levada taken on April 7, 2004.

17         7.     Attached hereto as Exhibit 6 is a true and correct copy of a certified

18    copy of the Referee's Decision in *Archdiocese of Portland in Oregon v. Raymond Thorne,*

19    *Asst. Director for Employment, State of Oregon Employment Division Department of Human*

20    *Resources*, No. 78-T-62 (1979).

21         8.     Attached hereto as Exhibit 7 is a true and correct copy of excerpts

22    from a certified copy of Debtor's Brief filed with the Oregon Court of Appeals in

23    *Employment Division, Raymond P. Thorne v. Archdiocese of Portland in Oregon*,

24    No. CA 13324*;* 42 Or. App. 421 (1979).

25         9.     Attached hereto as Exhibit 8 is a true and correct copy of a certified

26    copy of the Referee Decision in *Archdiocese of Portland and Archdiocese of Baker v.*

**Page 2 of 5** -  DECLARATION OF TIMOTHY J. CONWAY IN SUPPORT OF TORT CLAIMANTS
COMMITTEE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1  *Employment Division, Pamela Mattson, Administrator*, No. 86-T-0081 (1990).

2          10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts

3  from a certified copy of Debtor's Brief and Abstract of Record filed with the Oregon Court of

4  Appeals in *Archdiocese of Portland in Oregon v. Employment Division*, No. CA A67153;

5  108 Or. App. 495 (1991).

6          11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts

7  from a certified copy of Debtor's Petition for Review filed with the Oregon State Supreme

8  Court in *Archdiocese of Portland in Oregon v. Employment Division*, No. S38524; 312 Or.

9  525 (1991).

10          12.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts

11  from a certified copy of Debtor's Petition for a Writ of Certiorari filed with the United States

12  Supreme Court in *Archdiocese of Portland in Oregon v. Employment Division*, No. 91-1554,

13  506 U.S. 815 (1992).

14          13.     Attached hereto as Exhibit 12 is a true and correct copy of a certified

15  copy of the Rulings, Findings of Fact, Conclusions of Law and Order in *Central Catholic Ed.*

16  *Ass'n v. Archdiocese of Portland*, No. PR-1-93 (1993).

17          14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts

18  from a certified copy of Debtor's Answering Brief filed with the Oregon Court of Appeals in

19  *Central Catholic Education Ass'n v. Archdiocese of Portland*, No. A81866; 133 Or. App. 280

20  (1995).

21          15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts

22  from a certified copy of Debtor's Brief on the Merits filed with the Oregon Supreme Court in

23  *Central Catholic Education Ass'n v. Archdiocese of Portland*, No. S42194; 323 Or. 238

24  (1996).

25          16.     Attached hereto as Exhibit 15 is a true and correct copy of a certified

26  copy of the Memorandum and Order on the Plaintiff's Motion for a Preliminary Order dated

**Page 3 of 5** -   DECLARATION OF TIMOTHY J. CONWAY IN SUPPORT OF TORT CLAIMANTS
               COMMITTEE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1    September 14, 2004 entered by the Superior Court for the Commonwealth of Massachusetts

2    in *Akoury, et. al. v. Roman Catholic Archbishop of Boston, Sean Patrick O'Malley, as*

3    *Corporation Sole*, Superior Court Civil Action No. 04-3803-B.

4            17.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts

5    from the deposition of John Kerns taken February 17, 2005.

6            18.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts

7    from the deposition of Charles Lienert taken on February 17, 2005.

8            19.    Attached hereto as Exhibit 18 is a true and correct copy of excerpts

9    from the deposition of Joseph McMahon taken on February 17, 2005.

10           20.    Attached hereto as Exhibit 19 is a true and correct copy of excerpts

11   from Defendant's Reply to Tort Claimants Committee's Response to Motion to Intervene

12   filed in this Adversary Proceeding on March 7, 2005.

13           21.    Attached hereto as Exhibit 20 is a true and correct copy of a letter

14   dated January 26, 2005 from Archbishop Vlazny to pastors that was filed as an exhibit to

15   Paulette Furness' Declaration filed in this adversary proceeding on March 7, 2005.

16           22.    Attached hereto as Exhibit 21 is a true and correct copy of excerpts

17   from the transcript of the March 14, 2005 Hearing on Motion to Intervene as Defendants.

18           23.    Attached hereto as Exhibit 22 are true and correct copies of the

19   original documents relating to The St. Elizabeth Parish of Portland, Oregon as filed with the

20   Corporation Division of the Oregon Secretary of State.

21           24.    Attached hereto as Exhibit 23 is a copy of the business entity data

22   relating to The St. Elizabeth Parish of Portland, Oregon obtained from the website of the

23   Oregon Secretary of State.

24           25.    Attached hereto as Exhibit 24 are true and correct copies of Decrees

25   suppressing, merging and establishing parishes of Debtor that were produced by Debtor.

26           26.    Attached hereto as Exhibit 25 is a true and correct copy of a

**Page 4 of 5** -  DECLARATION OF TIMOTHY J. CONWAY IN SUPPORT OF TORT CLAIMANTS
COMMITTEE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1 | Stipulation re Authenticity and Admissibility of Documents Produced by Roman Catholic

2 | Archbishop of Boston.

3 |       27.    Attached hereto as Exhibit 26 is a true and correct copy of excerpts

4 | from the transcript of the May 6, 1999 hearing before the Oregon Employment Relations

5 | Board in *Central Catholic Education Ass'n v. Archdiocese of Portland*, together with a true

6 | and correct copy of the letter of transmittal of the transcript to the Employment Relations

7 | Board.

8 |       This Declaration was executed on this 5th day of May, 2005 at Portland,

9 | Oregon.

10

11 |           */s/ Timothy J. Conway*

12 |           TIMOTHY J. CONWAY

13 | 032545\00001\625684 V001

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 5 of 5** - DECLARATION OF TIMOTHY J. CONWAY IN SUPPORT OF TORT CLAIMANTS
COMMITTEE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **DECLARATION OF TIMOTHY J. CONWAY IN SUPPORT OF TORT CLAIMANTS COMMITTEE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT** on:

Pamela J. Griffith
U.S. Trustee's Office
620 S.W. Main Street, Room 213
Portland, OR 97205

Howard M. Levine
Thomas W. Stilley
William N. Stiles
Sussman Shank LLP
1000 S.W. Broadway, Suite 1400
Portland, OR 97205-3089
    Attorneys for Debtor Roman Catholic
    Archbishop of Portland in Oregon

James M. Finn
Schwabe, Williamson & Wyatt, P.C.
1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
    Special Counsel for Debtor

L. Martin Nussbaum
Rothgerber Johnson & Lyons LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903
    Special Counsel for Debtor

Brad T. Summers
Ball Janik LLP
1100 One Main Place
101 S.W. Main Street
Portland, OR 97204-3219
    Attorneys for Central Catholic High
    School Parents Association and
    Central Catholic High School Alumni
    Association

David A. Foraker
Greene & Markley, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201-5492
    Future Claimants Representative

**REQUESTS FOR NOTICE:**

Steven M. Hedberg
Douglas R. Pahl
Jeanette L. Thomas
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
    Attorneys for Parishes and
    Parishioners Committee

John L. Langslet
Scott A. Kamin
Michael J. Farrell
Martin, Bischoff, Templeton,
  Langslet & Hoffman
900 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
    Attorneys for Oregon Insurance
    Guaranty Association

☒ mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

**Page 1 of 2** -   CERTIFICATE OF SERVICE

1         ☐ causing a copy thereof to be hand-delivered to each party at each party's last-known address on the date set forth below;

2

        ☐ sending a copy thereof via overnight courier in a sealed, prepaid envelope,
3 addressed to each party's last-known address on the date set forth below;

4         ☐ faxing a copy thereof to each party at such party's last-known facsimile number on the date set forth below; or

5

        ☐ e-mailing a copy thereof to each party at such party's last-known e-mail
6 address on the date set forth below.

7         DATED this 5th day of May, 2005.

8         TONKON TORP LLP

9

10         By _/s/ Timothy J. Conway_
        ALBERT N. KENNEDY, OSB No. 82142
        TIMOTHY J. CONWAY, OSB No. 85175
11         Attorneys for Tort Claimants Committee

12 032545\00001\625684 V001

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 2 of 2** -   CERTIFICATE OF SERVICE

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

## CERTIFICATE

# State of Oregon

### OFFICE OF THE SECRETARY OF STATE
### Corporation Division

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal of said State, do hereby certify:*

That the attached copy of the
**Articles of Incorporation**
*filed on*
**September 23, 1874**
*for*
**ROMAN CATHOLIC ARCHBISHOP OF THE DIOCESE OF OREGON**
*is a true copy of the original document
that has been filed with this office.*



*In Testimony Whereof, I have hereunto set
my hand and affixed hereto the Seal of the
State of Oregon.*

*BILL BRADBURY, Secretary of State*

*By* ~~Marilyn R. Smith~~
Marilyn R. Smith
*October 8, 2004*

Come visit us on the internet at http://www.filinginoregon.com

Articles of Incorporation made and subscribed
by Francis Norbert Blanchet, Archbishop of the
Roman Catholic Church for the Diocese of Oregon

Know all men by these present: that I
Francis Norbert Blanchet, Archbishop of the
Roman Catholic Church for the Diocese of
Oregon, including the State of Oregon, and being the
duly appointed Archbishop of said Church for said
Diocese, in conformity with the Constitution
canons, rules, usages and regulations of said
Church, and authorized to act for it, and in
whom is now vested the legal title of the
Catholic Church property in said Diocese,
do hereby make and subscribe these Articles
of Incorporation, to the end that I as
Archbishop aforesaid, together with my successors
in office or position, duly appointed, authorized
and empowered as such, according to the canons
usages and regulations of the Church aforesaid,
shall become a body corporate and a corporation
sole, under and in pursuance of the act of the
Legislative Assembly of the State of Oregon,
entitled "An Act providing for the incorporation
of Churches and Religious, Benevolent, Literary
and Charitable societies," approved Oct. 24th, 1864,
and the act of said Legislative Assembly amendatory
thereof, approved Oct. 28th 1872, and also in
pursuance of an act of said Legislative
Assembly, entitled "An act to provide for ―

Exhibit 1 - Page 2 of 50
ANK Decl ISO 2d MPSJ

the formation of Ecclesiastical corporations for the holding of church property; for the benefit of religion: for works of charity, and for public worship," approved Oct 28th and in accordance therewith, and for the objects and purposes hereinafter expressed, I do hereby make, subscribe and declare,

1st That the name of this corporation, and by which it shall be known, shall be, "Roman Catholic Archbishop of the Diocese of Oregon".

2d That the object and purpose of this corporation is to provide for and maintain the worship of Almighty God, and the preaching of the gospel of our Lord Jesus Christ; according to the doctrine, canons, rules and usages of the Roman Catholic Church: to establish and maintain educational and charitable institutions for the promotion of piety and learning, and the maintenance of the poor, sick and impotent: and for acquiring, holding and disposing of church property for the benefit of the Roman Catholic Church, for works of charity and for public worship,

3d That the estimated value of church property and money held by me as Archbishop of the aforesaid Diocese at this date is about forty seven thousand Dollars, and consists principally of church property situated in various parts of the State of Oregon,

Exhibit 1 - Page 3 of 50
ANK Decl ISO 2d MPSJ

And the sources of revenue or income designed for the support and maintenance of the objects and purposes hereinbefore specified and mentioned, are the gifts and contributions of the people, to the same.

4th. That the title of the undersigned corporator, making these articles, is "Archbishop of the Diocese of Oregon" and the undersigned as such Archbishop, and his successor or successors, will hold said office or position, in said Diocese, under the canons, rules and usages of the Roman Catholic Church, until death, resignation or deposition; and whenever said office or position shall become vacant by either the death resignation or deposition of the incumbent, his successor shall and will be chosen or appointed, under and in accordance with the canons, rules and regulations of said church, by an election by the Roman Catholic Bishops of this Ecclesiastical Province of said church, and his presentation to, and approval by the Sovereign Pontiff — the chief Bishop of Rome.

5th. The location or official residence of Francis Norbert Blanchet Archbishop as aforesaid is in the city of Portland, in the state aforesaid, but the power and duties of this corporation, are to be exercised and performed by the Archbishop constituting the same, for the time being, anywhere within the state of Oregon where the purposes and objects of its formation may require or render expedient.

Exhibit 1 - Page 4 of 50
ANK Decl ISO 2d MPSJ

In testimony whereof I Francis Norbert Blanchet, Archbishop of the Diocese of Oregon, have and do hereby make and subscribe these written articles of incorporation this 17th day of September A.D. 1874, in triplicate.

F. N. Blanchet,
Archbishop of Oregon

*Impression of
Corporation seal*

State of Oregon }
County of Multnomah } ss

This is to certify that on this 17th day of Sept. A.D. 1874, before me the undersigned a Notary Public within and for the County and State aforesaid personally appeared the within and above named Francis Norbert Blanchet Archbishop of the Diocese of Oregon known to me to be the person described in and who executed the foregoing written articles of incorporation and acknowledged the same to be made and executed by him for the uses and purposes therein mentioned.

In witness whereof I have hereunto set my hand and Notarial Seal this 17th day of Sept. A.D.

W. F. Trimble
Notary Public for
State of Oregon —

Exhibit 1 - Page 5 of 50
ANK Decl ISO 2d MPSJ



Articles incorporating
"Roman Catholic Arch-
bishop of The Diocese
of Oregon" ———
and Impression of
Corporate Seal.

Filed Sept. 28th 1874
J. F. Chenoweth
Dec. T. S. &c.
Recorded Sept. 28, 1874
in Book of Incorporation No.
Page 58 &c.

1874



Exhibit 1 - Page 6 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# State of Oregon

*OFFICE OF THE SECRETARY OF STATE*
*Corporation Division*

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal*
*of said State, do hereby certify:*

That the attached copy of the
**Supplementary**
**Articles of Incorporation**
*filed on*
**December 6, 1939**
*for*
**ROMAN CATHOLIC ARCHBISHOP OF THE DIOCESE OF**
**OREGON**
*is a true copy of the original document*
*that has been filed with this office.*



*In Testimony Whereof, I have hereunto set*
*my hand and affixed hereto the Seal of the*
*State of Oregon.*

*BILL BRADBURY, Secretary of State*

*By* _Marilyn R. Smith_____
    Marilyn R. Smith
    *October 8, 2004*

Come visit us on the internet at http://www.filinginoregon.com
FAX (503) 378-4381

Exhibit 1 - Page 7 of 50
ANK Decl ISO 2d MPSJ

1101

Pius, Bishop, Servant of the Servants of God.

For a Perpetual Memorial.

The care of all Churches, belonging to the Office of Our Holy Apostolate, demands that we see to it that the Episcopal See of each diocese be set up in that city which seems to correspond best with the greater convenience of the Faithful and the government of souls, as well as of various local circumstances. It is a matter of common knowledge that Oregon City, although small, is a place so distinguished by historical association and by its geographical location that it was, in 1846, set up by our predecessor, Pius IX, as the location of a Cathedral Church, and in 1850 was raised to the status of the Metropolitan See. However, with the passage of time, it has become less fitted and convenient as a See of the Archdiocese, not only because the Catholic Church of St. John had become incapable of containing the number of the Faithful but also and especially because the city of Portland gradually increased, both in size and industry, and is at the present time the outstanding city, so that our Venerable Brothers, the Archbishops of Oregon, many years ago, thought it opportune for the better government of souls, to transfer their residence to Portland and, in fact, to make it the See of their Archdiocese. For these reasons, therefore, our Venerable Brother, Edward D. Howard, the present Archbishop of Oregon, has urgently asked us that the Catholic Church be transferred to Portland and that this city would give its name to the Archdiocese. Wherefore, we, having maturely considered all circumstances and having heard favorable recommendation of our Venerable Brother, Peter Funasoni-Biondi, Archbishop of Dioclea, Apostolic Delegate of the United States of America, have decided to accede the request of the aforementioned Archbishop of Oregon. Wherefore, taking as granted the consent of all those who are interested and all those who believe themselves to be interested, we, by these present letters, suppress the Episcopal rights of Oregon City, and by our

Exhibit 1 - Page 8 of 50
ANK Decl ISO 2d MPSJ

Supreme Authority raise and constitute the city of Portland to the Episcopal See of the Archdiocese; we wish, furthermore, that the Archdiocese, itself, shall henceforth be called "Archdiocese of Portland in Oregon", and we grant to the city of Portland all the rights, privileges, honors and prerogatives which the other Episcopal Sees in North America enjoy and use. We, furthermore, erect the Church, dedicated to God in honor of the Immaculate Conception of the Blessed Virgin Mary, the Cathedral of the Immaculate Conception in the same city of Portland as the Metropolitan Church of the same Archdiocese of Portland in Oregon, and we set up in it the Archepiscopal See, and to the same Church we give all the goods and revenues which hitherto pertained to the Metropolitan Church of Oregon City. We wish, however, that to the transcripts of these, our letters, even though printed, but signed by some Notary Public and sealed by some man constituted in ecclesiastical dignity or office, should be attributed the same authenticity which would be attributed to these letters themselves if they were produced; notwithstanding, insofar as this appertains, any rules whatsoever set up in Synods, Provincial Councils, General Constitutions, Apostolic Ordinations, or by other dispositions of our predecessors, the Roman Popes, though they may be worthy of special mention. Nor will it be lawful for anyone to infringe upon or contravene the things decreed in these letters. If anyone, however, should dare to presume such a thing, let him know that he will incur the indignation of Almighty God and of his Blessed Apostles, Peter and Paul.

Given at Rome, at St. Peter's, the year 1929, on the 26th day of September, in the 7th year of Our Pontificate.

(Signed)  Carolus Cardinal Perosi,
S. Cong. Consistorialis Pro-Secretarius.
           Joseph Wilpert,
           Dec. Proton. Apos.

Exhibit 1 - Page 9 of 50
ANK Decl ISO 2d MPSJ

Alfonso Carinoi,
    Dean of Proton. Apos.

Dominic Francini, Apostolic
        Scrive.

Canon Alfred Liberati,
    Adj. of Studies in
    Apostolic Chancery.

SENT:

    24 October, 7th year of Pontificate

        ALFRED MARINI,
            Keeper of the Seal.

STATE OF OREGON    )
                   )  ss.
County of Multnomah )

    I, THOMAS J. TOBIN, being first duly sworn, depose and say:
That the foregoing is a faithful translation of the Bull of Pope Pius
XI, signed at Rome September 26, 1929, and that the original of said
Bull is in the possession of the Chancery Office of the Archdiocese
of Portland in Oregon.

Subscribed and sworn to before me this 6th day of December, 1939.

    Notary Public for Oregon

My Commission Expires:
    MY COMMISSION EXPIRES SEPT. 28 1940

Exhibit 1 - Page 10 of 50
ANK Decl ISO 2d MPSJ

STATE OF OREGON }
                      } ss.
County of Multnomah }


        I, THOMAS J. TOBIN, being first duly sworn, depose
and say:

        That I am at present the Chancellor of the Archdiocese
of Portland in Oregon; that Edward D. Howard is, at this date,
the Roman Catholic Archbishop of the Archdiocese of Portland in
Oregon, and that he is the successor in office and position to
the Roman Catholic Archbishop of the Diocese of Oregon, who
                          as a corporation sole
filed Articles of Incorporation/in the State of Oregon upon
September 22, 1874, and that said Edward D. Howard was duly ap-
pointed, authorized and empowered as such successor according
to the canons, usages and regulations of the Roman Catholic
Church.

Subscribed and sworn to before me this 6th        day of December,
1939.

                              Notary Public for Oregon
                              My Commission Expires:
                              MY COMMISSION EXPIRES SEPT. 28 1940

Exhibit 1 - Page 11 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# *State of Oregon*

*OFFICE OF THE SECRETARY OF STATE*
*Corporation Division*

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal*
*of said State, do hereby certify:*

*That the attached copy of the*
**Supplementary**
**Articles of Incorporation**
*filed on*
**January 12, 1940**
*for*
**ROMAN CATHOLIC ARCHBISHOP OF THE DIOCESE OF OREGON**
*changing the name to*
**ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND IN OREGON**
*is a true copy of the original document*
*that has been filed with this office.*



*In Testimony Whereof, I have hereunto set*
*my hand and affixed hereto the Seal of the*
*State of Oregon.*

*BILL BRADBURY, Secretary of State*

*By* Marily Smith
*Marilyn R. Smith*
*October 8, 2004*

Come visit us on the internet at http://www.filinginoregon.com
FAX (503) 378-4381

Exhibit 1 - Page 12 of 50
ANK Decl ISO 2d MPSJ

1102

Corporation
No. 469

I CERTIFY THIS IN
TO BE A TRUE COPY
THE ORIGINAL DOCU



# State of Oregon

## CORPORATION DEPARTMENT

# Certificate of Filing Supplementary Articles of Incorporation

## To All to Whom These Presents May Come, Greeting:

**Know Ye,** *That whereas* ROMAN CATHOLIC ARCHBISHOP OF THE DIOCESE OF OREGON, a corporation sole,

*organized and formed under and pursuant to the Laws of the State of Oregon, having presented Supplementary Articles of Incorporation, and paid the filing fee, as provided by law;*

**Lloyd R. Smith**

**Now, Therefore, I,** *Corporation Commissioner of the State of Oregon, DO HEREBY CERTIFY, that said*

## Supplementary Articles of Incorporation

*have been filed in the office of the Corporation Commissioner the* **12th** *day of* **January** *, 19 40, amending Articles 1st, 4th and 5th of the Articles of Incorporation of this corporation, to read as follows:*

1st: That the name of this corporation, and by which is shall be known, shall be "Roman Catholic Archbishop of the Archdiocese of Portland in Oregon";

4th: That the title of the undersigned Edward D. Howard, making and subscribing these Supplementary Articles, is Archbishop of the Archdiocese of Portland in Oregon, and the undersigned as such Archbishop, and his successor or successors, will hold said office or position, in said Archdiocese under the canons, rules and usages of the Roman Catholic Church until death, resignation or deposition, and whenever said office or position shall become vacant by either the death, resignation or deposition of the incumbent, his successor shall and will be chosen or appointed under and in accordance with the canons, rules and regulations of said Church, by the Sovereign Pontiff; Bishop of Rome;

Exhibit 1 - Page 13 of 50
ANK Decl ISO 2d MPSJ

5th; That the location of the official residence of Edward D. Howard, Archbishop as aforesaid, is in the City of Portland, State of Oregon; that the powers and duties of this corporation are to be exercised and performed by the Archbishop constituting the same, for the time being, anywhere within the State of Oregon where the purpose and objects of its formation may require or render expedient.

**I Further Certify,** that said Supplementary Articles of Incorporation were accompanied by a fee of Five Dollars ($5.00).

**In Testimony Whereof,** I have hereunto set my hand and affixed hereto the seal of the Corporation Department of the State of Oregon.

Done at the Capitol, at Salem, Oregon, this 12th day of January, 1940.

SEAL

*Corporation Commissioner*

Exhibit 1 - Page 14 of 50
ANK Decl ISO 2d MPSJ

KNOW ALL MEN BY THESE PRESENTS, That I, EIWARD D.
HOWARD, Archbishop of the Roman Catholic Church for the Arch-
diocese of Portland in Oregon, and being the duly appointed
Archbishop of said Church for said Archdiocese in conformity
with the constitution, canons, rules, usages and regulations
of said Church, and authorized to act for it, and in whom is
now vested the legal title to certain of the Catholic Church
property in said Archdiocese, do hereby make and subscribe
these Supplementary Articles of Incorporation, amendatory to
those Articles of Incorporation of a corporation sole made and
subscribed by Francis Norbert Blanchet, Archbishop of the Roman
Catholic Church for the Diocese of Oregon, on the 17th day of
September, 1874, for the reason that the former Diocese of Ore-
gon is now designated the Archdiocese of Portland in Oregon,
amending Articles 1st, 4th and 5th to read as follows:

1st:  That the name of this corporation, and by which
it shall be known, shall be "Roman Catholic Archbishop of the
Archdiocese of Portland in Oregon";

4th:  That the title of the undersigned Edward D.
Howard, making and subscribing these Supplementary Articles,
is Archbishop of the Archdiocese of Portland in Oregon, and the
undersigned as such Archbishop, and his successor or successors,
will hold said office or position, in said Archdiocese under
the canons, rules and usages of the Roman Catholic Church until
death, resignation or deposition, and whenever said office or
position shall become vacant by either the death, resignation
or deposition of the incumbent, his successor shall and will be
chosen or appointed under and in accordance with the canons,
rules and regulations of said Church, by the Sovereign Pontiff,
Bishop of Rome;

Exhibit 1 - Page 15 of 50
ANK Decl ISO 2d MPSJ

I CERTIFY
TO BE A TRU
THE ORIGIN.

5th:  That the location of the official residence of Edward D. Howard, Archbishop as aforesaid, is in the City of Portland, State of Oregon; that the powers and duties of this corporation are to be exercised and performed by the Archbishop constituting the same, for the time being, anywhere within the State of Oregon where the purpose and objects of its formation may require or render expedient.

IN TESTIMONY WHEREOF, I, EDWARD D. HOWARD, Archbishop of the Archdiocese of Portland in Oregon, do hereby make and subscribe these written Supplementary Articles of Incorporation, in triplicate, this 29th day of December, 1939.

Archbishop of the Archdiocese of
Portland in Oregon

STATE OF OREGON )
                ) ss.
County of Multnomah )

This is to certify that on this 29th day of December 1939, before me the undersigned, a Notary Public within and for the County and State aforesaid, personally appeared the within and above mentioned Edward D. Howard, Archbishop of the Archdiocese of Portland in Oregon, known to me to be the person described in and who executed the foregoing written Supplementary Articles of Incorporation and acknowledged that he made and subscribed the same for the uses and purposes therein mentioned.

0000 0002    0126 0012

Exhibit 1 - Page 16 of 50
ANK Decl ISO 2d MPSJ

In Witness Whereof, I have hereunto set my hand and
Notarial Seal this 29ᵗ day of December, 1939.

Notary Public for Oregon

My Commission Expires:

MY COMMISSION EXPIRES SEPT. 28, 1943

Exhibit 1 - Page 17 of 50
ANK Decl ISO 2d MPSJ

SUPPLEMENTARY
ARTICLES OF INCORPORATION
of the
ROMAN CATHOLIC ARCHBISHOP
OF THE DIOCESE OF OREGON.

Filed in the office of the CORPORATION
COMMISSIONER of the STATE of OREGON
at 8:30 o'clock A.M. this 12th
day of November, 19 40.

Earl R. Smith
Corporation Commissioner

5-50

0000 0002        0128 0014

Exhibit 1 - Page 18 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# State of Oregon

*OFFICE OF THE SECRETARY OF STATE*
*Corporation Division*

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal*
*of said State, do hereby certify:*

*That the attached copy of the*
**Designation of**
**Initial Registered Office and Registered Agent**
*filed on*
**February 18, 1960**
*for*
**ROMAN CATHOLIC ARCHBISHOP OF THE**
**ARCHDIOCESE OF PORTLAND IN OREGON**
*is a true copy of the original document*
*that has been filed with this office.*



*In Testimony Whereof, I have hereunto set*
*my hand and affixed hereto the Seal of the*
*State of Oregon.*

*BILL BRADBURY, Secretary of State*

*By* Marilyn R. Smith
Marilyn R. Smith
*October 8, 2004*

No. 51-9

miseioner, Salem, Oregon. There is no fee. Any corporation failing to file this document is subject to involuntary dissolution.

Mail to Corporation Commissioner

I CERTIFY TO BE A T

# Designation of Initial Registered Office and Registered Agent

*Roman Catholic Archbishop of the Archdiocese of Portland in Oregon* corpo-
*(Exact name of corporation)*

ration organized and existing under the laws of the State of *Oregon*

hereby certifies that, pursuant to a duly adopted resolution of its board of directors, the address of the

registered office of the corporation in the State of Oregon shall be *2253 S.W. Main, Portland*
*(Number, street and city)*

that the registered agent of the corporation shall be *Edward R. Howard* ; and that

the address of its registered office and the address of the business office of its registered agent are identical.

IN WITNESS WHEREOF, the undersigned corporation has caused this certificate to be executed in its

name by its President or Secretary, this *18th* day of *February* , 19 *60* .

*Roman Catholic Archbishop of the Archdiocese of Portland in Oregon*
*(Name of corporation)*

By *Edward R. Howard*
*(President or Secretary)*

STATE OF *Oregon*
ss.
County of *Multnomah*

I, *Fred J. Weber* , a Notary Public, do hereby certify that on the *18th*

day of *February* , A. D. 19 *60* , personally appeared before me *Edward R. Howard*

who declares he is *President* of the corporation executing the foregoing document, and

being first duly sworn acknowledged that he signed the foregoing document in the capacity therein set forth

and declared that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

*Fred J. Weber*

Notary Public for *Oregon*

My commission expires: *Feb 18 1961*

FILED
FEB 1
FRANK J. HEALY
Corporation Commissioner

Exhibit 1 - Page 20 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# State of Oregon

*OFFICE OF THE SECRETARY OF STATE*
*Corporation Division*

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal*
*of said State, do hereby certify:*

*That the attached copy of the*
**Articles of**
**Merger**
*filed on*
**September 18, 1991**
*for*
**ARCHDIOCESE OF PORTLAND IN OREGON**
*merging with and into*
**ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND IN
OREGON**
*is a true copy of the original document*
*that has been filed with this office.*

*In Testimony Whereof, I have hereunto set*
*my hand and affixed hereto the Seal of the*
*State of Oregon.*

*BILL BRADBURY, Secretary of State*



*By* Marilyn R. Smith
*Marilyn R. Smith*
*October 8, 2004*

004619-13

STATE OF OREGON
CORPORATION DIVISION
158 12TH Street NE
Salem, OR 97310

FILED

SEP 1 8 1991

SECRETARY OF STATE

**ARTICLES OF MERGER**
Domestic Nonprofit Corporations

1. **Names of the corporations proposing to merge:**

   A.   ARCHDIOCESE OF PORTLAND IN OREGON.   01349216

   B.   ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND
        IN OREGON.

2. **Name of the surviving corporation:**

   ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND IN
   OREGON.

3. **The surviving corporation shall be a religious corporation
   sole, without officers, managed by a single director pursuant
   to ORS 65.067.  William J. Levada and his successors as
   Archbishop of the Archdiocese of Portland in Oregon shall be
   the individual constituting the corporation and its sole
   director.**

4. **A copy of the Plan of Merger is attached.**

5. **Corporation A.**

   The Plan of Merger was adopted by a majority of the Board
   of Trustees at a meeting held on the ___27th___ day of
   ___July___, 1991.

   **Corporation B.**

   The Plan of Merger was adopted by a majority of the
   directors in office at a meeting held on the ___26th___ day
   of ___June___, 1991.

Execution for Corporation A:   *William J. Levada*
                               William J. Levada, President

Execution for Corporation B:   *William J. Levada*
                               William J. Levada, Director

Person to contact about this filing:   John M. Keller
            Daytime phone number:       (503) 238-1025

\arch\merger.art

09179102713  831:115          10.00

Exhibit 1 - Page 22 of 50
ANK Decl ISO 2d MPSJ

## PLAN OF MERGER

### ROMAN CATHOLIC ARCHBISHOP
### OF THE ARCHDIOCESE OF PORTLAND IN OREGON

#### and

### ARCHDIOCESE OF PORTLAND IN OREGON

This plan of merger is entered into effective as of the 26th day of _____June_____, 1991 by and between Roman Catholic Archbishop of The Archdiocese of Portland In Oregon, an Oregon corporation sole, and Archdiocese of Portland In Oregon, an Oregon nonprofit corporation.

1.    The name of each nonprofit corporation planning to merge is:

   a.    Roman Catholic Archbishop of The Archdiocese of Portland In Oregon.

   b.    Archdiocese of Portland In Oregon.

2.    The name of the surviving corporation into which each other corporation plans to merge is:

   a.    Roman Catholic Archbishop of The Archdiocese of Portland In Oregon.

3.    The terms and conditions of the merger are:

   a.    Each merging corporation is a religious corporation organized for the purpose of holding and administering the assets of and conducting the corporate purposes and mission of the Roman Catholic Archdiocese of Portland in Oregon.  Following the merger there will be no Board of Trustees and the surviving corporation shall be a corporation sole, without officers, managed by a single director, pursuant to ORS 65.067.  William J. Levada and his successors as Archbishop of the Archdiocese of Portland in Oregon shall be the individual constituting the corporation and its sole director.

   b.    Neither merging corporation has members and there is no provision for conversion of memberships.

\arch\merger

Exhibit 1 - Page 23 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# State of Oregon

*OFFICE OF THE SECRETARY OF STATE*
*Corporation Division*

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal*
*of said State, do hereby certify:*

That the attached copy of the

**Articles of**
**Correction**

*filed on*
**August 11, 1994**
*for*

**ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND IN OREGON**

*correcting Supplementary Articles of Incorporation filed*
*January 12, 1940 changing the name to*
**ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE**
*is a true copy of the original document*
*that has been filed with this office.*



*In Testimony Whereof, I have hereunto set*
*my hand and affixed hereto the Seal of the*
*State of Oregon.*

*BILL BRADBURY, Secretary of State*

*By* ~~Marilyn R. Smith~~
*Marilyn R. Smith*
*October 8, 2004*

Exhibit 1 - Page 24 of 50
ANK Decl ISO 2d MPSJ

Submit the original
and one true copy
$10.00

Registry Number:

004619-13

**SECRETARY OF STATE**
Corporation Division - Business Registry
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327
(503) 986-2200 Facsimile (503) 378-4381

THIS SPACE FOR OFFICE USE ONLY

*FILED*
AUG 1 1 1994
Secretary of State

# ARTICLES OF CORRECTION

### PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK

**NOTE:** This form may be used by business corporations, professional corporations, cooperative corporations, nonprofit corporations, water district improvement corporations, and business trusts.

1. Name of the entity:   Roman Catholic Archbishop of the Archdiocese of
Portland in Oregon

2. Describe the document to be corrected, including the date on which it was filed (or attach a copy of the document to be corrected):

    Supplementary Articles of Incorporation, dated January 12, 1940

3. Describe the incorrect statement and indicate the reason it is incorrect:

    The first Article of the Supplementary Articles provides that the name of the corporation shall be "Roman Catholic Archbishop of the Archdiocese of Portland in Oregon." This is incorrect, because the actual name of the corporation should be "Roman Catholic Archbishop of the Archdiocese of Portland in Oregon, and successors, a corporation sole."

4. The incorrect statement is corrected to read (attach additional sheets, if necessary):

    That the name of this corporation, and by which it shall be known, shall be "Roman Catholic Archbishop of the Archdiocese of Portland in Oregon, and successors, a corporation sole."

Execution: x _William J. Levada_ _____ Director
Signature                    Printed name              Title

**Person to contact about this filing:**   Thomas V. Dulcich      (503) 222-9981
Name                          Daytime phone number

MAKE CHECKS PAYABLE TO THE CORPORATION DIVISION OR INCLUDE YOUR *VISA OR MASTERCARD* NUMBER AND
EXPIRATION DATE _____._____._____._____   _____ / ____ . SUBMIT THE COMPLETED FORM AND FEE TO
THE ABOVE ADDRESS OR FAX TO (503) 378-4381.
143 (11/93)

8.11
KO

Exhibit 1 - Page 25 of 50
ANK Decl ISO 2d MPSJ

CERTIFICATE

# State of Oregon

OFFICE OF THE SECRETARY OF STATE
*Corporation Division*

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal of said State, do hereby certify:*

That the attached copy of the
**Articles of**
**Amendment**
*filed on*
**August 11, 1994**
*for*
**ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE**
*changing the name to*
**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE**
*is a true copy of the original document that has been filed with this office.*



*In Testimony Whereof, I have hereunto set my hand and affixed hereto the Seal of the State of Oregon.*

*BILL BRADBURY, Secretary of State*

By *Marilyn R. Smith*
*Marilyn R. Smith*
*October 8, 2004*

Exhibit 1 - Page 26 of 50
ANK Decl ISO 2d MPSJ

004619-13



Submit the original
and one true copy
$10.00

Registry Number:

004619-13

**SECRETARY OF STATE**
Corporation Division - Business Registry
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327
(503) 986-2200 Facsimile (503) 378-4381

THIS SPACE FOR OFFICE USE ONLY

**FILED**
AUG 11 1994
Secretary of State

# ARTICLES OF AMENDMENT
## Nonprofit Corporation

### PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK

1. Name of the corporation prior to amendment:
   Roman Catholic Archbishop of the Archdiocese of Portland in
   Oregon, and successors, a corporation sole

2. On a separate sheet, please state the article number(s) and set forth the article(s) as it is amended to read.

3. The amendment(s) was adopted on ___8·10___, 19 _94_. (If more than one amendment was adopted, identify the date of adoption of each amendment.

4. Check the appropriate statement:

   [x] Membership approval was not required. The amendment(s) was approved by a sufficient vote of the board of directors or incorporators.

   [ ] Membership approval was required. The membership vote was as follows:

| Class(es) entitled to vote | Number of members entitled to vote | Number of votes entitled to be cast | Number of votes cast for | Number of votes cast against |
|---|---|---|---|---|
| | | | | |

Execution: x _William J. Levada_ _____  _____ Director
           Signature                    Printed name          Title

Person to contact about this filing: __Thomas V. Dulcich__   __(503) 222-9981__
                                      Name                   Daytime phone number

MAKE CHECKS PAYABLE TO THE CORPORATION DIVISION OR INCLUDE YOUR *VISA OR MASTERCARD* NUMBER AND
EXPIRATION DATE ____·____·____·____  ____/____ . SUBMIT THE COMPLETED FORM AND FEE TO
THE ABOVE ADDRESS OR FAX TO (503) 378-4381.

122 (7/93)

Exhibit 1 - Page 27 of 50
ANK Decl ISO 2d MPSJ

**Attachment**

ARticle - 1

ARTICLES OF AMENDMENT

**Domestic Nonprofit Corporation**

1.    Prior corporate name: Roman Catholic Archbishop of the Archdiocese of Portland in Oregon, and successors, a corporation sole.

2.    Amended corporate name: Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole.

.3.    Pursuant to Supplementary Articles of Incorporation, filed January 12, 1940, certain of the original Articles of Incorporation for the corporation were amended. One such Article was Article I. Before the amendment, that Article had provided "That the name of the corporation, by which it shall be known, shall be, 'Roman Catholic Archbishop of the Diocese of Oregon.'"

4.    The Supplementary Articles amended that Article I to read, "That the name of this corporation, and by which it shall be known, shall be 'Roman Catholic Archbishop of the Archdiocese of Portland in Oregon.'"

5.    Pursuant to Articles of Correction filed herewith, said Article I was corrected to read as follows: "That the name of this corporation, and by which it shall be known, shall be 'Roman Catholic Archbishop of the Archdiocese of Portland in Oregon, and successors, a corporation sole.'"

6.    Pursuant to the attached Articles of Amendment hereby filed, said Article I is further amended to read as follows: "That the name of this corporation, and by which it shall be known, shall be 'Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole.'"

(SW1/00500/80386/JON/573107.1)

Exhibit 1 - Page 28 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# State of Oregon

### OFFICE OF THE SECRETARY OF STATE
*Corporation Division*

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal
of said State, do hereby certify:*

That the attached copy of the
**Articles of Incorporation**
*filed on*
**April 6, 1909**
*for*
**ARCHDIOCESE OF OREGON CITY**
*is a true copy of the original document
that has been filed with this office.*



*In Testimony Whereof, I have hereunto set
my hand and affixed hereto the Seal of the
State of Oregon.*

*BILL BRADBURY, Secretary of State*

*By* _____
*Marilyn R. Smith*
*October 8, 2004*

Exhibit 1 - Page 29 of 50
ANK Decl ISO 2d MPSJ

Come visit us on the internet at http://www.filinginoregon.com
FAX (503) 378-4381

1101

13492

*Articles of Incorporation of Archdiocese of Oregon City*

5-00

Filed in the office of the Secretary of State of the State of Oregon, at 9:20 o'clock A. M., the 6th day of April 1907.

F. W. Benson
Secretary of State

Exhibit 1 - Page 30 of 50
ANK Decl ISO 2d MPSJ

( CERTIFICATE OF FILING ARTICLES OF INCORPORATION — CHARITABLE, ETC )

*File No.* 13492.

# STATE OF OREGON

## OFFICE OF THE SECRETARY OF STATE

---

## Certificate of Filing and Recording Articles of Incorporation

---

### To All to Whom these Presents May Come. Greeting:

**Know Ye,** *That whereas,* ALEXANDER CHRISTIE, JAMES RAUW, JAMES H.

BLACK, ANTHONY HILLEBRAND and GEORGE F. THOMPSON,

*having presented Articles of Incorporation of a Corporation organized and formed for* r e l i g i o u s *purposes, under and pursuant to the Laws of the State of Oregon, and paid the organization fee provided by "An Act to provide for the licensing of Domestic Corporations and Foreign Corporations, Joint Stock Companies and Associations, etc." approved February 16, 1903;* Chapter 129, General Laws of Oregon for 1907.

**Now, Therefore,** *I,* F. W. BENSON, *Secretary of State of the State of Oregon, Do Hereby Certify, that said Articles of Incorporation have been filed and recorded in the office of the Secretary of State; that the name assumed by said corporation is*

A R C H D I O C E S E   O F   O R E G O N   C I T Y

*the duration* u n l i m i t e d *; the enterprise, business, pursuit or occupation* is to take, hold, receive, sell, convey, encumber and dispose of any and all real or personal property for the use and benefit of the aforesaid diocese, and for the use and benefit of the religious denomination afore-said, and to administer the temporalities of such diocese; to establish and conduct schools, seminaries, colleges, or any benevolent, charitable, religious or missionary work or society of such religious denomination within such diocese, and with all the rights and powers conferred upon this corporation by said act of the Legislative Assembly.

Exhibit 1 - Page 31 of 50
ANK Decl ISO 2d MPSJ

*the estimated value of its property and money*

(*$*                              ) *Dollars ; the location*

*of its principal office at*        P o r t l a n d                         *, in the County of*

   *Multnomah,*          *State of Oregon; the date of filing its Articles of Incorporation,*

*the*  6th          *day of*      A p r i l        *A. D. 190⁹  ; and the amount of the*

*organization fee paid Five and 00-100 ($5.00) Dollars.*

## In Testimony Whereof, *I have hereunto set my hand*

*and affixed hereto the seal of the State of Oregon.*

*Done at the Capitol at Salem, Oregon, this*
6th      *day of*     A p r i l ,     , 190 9.*

_____
                    .              Secretary of State




Exhibit 1 - Page 32 of 50
ANK Decl ISO 2d MPSJ

of Oregon City.

Know all men by those presents: That Alexander Christie, the arch-
bishop of the Roman Catholic church for the diocese of Oregon, has asso-
ciated with him James Rauw and James H. Black, respectively vicar-general
and chancellor of said diocese, and they have unanimously designated George
F. Thompson and Anthony Hillebrand, both of whom are members of said reli-
gious denomination and all of said persons being residents of said diocese,
in conformity with and pursuance of the act of the Legislative Assembly of
the State of Oregon of 1907, entitled An Act authorizing the formation of
religious corporations, and filed in the office of the secretary of state
February 23rd, 1907, do make, sign and acknowledge in triplicate, the fol-
lowing articles of incorporation.

## Article I

The name of this corporation and by which it shall be known is
"Archdiocese of Oregon City".

## Article II

The general purpose of this corporation is to take, hold, receive,
sell, convey, encumber and dispose of any and all real or personal property
for the use and benefit of the aforesaid diocese, and for the use and ben-
efit of the religious denomination aforesaid, and to administer the tempor-
alities of such diocese; to establish and conduct schools, seminaries, col-
leges, or any benevolent, charitable, religious or missionary work or so-
ciety of such religious denomination within such diocese, and with all the
rights and powers conferred upon this corporation by said act of the Leg-
islative Assembly.

## Article III

The location or principal office of this corporation shall be in
the City Of Portland, County Of Multnomah, State of Oregon.

In witness whereof we, the incorporators aforesaid, have hereunto
subscribed our names this 10th, day of March 1909, in triplicate.

*Alexander Christie, Archbishop*
*James Rauw, Vicar General*
*James H Black, Chancellor*
*Anthony Hillebrand*
*George F. Thompson*

Exhibit 1 - Page 33 of 50
ANK Decl ISO 2d MPSJ

State of Oregon

Multnomah County, SS:

This certifies, that on this 10th day of march, 1909, before me, a notary public in and for said county and state personally appeared Alexander Christie, James Rauw, James H. Black, George F. Thompson and Anthony Hillebrand to me known to be the identical persons described in and who executed the foregoing articles of incorporation and acknowledged to me that they executed them for the purposes therein stated.

In testimony whereof I have hereunto set my hand and seal the day and year first above written.

Geo Williams

Notary public for Oregon,

000000 0000 0025 0028

0000 0000      0055 0004

Exhibit 1 - Page 34 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# State of Oregon

## OFFICE OF THE SECRETARY OF STATE
### Corporation Division

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal of said State, do hereby certify:*

That the attached copy of the
**Supplementary**
**Articles of Incorporation**
*filed on*
**March 4, 1929**
*for*
**ARCHDIOCESE OF OREGON CITY**
changing the name to
**ARCHDIOCESE OF PORTLAND IN OREGON**
*is a true copy of the original document
that has been filed with this office.*

*In Testimony Whereof, I have hereunto set
my hand and affixed hereto the Seal of the
State of Oregon.*

*BILL BRADBURY, Secretary of State*



By *Marilyn R. Smith*
*Marilyn R. Smith*
*October 8, 2004*

Exhibit 1 - Page 35 of 50
ANK Decl ISO 2d MPSJ



*Corporation*

*No.* 15492

# State of Oregon

## Certificate of Filing Supplementary Articles of Incorporation

### To All to Whom These Presents May Come, Greeting:

**Know Ye,** *That whereas*   ARCHDIOCESE OF OREGON CITY

*a corporation organized and formed under and pursuant to the Laws of the State of Oregon, having presented Supplementary Articles of Incorporation, and paid the filing fee, as provided by Chapter 126, General Laws of Oregon for 1915;*

**Now, Therefore, I, Mark B. McCallister,** *Corporation Commissioner of the State of Oregon, DO HEREBY CERTIFY, that said*

## Supplementary Articles of Incorporation

*have been filed in the office of the Corporation Commissioner the* 4th *day of* March *, 192 9. Amending* Articles I, II and III of the Articles of Incorporation to read as follows:

#### ARTICLE I.

The name of the corporation and by which it shall be known is "Archdiocese of Portland in Oregon".

#### ARTICLE II.

The general purposes of this corporation are to take, hold, receive, sell, convey, encumber and dispose of any and all real or personal property for the use and benefit of the aforesaid Diocese, and for the use and benefit of the religious denomination aforesaid, and to administer the temporalities of such Diocese; to establish and conduct schools, seminaries, colleges, or any benevolent, charitable, re-

Exhibit 1 - Page 36 of 50
ANK Decl ISO 2d MPSJ

ligious or missionary work or society of such denomination within such Diocese, and with all the rights and powers conferred upon this corporation by the said Act of the Legislative Assembly.

## ARTICLE III.

The location or principal office of this corporation shall be in the City of Portland, County of Multnomah, State of Oregon.

**I Further Certify,** that said Supplementary Articles of Incorporation were accompanied by a fee of Five ($5.00) Dollars.

**In Testimony Whereof,** I have hereunto set my hand and affixed hereto the seal of the Corporation Department of the State of Oregon.

Done at the Capitol, at Salem, Oregon, this 4th day of March , 192 9 .

SEAL

_Mark D. McCallister_

...............................................
Corporation Commissioner

0000 0000    0066 0007

Exhibit 1 - Page 37 of 50
ANK Decl ISO 2d MPSJ

SUPPLEMENTARY ARTICLES OF INCORPORATION
-of-
ARCHDIOCESE OF PORTLAND IN OREGON,
formerly
ARCHDIOCESE OF OREGON CITY

KNOW ALL MEN BY THESE PRESENTS that Edward D. Howard, Archbishop of the Roman Catholic Church for the Diocese of Oregon, A. Hillebrand, Vicar-General of said Diocese, Thomas J. Tobin, James H. Black, Chancellor of said Diocese, and George Thompson, being all of the members of the Board of Trustees of the Archdiocese of Oregon City, a corporation organized and existing in conformity with and pursuant to the provisions of an Act of the Legislative Assembly of the State of Oregon of 1907, entitled "An Act Authorizing the Formation of Religious Corporations", and filed in the office of the Secretary of State February 23, 1907, do hereby, in pursuance of a resolution regularly adopted at a meeting of said Board of Trustees duly and regularly called for such purpose by which the name of this corporation was changed from "Archdiocese of Oregon City" to "Archdiocese of Portland in Oregon" and by which said Board of Trustees was authorized to adopt and file Supplementary Articles of Incorporation in the office of the Corporation Commissioner for the purpose of so changing its corporate name, make, file and acknowledge in triplicate the following Supplementary Articles of Incorporation:

ARTICLE I.

The name of the corporation and by which it shall be known is "Archdiocese of Portland in Oregon".

-1-

0000 0000 0025 0033

Exhibit 1 - Page 38 of 50
ANK Decl ISO 2d MPSJ

## ARTICLE II.

The general purposes of this corporation are to take, hold, receive, sell, convey, encumber and dispose of any and all real or personal property for the use and benefit of the aforesaid Diocese, and for the use and benefit of the religious denomination aforesaid, and to administer the temporalities of such Diocese; to establish and conduct schools, seminaries, colleges, or any benevolent, charitable, religious or missionary work or society of such denomination within such Diocese, and with all the rights and powers conferred upon this corporation by the said Act of the Legislative Assembly.

## ARTICLE III.

The location or principal office of this corporation shall be in the City of Portland, County of Multnomah, State of Oregon.

IN WITNESS WHEREOF we, the incorporators aforesaid, have hereunto subscribed our names this $28$ day of February, 1929.

Exhibit 1 - Page 39 of 50
ANK Decl ISO 2d MPSJ

STATE OF OREGON,
County of Multnomah, } ss.

On this 21ᵗʰ day of February, 1929, before me, the
undersigned, a Notary Public in and for said County and
State, personally appeared the within named EDWARD D.
HOWARD, A. HILLEBRAND, THOMAS J. TOBIN, JAMES H. BLACK and
GEORGE THOMPSON, to me known to be the identical persons
named in and who executed the foregoing Supplementary
Articles of Incorporation, and acknowledged to me that they
executed the same freely and voluntarily for the uses and
purposes therein set forth.

IN TESTIMONY WHEREOF I have hereunto set my hand and
Notarial Seal the day and year last hereinabove written.

Notary Public for Oregon.

~~My commission expires:~~    MY COMMISSION EXPIRES SEPT. 6, 1932

0000 0009 0035



Exhibit 1 - Page 40 of 50
ANK Decl ISO 2d MPSJ

CERTIFICATE

# State of Oregon

### OFFICE OF THE SECRETARY OF STATE
### Corporation Division

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal
of said State, do hereby certify:*

That the attached copy of the
**Power of Attorney**
*filed on*
**November 12, 1941**
*for*
**ARCHDIOCESE OF PORTLAND IN OREGON**
*is a true copy of the original document
that has been filed with this office.*



*In Testimony Whereof, I have hereunto set
my hand and affixed hereto the Seal of the
State of Oregon.*

*BILL BRADBURY, Secretary of State*

*By*  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
*Debra L. Virag*
*October 8, 2004*

Exhibit 1 - Page 41 of 50
ANK Decl ISO 2d MPSJ

# POWER OF ATTORNEY

To be executed, acknowledged, and filed in the office of the Corporation Commissioner by a domestic nonprofit corporation. Required by the provisions of Chapter 662, Oregon Laws, 1941.

*KNOW ALL MEN BY THESE PRESENTS:*

That .the ARCHDIOCESE OF PORTLAND IN OREGON ...........................................................
(Name of Corporation)

*is a corporation duly organized under and by virtue of the laws of Oregon, having its principal place of business in Oregon.*

That said ..ARCHDIOCESE OF PORTLAND IN OREGON.......................................................
(Name of Corporation)

*has made, constituted and appointed, and does hereby make, constitute and appoint* .The. Most. Rev.. Edward .D.. Howard, D.D.
(Name of Attorney-in-Fact)

*a citizen of the United States, and a citizen and resident of the state of Oregon, residing at* ...733. N.W.. 20th. Ave.........

*Oregon and whose place of business and postoffice address is No.* .2053..S.W.. Sixth. Avenue ......................... *Street,*

*its true and lawful Attorney-in-Fact and authorized Agent for it, and in its name, place and stead to make and accept service of*

*all writs, processes and summonses in any action, suit or proceeding in any of the courts of the state of Oregon, or the United*

*States courts therein, and upon whom all such lawful writs, processes and summonses may be served requisite and necessary to*

*give competent and complete jurisdiction of the said* ...ARCHDIOCESE. OF. PORTLAND. IN. OREGON ...................
(Name of Corporation)

...................................................................................................................... *to any of the said courts.*

*This Power of Attorney is irrevocable except by the substitution of another qualified person for the one hereby appointed.*

*IN WITNESS WHEREOF, said corporation, in pursuance of a resolution duly adopted by its Board of*

.........Directors..............., *has caused this instrument*
(Directors or Trustees)

*to be executed in its name by its* .Secretary...............

(Rev)Thomas J. Tobin..............., *and its Corporate Seal*
(Name of Officer or Trustee)

*(if it has a seal) to be hereto affixed the* ...8th....... *day*

*of* ...............November...................................., *19*....41

[CORPORATE SEAL]

ARCHDIOCESE OF PORTLAND IN OREGON
(Name of Corporation)

By ...............................................................
(Its President, Secretary, or other Authorized Officer)

OR DOC 0000 0021 009

NOTE: If the corporation has no seal, please indicate this fact.

(OVER)

Exhibit 1 - Page 42 of 50
ANK Decl ISO 2d MPSJ

STATE OF OREGON,

County of ........MULTNOMAH............... |ss.

THIS CERTIFIES, that on this ...8th... day of ...November.................................., 19.41., before me, a notary public, personally appeared ........(Rev)Thomas J. Tobin............................... who acknowledged himself to be
(Name of Individual)

the ........Secretary........................ of ...ARCHDIOCESE OF PORTLAND IN OREGON..........., a corporation,
(Title of Office)

and that he as such ..........Secretary........................., being authorized so to do, executed the foregoing instrument
(Title of Office)

for the purposes therein contained, by signing the name of the corporation by himself as ......Secretary...............
(Title of Office)

IN WITNESS WHEREOF, I have hereunto set my hand and official seal, the day and year last above written.

[NOTARIAL SEAL]

*Margaret Gallant*
Notary Public for Oregon

My commission expires ............................................, 19........

MY COMMISSION EXPIRES OCT. 8, 1944

---

13492

## POWER OF ATTORNEY

ARCHDIOCESE OF PORTLAND IN OREGON

TO

The Most Rev. Edward D. Howard, D.D.



FILED
NOV 12 1941
LLOYD R. SMITH
County Clerk

Exhibit 1 - Page 43 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# State of Oregon

OFFICE OF THE SECRETARY OF STATE
*Corporation Division*

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal
of said State, do hereby certify:*

That the attached copy of the
**Designation of Initial Registered Office
and Registered Agent**
*filed on*
**February 19, 1960**
*for*
**ARCHDIOCESE OF PORTLAND IN OREGON**
*is a true copy of the original document
that has been filed with this office.*

*In Testimony Whereof, I have hereunto set
my hand and affixed hereto the Seal of the
State of Oregon.*

*BILL BRADBURY, Secretary of State*



*By* _____
*Debra L. Virag*
*October 8, 2004*

Exhibit 1 - Page 44 of 50
ANK Decl ISO 2d MPSJ

File No. *NP 13492*
(4)

No. 61.9

missioner, Salem, Oregon. There is no fee. Any corporation failing to file this document is subject
to involuntary dissolution.

Mail to Corporation Com-

# Designation of Initial Registered Office and Registered Agent

*Archdiocese of Portland in Oregon*, a corpo-
(Exact name of corporation)

ration organized and existing under the laws of the State of *Oregon*,

hereby certifies that, pursuant to a duly adopted resolution of its board of directors, the address of the

registered office of the corporation in the State of Oregon shall be *2053 S.W. 6th Ave. Portland*
(Street, street and city)

that the registered agent of the corporation shall be *Edward D. Howard*; and that

the address of its registered office and the address of the business office of its registered agent are identical.

IN WITNESS WHEREOF, the undersigned corporation has caused this certificate to be executed in its

name by its President or Secretary, this *18th* day of *February*, 19 *60*

*Archdiocese of Portland in Oregon*
(Name of corporation)

By *Edward D. Howard*
(President or Secretary)

STATE OF *Oregon*
County of *Multnomah* } ss.

I, *Fred J. Weber*, a Notary Public, do hereby certify that on the *18th*

day of *February*, A.D. 19 *60*, personally appeared before me *Edward D. Howard*

who declares he is *President* of the corporation executing the foregoing document, and

being first duly sworn acknowledged that he signed the foregoing document in the capacity therein set forth

and declared that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

*Fred J. Weber*

Notary Public for *Oregon*

My commission expires: *Dec. 10, 1960*

FILED
FEB 1:
FRANK J. HEALY
Corporation Commissioner

Exhibit 1 - Page 45 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# State of Oregon

*OFFICE OF THE SECRETARY OF STATE*
*Corporation Division*

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal of said State, do hereby certify:*

*That the attached copy of the*
**Reinstatement**
*filed on*
**August 3, 1989**
*for*
**ARCHDIOCESE OF PORTLAND IN OREGON**
*is a true copy of the original document*
*that has been filed with this office.*



*In Testimony Whereof, I have hereunto set my hand and affixed hereto the Seal of the State of Oregon.*

*BILL BRADBURY, Secretary of State*

*By* _____

*Debra L. Virag*
*October 8, 2004*

Exhibit 1 - Page 46 of 50
ANK Decl ISO 2d MPSJ

Come visit us on the internet at http://www.filinginoregon.com
FAX (503) 378-4381

1101

STATE OF OREGON
CORPORATION DIVISION
158 12TH ST. NE
SALEM, OR 97310

F I L E D
IN THE OFFICE OF THE SECRETARY
OF STATE OF THE STATE OF OREGON

AUG 03 1989

CORPORATION DIVISION

ARCHDIOCESE OF PORTLAND IN OREGON                       JULY 28, 1989
ATTN: LARRY VAN DYKE
2838 E BURNSIDE ST
PORTLAND OR 97214

ACTION:   REINSTATEMENT
ENTITY TYPE:   DOMESTIC NON-PROFIT
REGISTRY #:   013492-16                                (851.115)
RE:   ARCHDIOCESE OF PORTLAND IN OREGON

Please complete and return this letter and any enclosed documents
so that we can file the requested reinstatement.

Please submit $30.00 to cover the fees for the requested
reinstatement.

The above entity hereby requests to be active on the records of
the Corporation Division.  The effective date of administrative
dissolution is 6/2/89 .  Please check one of the following:
_X_   The reason(s) for administrative dissolution has
      been eliminated.
_____ The reason(s) for administrative dissolution did
      not exist. *
By: _Lawrence J. Van Dyke_          Date: _7/31/89_
      (Authorized Signature)
         Controller

PLEASE RETURN THIS LETTER AND ALL DOCUMENTS WITH YOUR RESPONSE
AS SOON AS POSSIBLE.  IF WE DO NOT HEAR FROM YOU IN 45 DAYS, YOUR
ACTION WILL NOT BE COMPLETED.


Document Review/Data Entry
Corporation Division

(503) 378-4901, 378-4743

ENC:  Duplicate Annual Report


* Erroneous lack of
filing of annual
report

DBP
NONOTH-814200-06-87

00013301602   851.115              30.00

Exhibit 1 - Page 47 of 50
ANK Decl ISO 2d MPSJ

*CERTIFICATE*

# State of Oregon

## OFFICE OF THE SECRETARY OF STATE
### Corporation Division

*I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal of said State, do hereby certify:*

*That the attached copy of the*
**Articles of**
**Merger**
*filed on*
**September 18, 1991**
*for*

**ARCHDIOCESE OF PORTLAND IN OREGON**

*merging with and into*

**ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND IN OREGON**

*is a true copy of the original document*
*that has been filed with this office.*



*In Testimony Whereof, I have hereunto set my hand and affixed hereto the Seal of the State of Oregon.*

*BILL BRADBURY, Secretary of State*

*By* Debra L. Virag

*Debra L. Virag*
*October 8, 2004*

013492-16
00461913

STATE OF OREGON
CORPORATION DIVISION
158 12TH Street NE
Salem, OR 97310

FILED

SEP 1 8 1991

SECRETARY OF STATE

ARTICLES OF MERGER
Domestic Nonprofit Corporations

1. **Names of the corporations proposing to merge:**

   A.  ARCHDIOCESE OF PORTLAND IN OREGON.    013492-16

   B.  ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND
       IN OREGON.

2. **Name of the surviving corporation:**

   ROMAN CATHOLIC ARCHBISHOP OF THE ARCHDIOCESE OF PORTLAND IN
   OREGON.

3. **The surviving corporation shall be a religious corporation
   sole, without officers, managed by a single director pursuant
   to ORS 65.067.  William J. Levada and his successors as
   Archbishop of the Archdiocese of Portland in Oregon shall be
   the individual constituting the corporation and its sole
   director.**

4. **A copy of the Plan of Merger is attached.**

5. **Corporation A.**

        The Plan of Merger was adopted by a majority of the Board
        of Trustees at a meeting held on the ___27th___ day of
        _____July_____ , 1991.

   **Corporation B.**

        The Plan of Merger was adopted by a majority of the
        directors in office at a meeting held on the ___26th___ day
        of _____June_____ , 1991.

**Execution for Corporation A:**    _William J. Levada_
                                    William J. Levada, President

**Execution for Corporation B:**    _William J. Levada_
                                    William J. Levada, Director


**Person to contact about this filing:**    John M. Keller
                 **Daytime phone number:**    (503) 238-1025

\arch\merger.art

Exhibit 1 - Page 49 of 50
ANK Decl ISO 2d MPSJ

## PLAN OF MERGER

### ROMAN CATHOLIC ARCHBISHOP
### OF THE ARCHDIOCESE OF PORTLAND IN OREGON

#### and

### ARCHDIOCESE OF PORTLAND IN OREGON

This plan of merger is entered into effective as of the 26th day of _____ June _____, 1991 by and between Roman Catholic Archbishop of The Archdiocese of Portland In Oregon, an Oregon corporation sole, and Archdiocese of Portland In Oregon, an Oregon nonprofit corporation.

1.   The name of each nonprofit corporation planning to merge is:

    a.   Roman Catholic Archbishop of The Archdiocese of Portland In Oregon.

    b.   Archdiocese of Portland In Oregon.

2.   The name of the surviving corporation into which each other corporation plans to merge is:

    a.   Roman Catholic Archbishop of The Archdiocese of Portland In Oregon.

3.   The terms and conditions of the merger are:

    a.   Each merging corporation is a religious corporation organized for the purpose of holding and administering the assets of and conducting the corporate purposes and mission of the Roman Catholic Archdiocese of Portland in Oregon. Following the merger there will be no Board of Trustees and the surviving corporation shall be a corporation sole, without officers, managed by a single director, pursuant to ORS 65.067. William J. Levada and his successors as Archbishop of the Archdiocese of Portland in Oregon shall be the individual constituting the corporation and its sole director.

    b.   Neither merging corporation has members and there is no provision for conversion of memberships.

\arch\merger

Exhibit 1 - Page 50 of 50
ANK Decl ISO 2d MPSJ

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

OCT 1 3 2004

In re    Roman Catholic Archbishop of Portland in Oregon,    Case No.  04-37154-elp11
         and successors, a corporation sole    LODGED   RECD
                                                PAID     DOCKETED
                                                AFTER PAYOR

## SCHEDULE A. REAL PROPERTY - AMENDED-modified & additional

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| AMENDMENT:  ADD Farmland, APN R376319/ SW 229th Ave, Aloha (Washington County) OR 97007 | Tenant in Common (1/5 of 1/4 interest) | - | 7,750.00 | 0.00 |
| See Question 14  to Statement of Financial Affairs (Debtor has amended its response to Question 14 of the Statement of Financial Affairs) | Debtor holds bare legal title but no equitable or beneficial interest | - | 0.00 | 0.00 |
| AMENDMENT to original Exhibit A to Schedule A: as to APN 554197, the address should be shown as "Buck Street" (no number). | | - | 0.00 | 0.00 |

Sub-Total >   7,750.00   (Total of this page)

Total >   7,750.00

0 __ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Exhibit 2 - Page 1 of 1
ANK Decl ISO 2d MPSJ

CLEH.. ..S. BANKRUPTCY COURT
DISTRICT OF OREGON

9/14/04 12 05PM

Form 7
(12/03)

OCT 1 3 2004

**United States Bankruptcy Court**   LODGED_____ REC'D
**District of Oregon**   PAID_____DOCKETED_____

AFTER 4:30 P.M.

In re  Roman Catholic Archbishop of Portland in Oregon, and successors, a
corporation sole

|  | Case No. | 04-37154-elp11 |
|---|---|---|
| Debtor(s) | Chapter | 11 |

## AMENDED STATEMENT OF FINANCIAL AFFAIRS

**The Debtor is a not-for-profit ecclesiastical entity that ministers to Catholics and others in Western Oregon.**

**The Debtor does not, by filing its petition, Statement of Financial Affairs, Schedules, and other documents in this case, waive any of its rights under any applicable law, including, without limitation, Canon Law, the First Amendment to the United States Constitution and the Oregon Constitution, the Religious Freedom Restoration Act, the Church Autonomy Doctrine, Charitable Trust Law, and the rights to object to disclosure of information and to contend that certain assets disclosed herein are not property of the estate.**

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

Exhibit 3 - Page 1 of 32
ANK Decl ISO 2d MPSJ

9/14/04 12 05PM

2

**1. Income from employment or operation of business**

None
☒ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                    SOURCE (if more than one)

**2. Income other than from employment or operation of business**

None
☐ State the amount of income received by the debtor other than from employment, trade, or profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT              SOURCE
        $15,913,752.30      Operations, FY 2003-2004
        $16,593,341.57      Operations, FY 2002-2003

**3. Payments to creditors**

None
☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Exhibit 3.a | | | |

**NOTE: Listing does not include gifts, grants, and ALIP disbursements which are not payments to creditors.**

None
☒ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See attached Exhibit 4 | | | |

None
☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Exhibit 3 - Page 2 of 32
ANK Decl ISO 2d MPSJ

9/14/04 12:05PM

3

**5. Repossessions, foreclosures and returns**

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☒ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**See attached Exhibit 7.**

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Exhibit 3 - Page 3 of 32
ANK Decl ISO 2d MPSJ

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sussman Shank LLP**<br>**1000 SW Broadway**<br>**Suite 1400**<br>**Portland, OR 97205-3089** | **7/16/03-7/06/04** | **$237,395.56 (including a $200,000 retainer paid for this proceeding)** |

**10. Other transfers**

None ☐   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See attached Exhibit 10** | | |

**•NOTE:  Debtor entered into agreements with certain transferees pursuant to which Debtor agreed to keep the amount of the transfer confidential.  For all such transfers, the claimant's identity and amount are not disclosed on Exhibit 10.**

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Umpqua Bank**<br>**PO Box 1820**<br>**Roseburg, OR 97470-4717** | **Ultra-Rate Fund**<br>**####0073**<br>**$275,257.01** | **8/11/2003** |
| **Umpqua Bank**<br>**PO Box 1820**<br>**Roseburg, OR 97470-4717** | **Fixed rate jumbo CD**<br>**####3700**<br>**$525,000.00** | **6/14/2004** |
| **Union Bank of California**<br>**407 SW Broadway**<br>**Portland, OR 97205** | **Investment Account (Insurance Fund)**<br>**######73-14**<br>**$12.72** | **Sept. 2003** |
| **Union Bank of California**<br>**407 SW Broadway**<br>**Portland, OR 97205** | **Investment Account (Clark Estate)**<br>**######73-22**<br>**$133.95** | **Sept. 2003** |

8/14/04 12:05PM

5

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None 

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **See Exhibits 14a (AMENDED, dated 9/01/04) and 14b attached** | | |

**15. Prior address of debtor**

None 

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| St. Paul School<br>1201 Satre St<br>Eugene, OR 97401 | City of Eugene<br>2485 Roosevelt Blvd<br>Eugene, OR 97402-0000 | 12/92 | unknown:<br>underground storage tank |
| St. Paul School<br>1201 Satre Street<br>Eugene, OR 97401 | OR Dept of Environmental Quality<br>750 Front St NE<br>Ste 120<br>Salem, OR 97310-0000 | January 2003 | unknown:<br>underground storage tank |

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Bishops' Plan Insurance Co., Inc. | 06-1696738 | c/o USA Risk Group of Vermont<br>2386 Airport Rd<br>Barre, VT 05641 | "Captive" insurance company for Roman Catholic dioceses | 7/01/03 membership began and continues to date |

None ☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or
☐       supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Sandy Richards, Acc'ting Mgr. | 3/27/95-present |
| 2838 E Burnside St | |
| Portland, OR 97214 | |
| | |
| Garrett Morgan, Ass't Dir. Fin. Services | 1/12/98-present |
| 2838 E Burnside | |
| Portland, OR 97214 | |
| | |
| Leonard E. Vuylsteke, CPA, Dir. Fin. Services | 5/01/96-present |
| 2838 E Burnside St | |
| Portland, OR 97214 | |

None    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books
☐       of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Rebecca L Graham | KPMG, LLP | 7/01/2001-present |
| | 1300 SW Fifth Ave #3800 | |
| | Portland, OR 97201 | |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐       of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Leonard E. Vuylsteke | 2838 E Burnside St |
| | Portland, OR 97214 |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐       issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Dept. of Consumer & Bus. Svcs | Upon completion of FY 2003 and 2002 Financial |
| PO Box 14480 | Statements |
| Salem, OR 97309-0405 | |
| | |
| Dun & Bradstreet | Upon completion of FY 2003 and 2002 Financial |
| The D&B Corporation | Statements |
| 103 JFK Parkway | |
| Short Hills, NJ 07078 | |
| | |
| Mark M. Farrell, VP | Upon completion of FY 2003 and 2002 Financial |
| Key Bank | Statements |
| Public Sector Group | |
| 1211 SW 5th, #400 | |
| Portland, OR 97204 | |
| | |
| Elizabeth Humphrey | Upon completion of FY 2003 and 2002 Financial |
| US Bank | Statements |
| | |
| Tom Sciarretta | Upon completion of FY 2003 and 2002 Financial |
| Umpqua Bank | Statements |

Exhibit 3 - Page 7 of 32
ANK Decl ISO 2d MPSJ

**20. Inventories**

8

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| John G Vlazny 2838 E Burnside St Portland, OR 97214 | Archbishop | sole director |

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John G. Vlazny, Archbishop 2838 E Burnside St Portland OR 97214 | Salary, FY 2003-2004 Housing, FY 2003-2004 Health insurance, FY 2003-2004 Clergy retirement Worker's comp | $22,757 $30,000 $ 5,825 $ 3,237 $    653 |
| **TOTAL** | | $62,472 |

9/14/04 12 05PM

9

**24. Tax Consolidation Group.**

None ☒ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| **Oregon Laborers Employers Trust Fund** | **c/o Union Bank**<br>**PO Box 4388**<br>**Portland OR 97208-4388**<br>**503-727-2337** |
| **Western States Office & Professional Employees Pension Fund** | **c/o Cummings McMullan Admin Co.**<br>**PO Box 668**<br>**Pleasanton CA 94566-0865**<br>**925-847-6080** |
| **Priests' Retirement Fund** | **Mass Mutual Life Insurance Co.**<br>**Pension Management Div. n328**<br>**Springfield MA 01111-3000**<br>**413-744-7148** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing **AMENDED** statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _October 11, 2004_          Signature _Leonard E. Vuylsteke_

Leonard E. Vuylsteke, CPA, CCM
Canonical Finance Director

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

EXHIBIT 14
9/23/04

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

STATEMENT OF FINANCIAL AFFAIRS

14. Property held for another person (AMENDED: additions in bold)

List all property owned by another person that the Debtor holds or controls

Real property of others with legal title in the name of Debtor

I. Parish real properties with legal title in the name of Debtor

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R92276 | Our Lady of Perpetual Help (St Mary's) Church | 728 Elsworth St SW | Albany | 97321 | Linn | Parish Facilities | $228,160 | |
| R92284 | Our Lady of Perpetual Help (St Mary's) Church | 728 Elsworth St SW | Albany | 97321 | Linn | Parish Facilities | $27,340 | |
| R92656 | Our Lady of Perpetual Help (St Mary's) Church | 728 Elsworth St SW | Albany | 97321 | Linn | Parish Facilities | $4,992,360 | |
| R359873 | St Elizabeth Ann Seton Church | 3145 SW 192nd Ave | Aloha | 97006 | Washington | Parish Facilities | $1,338,300 | |
| 2797 | St Peter the Fisherman Church | 1605 Upland Dr | Arch Cape | 97102 | Clatsop | Parish Facilities | $26,391 | |
| 2801 | St Peter the Fisherman Church | 1605 Upland Dr | Arch Cape | 97102 | Clatsop | Parish Facilities | $63,969 | |
| 2802 | St Peter the Fisherman Church | 1605 Upland Dr | Arch Cape | 97102 | Clatsop | Parish Facilities | $54,015 | |
| 2798 | St Peter the Fisherman Church | 1605 Upland Dr | Arch Cape | 97102 | Clatsop | Parish Facilities | $59,325 | |
| 2799 | St Peter the Fisherman Church | 1605 Upland Dr | Arch Cape | 97102 | Clatsop | Parish Facilities | $729,692 | |
| 2800 | St Peter the Fisherman Church | 1605 Upland Dr | Arch Cape | 97102 | Clatsop | Parish Facilities | $165,458 | |
| 1-009091-0 | Our Lady of the Mountain Church | 987 Hillview Dr | Ashland | 97520 | Jackson | Parish Facilities | $584,850 | |
| 1-010184-6 | Our Lady of the Mountain Church | 1657 Peachy Rd | Ashland | 97520 | Jackson | Parish Facilities | $428,300 | |
| 1-006905-5 | Our Lady of the Mountain Church | 1150 Ashland St | Ashland | 97520 | Jackson | Parish Facilities | $76,680 | |
| 22864 | St Mary Star of the Sea Church | 1465 Grand Ave | Astoria | 97103 | Clatsop | Parish Facilities | $154,571 | |
| 22863 | St Mary Star of the Sea Church | 1465 Grand Ave | Astoria | 97103 | Clatsop | Parish Facilities | $167,662 | |
| 22865 | St Mary Star of the Sea Church | 1411 Grand Ave | Astoria | 97103 | Clatsop | Parish Facilities | $289,166 | |
| 22868 | St Mary Star of the Sea Church | 1465 Grand Ave | Astoria | 97103 | Clatsop | Parish Facilities | $59,028 | |
| 22893 | St Mary Star of the Sea Church | 1388 Franklin Ave | Astoria | 97103 | Clatsop | Parish Facilities | $98,288 | |
| R60090 | St Mary Church | 9168 Silver Falls Hwy SE | Aumsville | 97325 | Marion | Parish Cemetery | None | |
| R60090 | St Mary Church | 9168 Silver Falls Hwy SE | Aumsville | 97325 | Marion | Parish Facilities | $256,960 | |
| R63210 | St Mary Church | 9168 Silver Falls Hwy SE | Aumsville | 97325 | Marion | Parish Facilities | $609,540 | |
| 99431 80 | Holy Trinity Church | First St NE | Bandon | 97411 | Coos | Parish Cemetery | None | |
| 9981 | Holy Trinity Church | 355 Oregon Ave | Bandon | 97411 | Coos | Parish Facilities | $1,154,530 | |
| R732844 | St Francis of Assisi Church | NW Mountaindale Rd | Banks | 97106 | Washington | Parish Cemetery | $13,950 | |
| R732997 | St Francis of Assisi Church | 39135 NW Harrington Rd | Banks | 97106 | Washington | Parish Facilities | $69,790 | |

Page 1 of 22

Exhibit 3 - Page 10 of 32
ANK Decl ISO 2d MPSJ

In re **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**    Case No. **04-37154-elp11**

EXHIBIT 14
9/23/04

## STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R1390088 | Holy Trinity Church | 1216 NW Weybridge Way | Beaverton | 97005 | Washington | Parish Facilities | $181,660 | |
| R29980 | Holy Trinity Church | 13715 SW Walker Rd | Beaverton | 97005 | Washington | Parish Facilities | $1,493,100 | |
| R32360 | Holy Trinity Church | 13715 SW Walker Rd | Beaverton | 97005 | Washington | Parish Facilities | None | |
| R118811 | St Cecilia Church | 12020 SW 5th St | Beaverton | 97005 | Washington | Parish Facilities | $148,760 | |
| R118820 | St Cecilia Church | 12120 SW 5th St | Beaverton | 97005 | Washington | Parish Facilities | $148,760 | |
| R118866 | St Cecilia Church | 5105 SW Franklin Ave | Beaverton | 97005 | Washington | Parish Facilities | $986,430 | |
| R118884 | St Cecilia Church | 5175 SW Lombard Ave | Beaverton | 97005 | Washington | Parish Facilities | $144,290 | Listed for sale at $150,000. |
| R119099 | St Cecilia Church | 12250 SW 8th St | Beaverton | 97005 | Washington | Parish Facilities | $144,470 | |
| R119133 | St Cecilia Church | 5105 SW Franklin Ave | Beaverton | 97005 | Washington | Parish Facilities | None | |
| R262209 | St Cecilia Church | Murray Blvd | Beaverton | 97005 | Washington | Parish Facilities | $926,000 | |
| R249537 | St Cecilia Church | 12745 SW Jennett Ct | Beaverton | 97005 | Washington | Parish Facilities | $169,080 | Purchased in 5/04 for $210,000. |
| 04-04 2 6520-022-00100 | Our Lady of the Woods Church | 11292 Nehalem Hwy | Birkenfeld | 97016 | Columbia | Parish Facilities | $63,000 | |
| R25475 | Star of the Sea Church | 820 Old County Rd | Brookings | 97145 | Curry | Parish Facilities | $721,160 | |
| 307104 | Holy Trinity Church | 104 Blakely Ave | Brownsville | 97386 | Linn | Parish Facilities | $112,880 | |
| 390977 | Holy Trinity Church | 104 Blakely Ave | Brownsville | 97386 | Linn | Parish Facilities | $28,450 | |
| 771873 | St Patrick Church | Pacific Hwy, US 99E | Canby | 97013 | Clackamas | Parish Cemetery | $105,719 | |
| 789445 | St Patrick Church | 488 NW 9th Ave | Canby | 97013 | Clackamas | Parish Facilities | $2,548,847 | |
| — | St Patrick Cemetery | Takima Rd | Canby | | | Parish Cemetery | None | |
| R329895 | St Patrick Church | 407 W River St | Cave Junction | 97523 | Josephine | Parish Cemetery | $140,470 | |
| R329897 | St Patrick Church | 407 W River St | Cave Junction | 97523 | Josephine | Parish Facilities | $324,490 | |
| 1195904 | Shepherd of the Valley Church | 600 Beebe Rd | Central Point | 97502 | Jackson | Parish Facilities | $647,030 | |
| 10185299 | Shepherd of the Valley Church | 456 Beebe Rd | Central Point | 97502 | Jackson | Parish Facilities | $61,720 | |
| 05-01 2 7408-024-02101 | St John the Baptist Church | High St | Clatskanie | 97016 | Columbia | Parish Facilities | $17,400 | |
| 05-01 2 7408-024-02700 | St John the Baptist Church | High St | Clatskanie | 97016 | Columbia | Parish Facilities | $40,100 | |
| 307171 | St Joseph Church | PO Box 9 | Cloverdale | 97112435 | Tillamook | Parish Facilities | None | |
| 307199 | St Joseph Church | PO Box 9 | Cloverdale | 97112435 | Tillamook | Parish Facilities | None | |
| 3838 | St Monica Church | 357 South Sixth St | Coos Bay | 97420 | Coos | Parish Facilities | $2,105,440 | |
| 65154 | St Monica Church | 357 South Sixth St | Coos Bay | 97420 | Coos | Parish Facilities | $216,553 | |
| 67370 01 | St Monica Church | 788 N Ninth St49th | Coos Bay | 97420 | Coos | Parish Facilities | $93,437 | |
| 3316500 | Holy Name Church | 12 N Dean St | Coquile | 97423 | Coos | Parish Facilities | $122,101 | |

Exhibit 3 - Page 11 of 32
ANK Decl ISO 2d MPSJ

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

## STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 14
9/23/04

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 893702 | Holy Name Church | 50 S 12-H Dean St | Coquille | 97423 | Coos | Parish Facilities | $834,445 | |
| 893901 | Holy Name Church | 50 S Dean St | Coquille | 97423 | Coos | Parish Facilities | $13,889 | |
| R431214 | St Alexander Church | 5241-5245 Hergert Rd | Cornelius | 97113 | Washington | Parish Cemetery | $9,500 | |
| R753107 | St Alexander Church | 1004 N Barlow St | Cornelius | 97113 | Washington | Parish Facilities | $112,500 | |
| R753152 | St Alexander Church | N 10th & Adair St | Cornelius | 97113 | Washington | Parish Facilities | None | |
| R753161 | St Alexander Church | 163 N 11th Ave | Cornelius | 97113 | Washington | Parish Facilities | $90,010 | |
| R753170 | St Alexander Church | 183 N 11th Ave | Cornelius | 97113 | Washington | Parish Facilities | None | |
| R753189 | St Alexander Church | 1125 N Barlow St | Cornelius | 97113 | Washington | Parish Facilities | $100,020 | |
| R753250 | St Alexander Church | 115 N 11th Ave | Cornelius | 97113 | Washington | Parish Facilities | $51,030 | |
| R754179 | St Alexander Church | 268 N 17th Ave | Cornelius | 97113 | Washington | Parish Facilities | $135,250 | |
| 226591 | St Mary Church | 501 NW 25th St | Corvalis | 97330 | Benton | Parish Facilities | $59,500 | |
| 88298 | St Mary Church | NW Witham Hill Dr/501-NW-25th St | Corvallis | 97330 | Benton | Parish Cemetery-Faciless | $70,000 | |
| 94775 | St Mary Church | 501 NW 25th St | Corvallis | 97330 | Benton | Parish Facilities | $551,214 | |
| 94890 | St Mary Church | 501 NW 25th St | Corvallis | 97330 | Benton | Parish Facilities | $597,243 | |
| R1002965 | Our Lady of Perpetual Help Church | 1025 N 19th St | Cottage Grove | 97424 | Lane | Parish Facilities | $86,719 | |
| R890929 | Our Lady of Perpetual Help Church | 1025 N 19th St | Cottage Grove | 97424 | Lane | Parish Facilities | $126,476 | |
| R890945 | Our Lady of Perpetual Help Church | 1025 N 19th St | Cottage Grove | 97424 | Lane | Parish Facilities | $1,090,178 | |
| R890960 | Our Lady of Perpetual Help Church | 1025 N 19th St | Cottage Grove | 97424 | Lane | Parish Facilities | $610 | |
| 1083466 | St Philip Benizi Church | 406 S Holbrook Ln | Creswell | 97426 | Lane | Parish Facilities | None | |
| 134978 | St Philip Church | 825 SW Mill | Dallas | 97338 | Polk | Parish Facilities | $24,900 | |
| 137432 | St Philip Church | 825 SW Mill | Dallas | 97338 | Polk | Parish Facilities | $114,530 | |
| 425289 | St Philip Church | 825 SW Mill | Dallas | 97338 | Polk | Parish Facilities | $4,300 | |
| 464435 | St Philip Church | 825 SW Mill | Dallas | 97338 | Polk | Parish Facilities | $2,031,380 | |
| 115262 | San Martin de Porres Church | 404 Main St | Dayton | 97128 | Yamhill | Parish Facilities | $48,319 | |
| 115351 | San Martin de Porres Church | 407 Ferry St | Dayton | 97128 | Yamhill | Parish Facilities | None | |
| 115360 | San Martin de Porres Church | 407 Ferry St | Dayton | 97128 | Yamhill | Parish Facilities | None | |
| R42244 | St Christopher Church | 120 Detroit Rd | Detroit | 97385 | Marion | Parish Facilities | $82,340 | |
| 618359 | St Henry Church | 38925 Dexter Rd | Dexter | 97431 | Lane | Parish Facilities | $403,764 | |
| R22707 | St John the Apostle Church | 515 S Cedar St | Dran | 97435 | Douglas | Parish Facilities | None | |
| 937259 | St Aloysius Church | 297 N Broadway St | Estacada | 97023 | Clackamas | Parish Facilities | $192,723 | |

Page 3 of 22

Exhibit 3 - Page 12 of 32
ANK Decl ISO 2d MPSJ

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

## STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 14
9/23/04

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 937268 | St Aloysius Church | 192 NW 3rd Ave | Estacada | 97023 | Clackamas | Parish Facilies | $157,106 | |
| 937277 | St Aloysius Church | 192 NW 3rd Ave | Estacada | 97023 | Clackamas | Parish Facilies | $6,808 | |
| 937286 | St Aloysius Church | 266 NW Zobrist St | Estacada | 97023 | Clackamas | Parish Facilies | $291,754 | |
| R1625985 | St Jude Church | 3835 Willamette St | Eugene | 97401 | Lane | Parish Facilies | $223,003 | |
| R680015 | St Jude Church | 4330 Willamette St | Eugene | 97401 | Lane | Parish Facilies | $1,641,832 | |
| 405049 | St Mark Church | 1760 Echo Hollow Rd | Eugene | 97402 | Lane | Parish Facilies | $1,430,760 | |
| 1662772 | St Mark Church | Warthen Rd | Eugene (Elmira) | 97402 | Lane | Parish Land | $525 | Land donated in 1972 for the use and benefit of St Mark Church |
| 510410 | St Mark Church | Warthen Rd | Eugene (Elmira) | 97402 | Lane | Parish Land | $166,903 | " |
| 510428 | St Mark Church | Warthen Rd | Eugene (Elmira) | 97402 | Lane | Parish Land | $69,022 | |
| 1176609 | St Mary Church | 1705 Friendly St | Eugene | 97402 | Lane | Parish Facilies | $375,225 | |
| 1176617 | St Mary Church | 1715 Friendly St | Eugene | 97402 | Lane | Parish Facilies | $259,195 | |
| 1366242 | St Mary Church | 1062 Charnelton St | Eugene | 97401 | Lane | Parish Facilies | $606,442 | |
| 261964 | St Mary Church | 1062 Charnelton St | Eugene | 97401 | Lane | Parish Facilies | $675,395 | |
| 261972 | St Mary Church | 1062 Charnelton St | Eugene | 97401 | Lane | Parish Facilies | $3,251,661 | |
| 261980 | St Mary Church | 1062 Charnelton St | Eugene | 97401 | Lane | Parish Facilies | $373,497 | |
| 273563 | St Mary Church | 661 W 18th Ave | Eugene | 97401 | Lane | Parish Facilies | $148,377 | |
| 273571 | St Mary Church | 681 W 18th Ave | Eugene | 97401 | Lane | Parish Facilies | $126,969 | |
| 273589 | St Mary Church | 709 W 18th Ave | Eugene | 97401 | Lane | Parish Facilies | $107,909 | |
| 273597 | St Mary Church | 757 W 18th Ave | Eugene | 97401 | Lane | Parish Facilies | $94,542 | |
| 273605 | St Mary Church | 765 W 18th Ave | Eugene | 97401 | Lane | Parish Facilies | $155,592 | |
| 1136476 | St Mary Church | 715 W 18th Ave | Eugene | 97402 | Lane | Parish Facilies | $118,061 | |
| 272425 | St Mary Church | 715 W 18th Ave | Eugene | 97402 | Lane | Parish Facilies | $40,879 | |
| 273555 | St Mary Church | 715 W 18th Ave | Eugene | 97402 | Lane | Parish Facilies | $1,005,037 | |
| 1163490 | St Paul Church | 1201 Satre St | Eugene | 97401 | Lane | Parish Facilies | $3,778,667 | |
| 1167550 | St Paul Church | 1201 Satre St | Eugene | 97401 | Lane | Parish Facilies | $500 | |
| 1167568 | St Paul Church | 1201 Satre St | Eugene | 97401 | Lane | Parish Facilies | $500 | |
| 1163516 | St Peter Church | 1150 Maxwell Rd | Eugene | 97404 | Lane | Parish Facilies | $2,540,114 | |
| 1163524 | St Peter Church | 1150 Maxwell Rd | Eugene | 97404 | Lane | Parish Facilies | $96,238 | |
| 1089950 | St Thomas More Unvr Parish | 1850 Emerald St | Eugene | 97403 | Lane | Parish Facilies | $1,715,934 | |
| 593424 | St Thomas More Unvr Parish | 1850 Emerald St | Eugene | 97401 | Lane | Parish Facilies | $220,812 | |

Exhibit 3 - Page 13 of 32
ANK Decl ISO 2d MPSJ

EXHIBIT 14
9/23/04

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 593457 | St Thomas More Univ. Parish | 1850 Emerald St | Eugene | 97403 | Lane | Parish Facilities | $266,635 | |
| 860773 | St Mary Our Lady of the Dunes Church | 85060 HWY 101 | Florence | 97439 | Lane | Parish Facilities | $39,826 | |
| 860781 | St Mary Our Lady of the Dunes Church | 85060 HWY 101 | Florence | 97439 | Lane | Parish Facilities | $42,567 | |
| 860799 | St Mary Our Lady of the Dunes Church | 85060 HWY 101 | Florence | 97439 | Lane | Parish Facilities | $493,268 | |
| R419452 | St Anthony Church | 1660 Elm St | Forest Grove | 97026 | Washington | Parish Facilities | None | |
| R419461 | St Anthony Church | 1660 Elm St | Forest Grove | 97116 | Washington | Parish Facilities | $172,800 | |
| R419470 | St Anthony Church | 1660 Elm St | Forest Grove | 97116 | Washington | Parish Facilities | None | |
| R440936 | St Anthony Church | 1806 Laverre Terrace | Forest Grove | 97116 | Washington | Parish Facilities | None | |
| R736261 | Visitation of the Blessed Virgin Mary Church | NW Ostleman Rd | Forest Grove/Verboort | 97116 | Washington | Parish Facilities | $180,620 | |
| R737475 | Visitation of the Blessed Virgin Mary Church | 4285 NW Visitation Rd | Forest Grove/Verboort | 97116 | Washington | Parish Facilities | $13,300 | |
| R15125 | Sacred Heart Church | 680 Elm St | Gervais | 97026 | Marion | Parish Facilities | $112,320 | |
| R15126 | Sacred Heart Church | 680 Elm St | Gervais | 97026 | Marion | Parish Facilities | $115,080 | |
| R15359 | Sacred Heart Church | 680 Elm St | Gervais | 97026 | Marion | Parish Facilities | $1,279,750 | |
| R99398 | Sacred Heart Church | 680 Elm St | Gervais | 97026 | Marion | Parish Cemetery | $6,400 | |
| R99399 | Sacred Heart Church | 680 Elm St | Gervais | 97026 | Marion | Parish Facilities | $48,390 | |
| R99400 | Sacred Heart Church | 680 Elm St | Gervais | 97026 | Marion | Parish Facilities | $171,990 | |
| R99435 | Sacred Heart Church | 680 Elm St | Gervais | 97026 | Marion | Parish Facilities | $91,030 | |
| R15360 | Sacred Heart Church | 680 Elm St | Gervais | 97026 | Marion | Parish Facilities | $541,410 | |
| R43078 | Holy Family Church | 243 Marshall St | Glendale | 97457 | Douglas | Parish Cemetery | $7,210 | |
| R43086 | Holy Family Church | 243 Marshall St | Glendale | 97457 | Douglas | Parish Facilities | $129,550 | |
| R43094 | Holy Family Church | 243 Marshall St | Glendale | 97457 | Douglas | Parish Facilities | $32,343 | |
| R25460 | St Charles Borromeo Church | 94323 Gauntlett St | Gold Beach | 97444 | Curry | Parish Facilities | $27,879 | |
| 24247 | St Michael Church | 48520 SW Hebo Rd | Grand Ronde | 97347 | Yamhill | Parish Facilities | $356,780 | |
| R308495 | St Anne Church | 1131 NE 10th St | Grants Pass | 97526 | Josephine | Parish Facilities | $396,750 | |
| R308497 | St Anne Church | 1020 NE Churchill St | Grants Pass | 97526 | Josephine | Parish Facilities | $2,241,868 | |
| R199238 | St Henry Church | 395 NW 1st St | Gresham | 97030 | Multnomah | Parish Facilities | $169,100 | |
| R199239 | St Henry Church | 451 NW 1st St | Gresham | 97030 | Multnomah | Parish Facilities | $1,157,800 | |
| R336663 | St Henry Church | 62 NW Ava Ave | Gresham | 97030 | Multnomah | Parish Facilities | $267,240 | |
| R338743 | St Henry Church | 346 NW 1st St | Gresham | 97030 | Multnomah | Parish Facilities | $131,590 | |
| R338832 | St Henry Church | 346 NW 1st St | Gresham | 97030 | Multnomah | Parish Facilities | $2,665,540 | |
| | | | | | | | $660,530 | |

Exhibit 3 - Page 14 of 32
ANK Decl ISO 2d MPSJ

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

## STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 14
9/23/04

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R338560 | St Henry Church | 84 NW Ava Ave | Gresham | 97030 | Multnomah | Parish Facilies | $139,760 | |
| 28509 | St Francis de Sales Church | 867 5th Ave | Hammond | 97103 | Clatsop | Parish Facilies | $302,748 | |
| R317829 | St Matthew Church | 642 SE 20th Ct | Hillsboro | 97123 | Washington | Parish Facilies | $188,020 | |
| R327168 | St Matthew Church | 447 SE 3rd St | Hillsboro | 97123 | Washington | Parish Facilies | $11,152,930 | Trust Deed: $41,950, to secure a community development block grant for a food bank. |
| R327257 | St Matthew Church | 447 SE 3rd St | Hillsboro | 97123 | Washington | Parish Facilies | $15,700 | |
| R328434 | St Matthew Church | 447 SE 3rd St | Hillsboro | 97123 | Washington | Parish Facilies | $1,018,280 | |
| R328443 | St Matthew Church | 447 SE 3rd St | Hillsboro | 97123 | Washington | Parish Facilies | $2,310,170 | |
| R337610 | St Matthew Church | 447 SE 3rd St | Hillsboro | 97123 | Washington | Parish Cemetery | None | |
| R11475 | St Agnes Church | 3052 D St | Hubbard | 97071 | Marion | Parish Facilies | $499,820 | |
| 208859 | St Patrick Church | 1258 E St | Independence | 97351 | Polk | Parish Facilies | $115,230 | |
| 208961 | St Patrick Church | 1275 E St | Independence | 97351 | Polk | Parish Facilies | $132,870 | |
| 325541 | St Patrick Church | 1275 E St | Independence | 97351 | Polk | Parish Facilies | $1,323,800 | |
| 1-000479-1 | St Joseph Church | 280 N Fourth St | Jacksonville | 97530 | Jackson | Parish Facilies | None | |
| 1-000005-7 | St Joseph Church | Cemetery Rd | Jacksonville | 97530 | Jackson | Parish Cemetery | None | |
| R100435 | St Thomas Church | 645 3rd St | Jefferson | 97374 | Marion | Parish Facilies | $152,760 | |
| R100436 | St Thomas Church | 645 3rd St | Jefferson | 97374 | Marion | Parish Facilies | $168,190 | |
| 1231959 | St Helen Church | 1350 W Sixth St | Junction Cily | 97448 | Lane | Parish Facilies | $1,277,354 | |
| 8076 | St Helen Church | 1350 W Sixth St | Junction Cily | 97448 | Lane | Parish Facilies | $32,401 | |
| R20293 | St Edward Church | 5303 River Rd N | Keizer | 97303 | Marion | Parish Facilies | $2,324,250 | |
| R95382 | St Edward Church | 225 Sandy Dr N | Keizer | 97303 | Marion | Parish Facilies | $137,930 | |
| 193212 | Our Lady of the Lake Church | 840 A Ave | Lake Oswego | 97034 | Clackamas | Parish Facilies | $489,503 | |
| 193221 | Our Lady of the Lake Church | 716 A Ave | Lake Oswego | 97034 | Clackamas | Parish Facilies | $2,798,922 | |
| 197799 | Our Lady of the Lake Church | 653 Evergreen St | Lake Oswego | 97034 | Clackamas | Parish Facilies | $240,355 | |
| 197805 | Our Lady of the Lake Church | 657 Evergreen St | Lake Oswego | 97034 | Clackamas | Parish Facilies | $237,908 | |
| 197815 | Our Lady of the Lake Church | 650 A Ave | Lake Oswego | 97034 | Clackamas | Parish Facilies | $1,072,012 | |
| 311139 | Our Lady of the Lake Church | 17201 Stafford Rd | Lake Oswego | 97034 | Clackamas | Parish Cemetery | $15,069 | |
| 311148 | Our Lady of The Lake Church | 17201 Stafford Rd | Lake Oswego | 97034 | Clackamas | Parish Cemetery | $185,410 | |
| 174124 | St Edward Church | 100 Main St | Lebanon | 97355 | Linn | Parish Facilies | $956,420 | |
| 174132 | St Edward Church | 100 Main St | Lebanon | 97355 | Linn | Parish Facilies | $41,000 | |
| 174140 | St Edward Church | 100 Main St | Lebanon | 97355 | Linn | Parish Facilies | $56,320 | |

Exhibit 3 - Page 15 of 32
ANK Decl ISO 2d MPSJ

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole      Case No. 04-37154-elp11

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 14
9/23/04

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 174165 | St Edward Church | 100 Main St | Lebanon | 97355 | Linn | Parish Facilities | $103,540 | |
| 174173 | St Edward Church | 100 Main St | Lebanon | 97355 | Linn | Parish Facilities | $58,020 | |
| 174181 | St Edward Church | 100 Main St | Lebanon | 97355 | Linn | Parish Facilities | $95,630 | |
| R183676 | St Augustine Church | 1139 NW US Hwy 101 | Lincoln City | 97367 | Lincoln | Parish Facilities | $2,195,160 | |
| R186030 | St Augustine Church | 1139 NW US Hwy 101 | Lincoln City | 97367 | Lincoln | Parish Facilities | $151,200 | |
| R188380 | St Augustine Church | 1139 NW US Hwy 101 | Lincoln City | 97367 | Lincoln | Parish Facilities | $31,570 | |
| R190770 | St Augustine Church | 1139 NW US Hwy 101 | Lincoln City | 97367 | Lincoln | Parish Facilities | $243,760 | |
| 335401 | St Patrick Church | Seventh St | Lyons | 97374 | Linn | Parish Facilities | $8,790 | |
| 3430 | St Patrick Church | Seventh St | Lyons | 97374 | Linn | Parish Facilities | $101,600 | |
| 3448 | St Patrick Church | Seventh St | Lyons | 97374 | Linn | Parish Facilities | $300,620 | |
| 157868 | St James Church | 206 NE Kirby St | McMinnville | 97128 | Yamhill | Parish Facilities | $598,162 | |
| 162460 | St James Church | 206 NE Kirby St | McMinnville | 97128 | Yamhill | Parish Facilities | None | |
| 162497 | St James Church | 1145 NE 1st St | McMinnville | 97128 | Yamhill | Parish Facilities | None | |
| 162503 | St James Church | 1145 NE 1st St | McMinnville | 97128 | Yamhill | Parish Facilities | None | |
| 162843 | St James Church | 1110 E 1st St | McMinnville | 97128 | Yamhill | Parish Facilities | $531,155 | |
| 411566 | St James Church | 1520 SW Goucher St | McMinnville | 97128 | Yamhill | Parish Facilities | $123,097 | |
| 208146 | St Patrick Cemetery | Muddy Valley Rd | McMinnville | 97128 | Yamhill | Parish Cemetery | $25,071 | |
| 1-037238-1 | Sacred Heart Church | Holly St | Medford | 97302 | Jackson | Parish Facilities | $298,790 | |
| 1-037287-5 | Sacred Heart Church | 431 S Ivy St | Medford | 97501 | Jackson | Parish Facilities | $1,380,550 | |
| 1-037357-0 | Sacred Heart Church | 449 S Ivy St | Medford | 97302 | Jackson | Parish Facilities | $128,800 | |
| 1-040884-5 | Sacred Heart Church | 449 S Ivy St | Medford | 97302 | Jackson | Parish Facilities | $614,720 | |
| 1-040885-1 | Sacred Heart Church | 449 S Ivy St | Medford | 97302 | Jackson | Parish Facilities | $95,540 | |
| 1-040886-0 | Sacred Heart Church | 449 S Ivy St | Medford | 97302 | Jackson | Parish Facilities | $657,260 | |
| 1-040887-8 | Sacred Heart Church | 517 W 10th St | Medford | 97501 | Jackson | Parish Facilities | $302,090 | |
| 1-040904-7 | Sacred Heart Church | 624 W 11th St | Medford | 97302 | Jackson | Parish Facilities | $44,210 | |
| 1-040905-3 | Sacred Heart Church | 620 W 11th St | Medford | 97302 | Jackson | Parish Facilities | $111,570 | |
| 1-040905-1 | Sacred Heart Church | 616 W 11th St | Medford | 97302 | Jackson | Parish Facilities | $99,230 | |
| 1-040909-8 | Sacred Heart Church | 449 S Ivy St | Medford | 97302 | Jackson | Parish Facilities | $49,790 | |
| 1-040910-1 | Sacred Heart Church | 449 S Ivy St | Medford | 97302 | Jackson | Parish Facilities | $404,010 | |
| 1-040911-0 | Sacred Heart Church | 449 S Ivy St | Medford | 97302 | Jackson | Parish Facilities | $47,310 | |

Exhibit 3 - Page 16 of 32
ANK Decl ISO 2d MPSJ

In re **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**    Case No. **04-37154-elp11**

## STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 14
9/23/04

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 1-0409113-6 | Sacred Heart Church | 449 S Ivy St | Medford | 97302 | Jackson | Parish Facilities | $36,870 | |
| 1-0021281-1 | Sacred Heart Church | 816 Black Oak Dr | Medford | 97504 | Jackson | Parish Facilities | None | Leased to St Mary's of Medford, Inc. for the operation of St Mary's School |
| 13537 | St Catherine of Siena Church | 716 S First St | Mill City | 97360 | Linn | Parish Facilities | $56,820 | |
| 109992 | Christ the King Church | 7414 SE Michael Dr | Milwaukie | 97222 | Clackamas | Parish Facilities | $3,101,935 | APN/Assessor's market value includes Griffin Center for ministry formation listed in Section IV |
| 110052 | Christ the King Church | 7414 SE Michael Dr | Milwaukie | 97222 | Clackamas | Parish Facilities | $1,656,306 | |
| 110793 | Christ the King Church | 7436 SE Michael Dr | Milwaukie | 97222 | Clackamas | Parish Facilities | $196,378 | |
| 0500452 | St John the Baptist Church | 10955 SE 25th Ave | Milwaukie | 97222 | Clackamas | Parish Facilities | $118,162 | |
| 26224 | St John the Baptist Church | 10955 SE 25th Ave | Milwaukie | 97222 | Clackamas | Parish Facilities | $78,053 | |
| 27063 | St John the Baptist Church | 10955 SE 25th Ave | Milwaukie | 97222 | Clackamas | Parish Facilities | $5,092,046 | |
| 27107 | St John the Baptist Church | 10955 SE 25th Ave | Milwaukie | 97222 | Clackamas | Parish Facilities | $55,706 | |
| 27116 | St John the Baptist Church | 10955 SE 25th Ave | Milwaukie | 97222 | Clackamas | Parish Facilities | $646,905 | |
| 27125 | St John the Baptist Church | 10955 SE 25th Ave | Milwaukie | 97222 | Clackamas | Parish Facilities | $51,956 | |
| 1093809 | St James Church | 301 Frances St | Molalla | 97038 | Clackamas | Parish Facilities | $128,825 | |
| 1617138 | St James Church | 301 Frances St | Molalla | 97038 | Clackamas | Parish Facilities | $1,256,750 | |
| 202337 | St Rose of Lima Church | Coon Rd | Monroe | 97456 | Benton | Parish Cemetery | None | |
| 203772 | St Rose of Lima Church | 470 S 5th St | Monroe | 97456 | Benton | Parish Facilities | $41,400 | |
| 203780 | St Rose of Lima Church | 470 S 5th St | Monroe | 97456 | Benton | Parish Facilities | $42,700 | |
| R100965 | St Mary Church | 575 E College St | Mt Angel | 97362 | Marion | Parish Facilities | $22,300 | |
| R100966 | St Mary Church | 575 E College St | Mt Angel | 97362 | Marion | Parish Facilities | $12,670 | |
| R100967 | St Mary Church | 575 E College St | Mt Angel | 97362 | Marion | Parish Facilities | $26,200 | |
| R101028 | St Mary Church | 575 E College St | Mt Angel | 97362 | Marion | Parish Facilities | $816,260 | |
| R101029 | St Mary Church | 575 E College St | Mt Angel | 97362 | Marion | Parish Facilities | $3,290 | |
| R101031 | St Mary Church | 575 E College St | Mt Angel | 97362 | Marion | Parish Facilities | $1,980 | |
| R101035 | St Mary Church | Leo St | Mt Angel | 97362 | Marion | Parish Facilities | $50,000 | |
| R15517 | St Mary Church | 100 Block W Marquam St | Mt Angel | 97362 | Marion | Parish Cemetery | $87,060 | |
| R15573 | St Mary Church | Mt Angel / Wilco Hwy | Mt Angel | 97362 | Marion | Parish Cemetery | $396,590 | |
| R15574 | St Mary Church | Mt Angel / Wilco Hwy | Mt Angel | 97362 | Marion | Parish Cemetery | $143,270 | |
| R15565 | St Mary Church | Mt Angel / Wilco Hwy | Mt Angel | 97362 | Marion | Parish Cemetery | $274,040 | |
| R15959 | St Mary Church | 510 Taylor St | Mt Angel | 97362 | Marion | Parish Facilities | $164,070 | |

Exhibit 3 - Page 17 of 32
ANK Decl ISO 2d MPSJ

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 14
9/23/04

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R16050 | St Mary Church | 585 E College St | Mt Angel | 97362 | Marion | Parish Facilities | $226,580 | Tax Assessor's market value is for land only. Building is owned by Debtor (77%) and Missionaries of the Holy Spirit (23%) as listed in Section IV |
| R16062 | St Mary Church | 575 E College St | Mt Angel | 97362 | Marion | Parish Facilities | $22,590 | |
| R16090 | St Mary Church | 575 E College St | Mt Angel | 97362 | Marion | Parish Facilities | $5,372,440 | |
| R60088 | All Souls Church | 1240 NE Spruce Ave | Myrtle Creek | 97457 | Douglas | Parish Facilities | $101,554 | |
| R60102 | All Souls Church | 1242 NE Spruce Ave | Myrtle Creek | 97457 | Douglas | Parish Facilities | $266,248 | |
| 3456200 | St Ann & Michael Church | 209 Second St | Myrtle Point | 97458 | Coos | Parish Facilities | $242,589 | |
| 3456202 | St Ann & Michael Church | 214 Third St | Myrtle Point | 97458 | Coos | Parish Facilities | $43,767 | |
| 23717 | St Peter Church | 2513 N Main St | Newberg | 97132 | Yamhill | Parish Facilities | $422,100 | |
| 509725 | St Peter Church | 2513 N Main St | Newberg | 97132 | Yamhill | Parish Facilities | None | |
| 518875 | St Peter Church | 608 S Columbia | Newberg | 97132 | Yamhill | Parish Facilities | $130,387 | |
| R363940 | Sacred Heart Church | 927 North Coast Hwy 101 | Newport | 97365 | Lincoln | Parish Facilities | $926,320 | |
| R368626 | Sacred Heart Church | 927 North Coast Hwy 101 | Newport | 97365 | Lincoln | Parish Facilities | $165,850 | |
| R437111 | Sacred Heart Church | 140 NW 10th St | Newport | 97365 | Lincoln | Parish Facilities | $87,900 | |
| R448904 | Sacred Heart Church | 927 North Coast Hwy 101 | Newport | 97365 | Lincoln | Parish Facilities | $178,380 | |
| 329600 | Holy Redeemer Church | 2250 16th St | North Bend | 97459 | Coos | Parish Facilities | $2,373,510 | |
| 329604 | Holy Redeemer Church | 2250 16th St | North Bend | 97459 | Coos | Parish Facilities | $211,535 | |
| R730472 | St Edward Church | 10990 NW 313th Ave | North Plains | 97133 | Washington | Parish Facilities | $515,990 | |
| R789187 | St Edward Church | 10990 NW 313th Ave | North Plains | 97133 | Washington | Parish Facilities | $16,200 | |
| 116204 | St Michael Church | 76387 Crestview | Oakridge | 97465 | Lane | Parish Cemetery | $17,490 | |
| 955045 | St Michael Church | 76387 Crestview | Oakridge | 97465 | Lane | Parish Facilities | $136,298 | |
| 1786712 | St John the Apostle Church | 12892 Marysville Ln | Oregon City | 97045 | Clackamas | Parish Facilities | $189,236 | |
| 573347 | St John the Apostle Church | 417 Washington St | Oregon City | 97045 | Clackamas | Parish Facilities | $6,485,770 | |
| 573383 | St John the Apostle Church | 417 Washington St | Oregon City | 97045 | Clackamas | Parish Facilities | $61,190 | |
| 573392 | St John the Apostle Church | 417 Washington St | Oregon City | 97045 | Clackamas | Parish Facilities | $44,532 | |
| 573409 | St John the Apostle Church | 417 Washington St | Oregon City | 97045 | Clackamas | Parish Facilities | $42,471 | |
| 573720 | St John the Apostle Church | 417 Washington St | Oregon City | 97045 | Clackamas | Parish Facilities | $137,688 | |
| 846035 | St John the Apostle Church | 451 Warner St | Oregon City | 97045 | Clackamas | Parish Cemetery | $60,620 | |
| 847668 | St John the Apostle Church | 451 Warner St | Oregon City | 97045 | Clackamas | Parish Cemetery | $24,743 | |
| 847677 | St John the Apostle Church | 451 Warner St | Oregon City | 97045 | Clackamas | Parish Cemetery | $496,963 | |

Exhibit 3 - Page 18 of 32
ANK Decl ISO 2d MPSJ

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

EXHIBIT 14
9/23/04

## STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 1376843 | St Philip Benizi Church | 18211 S Henrici Rd | Oregon City | 97045 | Clackamas | Parish Facilities | $90,539 | |
| 1563365 | St Philip Benizi Church | 18211 S Henrici Rd | Oregon City | 97045 | Clackamas | Parish Facilities | $6,758 | |
| 907629 | St Philip Benizi Church | 18211 S Henrici Rd | Oregon City | 97045 | Clackamas | Parish Facilities | $1,527,472 | |
| --------- | Cape Blanco Cemetery | Cape Blanco Hwy | Port Orford | 97465 | Curry | Parish Cemetery | None | |
| R25457 | St John the Baptist Church | 1476 Oregon St | Port Orford | 97465 | Curry | Parish Facilities | $221,480 | |
| R202406 | All Saints Church | 232 NE 45th Ave | Portland | 97232 | Multnomah | Parish Facilities | $203,930 | |
| R202451 | All Saints Church | 3947 NE Glisan St | Portland | 97232 | Multnomah | Parish Facilities | $11,819,340 | |
| R121848 | Ascension Church | 404 SE 66th Ave | Portland | 97215 | Multnomah | Parish Facilities | $295,340 | |
| R29210 | Ascension Church | 743 SE 76th Ave | Portland | 97215 | Multnomah | Parish Facilities | $1,960 | |
| R220211 | Ascension Church | 743 SE 76th Ave | Portland | 97215 | Multnomah | Parish Facilities | $144,470 | |
| R220212 | Ascension Church | 743 SE 76th Ave | Portland | 97215 | Multnomah | Parish Facilities | $38,320 | |
| R220213 | Ascension Church | 7408 SE Alder St | Portland | 97215 | Multnomah | Parish Facilities | $1,788,400 | |
| R220214 | Ascension Church | 7408 SE Alder St | Portland | 97215 | Multnomah | Parish Facilities | $100,650 | |
| R220217 | Ascension Church | 7422 SE Washington St | Portland | 97215 | Multnomah | Parish Facilities | $142,490 | |
| R332502 | Ascension Church | 743 SE 76th Ave | Portland | 97215 | Multnomah | Parish Facilities | $3,874,560 | |
| R332589 | Ascension Church | 743 SE 76th Ave | Portland | 97215 | Multnomah | Parish Facilities | $185,420 | |
| R332590 | Ascension Church | 743 SE 76th Ave | Portland | 97215 | Multnomah | Parish Facilities | $42,640 | |
| R140775 | Cathedral of the Immaculate Conception | 110 NW 17th Ave | Portland | 97209 | Multnomah | Parish Facilities | $8,094,840 | |
| R140658 | Cathedral of the Immaculate Conception | 1716 NW Davis St | Portland | 97209 | Multnomah | Parish Facilities | $160 | |
| R140659 | Cathedral of the Immaculate Conception | 1716 NW Davis St | Portland | 97209 | Multnomah | Parish Facilities | $6,245,930 | |
| R148925 | Church of Korean Martyrs | 2925 SE 60th Ave | Portland | 97206 | Multnomah | Parish Facilities | $175,310 | |
| R223862 | Church of Korean Martyrs | 10930 SE Powell Blvd | Portland | 97266 | Multnomah | Parish Facilities | $263,650 | |
| R223864 | Church of Korean Martyrs | 10840 SE Powell Blvd | Portland | 97266 | Multnomah | Parish Facilities | $92,820 | |
| R223889 | Church of Korean Martyrs | 10840 SE Powell Blvd | Portland | 97266 | Multnomah | Parish Facilities | $830,130 | |
| R115161 | Holy Family Church | 3709 SE Flavel St | Portland | 97202 | Multnomah | Parish Facilities | $3,124,790 | |
| R115102 | Holy Family Church | 7425 SE 39th Ave | Portland | 97202 | Multnomah | Parish Facilities | $1,148,970 | |
| R115103 | Holy Family Church | 3804 SE Knapp St | Portland | 97202 | Multnomah | Parish Facilities | $177,750 | |
| R115104 | Holy Family Church | 3732 SE Knapp St | Portland | 97202 | Multnomah | Parish Facilities | $1,221,340 | |
| R115107 | Holy Family Church | 7425 SE 39th Ave | Portland | 97202 | Multnomah | Parish Facilities | $257,000 | |
| R115132 | Holy Family Church | 7425 SE 39th Ave | Portland | 97202 | Multnomah | Parish Facilities | $1,943,440 | |

Exhibit 3 - Page 19 of 32
ANK Decl ISO 2d MPSJ

EXHIBIT 14
9/23/04

In re **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**    Case No. 04-37154-elp11

## STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R115136 | Holy Family Church | 7425 SE 39th Ave | Portland | 97202 | Multnomah | Parish Facilities | $1,393,020 | |
| R315539 | Holy Redeemer Church | 25 N Portland Blvd | Portland | 97217 | Multnomah | Parish Facilities | $3,533,380 | |
| R502476 | Holy Redeemer Church | 25 N Portland Blvd | Portland | 97217 | Multnomah | Parish Facilities | $2,341,420 | |
| R102498 | Immaculate Heart Church | 2910 N Williams Ave | Portland | 97227 | Multnomah | Parish Facilities | $506,290 | |
| R102499 | Immaculate Heart Church | 2926 N Williams Ave | Portland | 97227 | Multnomah | Parish Facilities | $318,230 | |
| R102500 | Immaculate Heart Church | 26 NE Morris St | Portland | 97227 | Multnomah | Parish Facilities | $19,950 | |
| R102501 | Immaculate Heart Church | 26 NE Morris St | Portland | 97227 | Multnomah | Parish Facilities | $775,100 | |
| R210472 | North Portland Catholic Community | 4630 N Maryland Ave | Portland | 97217 | Multnomah | Parish Facilities | $283,120 | Contract for sale to Byzantine Catholic Bishop of Van Nuys in effect since 3/08/00 |
| R227576 | North Portland Catholic Community | 7568 N Gilbert Avenue | Portland | 97203 | Multnomah | Parish Facilities | $126,050 | |
| R291917 | North Portland Catholic Community | 5202 N Bowdoin St | Portland | 97203 | Multnomah | Parish Facilities | $3,415,550 | |
| R291925 | North Portland Catholic Community | 5227 N Bowdoin St | Portland | 97203 | Multnomah | Parish Facilities | $876,620 | |
| R291927 | North Portland Catholic Community | 5241 N Bowdoin St. | Portland | 97203 | Multnomah | Parish Facilities | $108,320 | |
| R291928 | North Portland Catholic Community | 5241 N Bowdoin St | Portland | 97203 | Multnomah | Parish Facilities | $295,200 | |
| R224187 | North Portland Catholic Community | 2434 N Farragut St | Portland | 97217 | Multnomah | Parish Facilities | $119,480 | Leased to Orderio Corporation for operation of De La Salle North Catholic High School |
| R224200 | North Portland Catholic Community | 7654 N Delaware Ave | Portland | 97217 | Multnomah | Parish Facilities | $880,760 | " |
| R224214 | North Portland Catholic Community | 7620 N Delaware Ave | Portland | 97217 | Multnomah | Parish Facilities | $85,200 | " |
| R224215 | North Portland Catholic Community | 7620 N Delaware Ave | Portland | 97217 | Multnomah | Parish Facilities | $1,496,750 | " |
| R224216 | North Portland Catholic Community | 7620 N Delaware Ave | Portland | 97217 | Multnomah | Parish Facilities | $40,000 | " |
| R491110 | North Portland Catholic Community | 7406 N Smith St | Portland | 97203 | Multnomah | Parish Facilities | $606,540 | |
| R259618 | Our Lady of Lavang Church | 5404 - 5440 NE Alameda St | Portland | 97213 | Multnomah | Parish Facilities | $4,845,970 | |
| R289206 | Our Lady of Sorrows Church | 5239 SE Woodstock Blvd | Portland | 97206 | Multnomah | Parish Facilities | $99,380 | |
| R289207 | Our Lady of Sorrows Church | 5221 SE Knight St | Portland | 97206 | Multnomah | Parish Facilities | $156,780 | |
| R289208 | Our Lady of Sorrows Church | 5405 SE Knight St | Portland | 97206 | Multnomah | Parish Facilities | $59,900 | |
| R289209 | Our Lady of Sorrows Church | 5313 SE Knight St | Portland | 97206 | Multnomah | Parish Facilities | $171,810 | |
| R289210 | Our Lady of Sorrows Church | 5323 SE Knight St | Portland | 97206 | Multnomah | Parish Facilities | $332,550 | |
| R289218 | Our Lady of Sorrows Church | 5239 SE Woodstock Blvd | Portland | 97206 | Multnomah | Parish Facilities | $2,624,210 | |

Exhibit 3 - Page 20 of 32
ANK Decl ISO 2d MPSJ

EXHIBIT 14
9/23/04

In re **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**    Case No. **04-37154-elp11**

## STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R114719 | Sacred Heart Church | 3910 SE 11th Ave | Portland | 97202 | Multnomah | Parish Facilies | $305,050 | Option Agreement for purchase of a portion of the property, in effect since 4/02/04. |
| R114721 | Sacred Heart Church | 3926 SE 11th Ave | Portland | 97202 | Multnomah | Parish Facilies | $1,752,500 | |
| R219236 | St Agatha Church | 1516 SE Miller St | Portland | 97026 | Multnomah | Parish Facilies | $189,130 | |
| R267241 | St Agatha Church | 7983 SE 15th Ave | Portland | 97026 | Multnomah | Parish Facilies | $1,047,280 | |
| R267242 | St Agatha Church | 1403 SE Nehalem St | Portland | 97026 | Multnomah | Parish Facilies | $326,650 | |
| R267246 | St Agatha Church | 1430 SE Nehalem St | Portland | 97026 | Multnomah | Parish Facilies | $543,490 | |
| R267264 | St Agatha Church | 1418 SE Nehalem St | Portland | 97026 | Multnomah | Parish Facilies | $109,030 | |
| R267524 | St Agatha Church | 1516 SE Miller St | Portland | 97026 | Multnomah | Parish Facilies | $2,594,980 | |
| R270018 | St Agatha Church | 7959 SE 15th Ave | Portland | 97026 | Multnomah | Parish Facilies | $1,169,730 | |
| R206424 | St Andrew Church | 4949 NE 9th Ave | Portland | 97211 | Multnomah | Parish Facilies | $882,070 | |
| R210420 | St Andrew Church | 4949 NE 9th Ave | Portland | 97211 | Multnomah | Parish Facilies | $197,600 | |
| R210427 | St Andrew Church | 4832 NE 8th Ave | Portland | 97211 | Multnomah | Parish Facilies | $52,000 | |
| R210428 | St Andrew Church | 4842 NE 8th Ave | Portland | 97211 | Multnomah | Parish Facilies | $101,540 | |
| R210429 | St Andrew Church | 4846 NE 8th Ave | Portland | 97211 | Multnomah | Parish Facilies | $89,200 | |
| R210430 | St Andrew Church | 4949 NE 9th Ave | Portland | 97211 | Multnomah | Parish Facilies | $52,000 | |
| R261182 | St Andrew Church | 4949 NE 9th Ave | Portland | 97211 | Multnomah | Parish Facilies | $72,080 | |
| R256581 | St Anne Church | 1015 SE 182nd Ave | Portland | 97233 | Multnomah | Parish Facilies | $1,716,310 | |
| R256588 | St Anne Church | 1123 SE 182nd Ave | Portland | 97233 | Multnomah | Parish Facilies | $393,490 | |
| R256589 | St Anne Church | 1015 SE 182nd Ave | Portland | 97233 | Multnomah | Parish Facilies | $153,900 | |
| R240070 | St Anthony Church | 3618 SE 79th Ave | Portland | 97206 | Multnomah | Parish Facilies | $1,092,610 | |
| R298226 | St Anthony Church | 3568 SE 79th Ave | Portland | 97206 | Multnomah | Parish Facilies | $158,260 | |
| R325476 | St Birgitta Church | 11820 NW St Helens Rd | Portland | 97231 | Multnomah | Parish Facilies | $872,600 | |
| R325478 | St Birgitta Church | 11820 NW St Helens Rd | Portland | 97231 | Multnomah | Parish Facilies | $68,570 | |
| R194252 | St Charles Church | 4317 NE Emerson St | Portland | 97218 | Multnomah | Parish Facilies | $147,920 | |
| R194253 | St Charles Church | 4317 NE Emerson St | Portland | 97218 | Multnomah | Parish Facilies | $30,260 | |
| R194285 | St Charles Church | 4317-4411 NE Emerson St | Portland | 97218 | Multnomah | Parish Facilies | $4,873,480 | |
| R103576 | St Clare Church | 8535 SW 19th Ave | Portland | 97219 | Multnomah | Parish Facilies | $798,000 | |
| R127038 | St Clare Church | 1807-1812 SW Spring Garden St | Portland | 97219 | Multnomah | Parish Facilies | $6,385,350 | |
| R127111 | St Clare Church | 1812 SW Spring Garden St | Portland | 97219 | Multnomah | Parish Facilies | $49,650 | |
| R127113 | St Clare Church | 8504 SW 19th ave | Portland | 97219 | Multnomah | Parish Facilies | $215,380 | |

Exhibit 3 - Page 21 of 32
ANK Decl ISO 2d MPSJ

EXHIBIT 14
9/23/04

In re **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**    Case No. **04-37154-elp11**

## STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R247805 | St Elizabeth Church | 4124 SW Sixth Dr | Portland | 97201 | Multnomah | Parish Facilities | $80,660 | |
| R247806 | St Elizabeth Church | 4112 SW Sixth Dr | Portland | 97201 | Multnomah | Parish Facilities | $75,600 | |
| R247807 | St Elizabeth Church | 4124 SW Sixth Dr | Portland | 97201 | Multnomah | Parish Facilities | $80,660 | |
| R247808 | St Elizabeth Church | 4112 SW Sixth Dr | Portland | 97201 | Multnomah | Parish Facilities | $269,200 | |
| R247816 | St Elizabeth Church | 4112 SW Sixth Dr | Portland | 97201 | Multnomah | Parish Facilities | $740,100 | |
| R247818 | St Elizabeth Church | 4124 SW Sixth Dr | Portland | 97201 | Multnomah | Parish Facilities | $275,818 | |
| R150542 | St Francis Church | 1131 SE Oak St | Portland | 97214 | Multnomah | Parish Facilities | $3,247,920 | |
| R155543 | St Francis Church | 1131 SE Oak St | Portland | 97214 | Multnomah | Parish Facilities | $794,820 | |
| R155544 | St Francis Church | 1136 SE Oak St | Portland | 97214 | Multnomah | Parish Facilities | $9,980 | |
| R155545 | St Francis Church | 1136 SE Oak St | Portland | 97214 | Multnomah | Parish Facilities | $190,440 | |
| R199475 | St Ignatius Church | 4120 SE Brooklyn St | Portland | 97206 | Multnomah | Parish Facilities | $315,140 | |
| R332945 | St Ignatius Church | 3436 SE 43rd Ave | Portland | 97206 | Multnomah | Parish Facilities | $152,180 | |
| R333103 | St Ignatius Church | 3436 SE 43rd Ave | Portland | 97206 | Multnomah | Parish Facilities | $6,160,740 | |
| R113793 | St John Fisher Church | 7007 SW 46th Ave | Portland | 97219 | Multnomah | Parish Facilities | $157,050 | |
| R329515 | St John Fisher Church | 7101 SW 46th Ave | Portland | 97219 | Multnomah | Parish Facilities | $67,650 | |
| R329535 | St John Fisher Church | 7101 SW 46th Ave | Portland | 97219 | Multnomah | Parish Facilities | $6,335,400 | |
| R329566 | St John Fisher Church | 7101 SW 46th Ave | Portland | 97219 | Multnomah | Parish Facilities | $484,350 | |
| R331780 | St Joseph the Worker Church | 2310-2400 SE 148th Ave | Portland | 97233 | Multnomah | Parish Facilities | $2,679,110 | |
| R1320467 | St Juan Diego Church | Springville Rd | Portland | 97229 | Washington | Parish Facilities | $486,000 | |
| R2046647 | St Juan Diego Church | 17189 NW Stoller Dr | Portland | 97229 | Washington | Parish Facilities | $252,810 | |
| R187535 | St Mary Magdalene Church | 3123 NE 24th Ave | Portland | 97212 | Multnomah | Parish Facilities | $603,450 | |
| R187540 | St Mary Magdalene Church | 3123 NE 24th Ave | Portland | 97212 | Multnomah | Parish Facilities | $8,116,500 | |
| R187541 | St Mary Magdalene Church | 2330 NE Siskiyou St | Portland | 97212 | Multnomah | Parish Facilities | $1,812,100 | |
| R246221 | St Michael Church | 1701 SW 4th Ave | Portland | 97201 | Multnomah | Parish Facilities | $1,420,910 | |
| R246222 | St Michael Church | 424 SW Mill St | Portland | 97201 | Multnomah | Parish Facilities | $604,222 | |
| R246223 | St Michael Church | 424 SW Mill St | Portland | 97201 | Multnomah | Parish Facilities | $720,350 | |
| R246224 | St Michael Church | 424 Sw Mill St | Portland | 97201 | Multnomah | Parish Facilities | $916,460 | |
| R246225 | St Michael Church | 424 SW Mill St | Portland | 97201 | Multnomah | Parish Facilities | $606,660 | |
| R141091 | St Patrick Church | 1635 NW 19th Ave | Portland | 97209 | Multnomah | Parish Facilities | $977,650 | |
| R141093 | St Patrick Church | 1623 NW 19th Ave | Portland | 97209 | Multnomah | Parish Facilities | $222,880 | |

Exhibit 3 - Page 22 of 32
ANK Decl ISO 2d MPSJ

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 14
9/23/04

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R141098 | St Patrick Church | 1635 NW 19th Ave | Portland | 97209 | Multnomah | Parish Facilities | $351,470 | |
| R232859 | St Patrick Church | SW Terwilliger Blvd | Portland | 97219 | Multnomah | Parish Land | $14,780 | Land donated in 1941 for the benefit of St Patrick Church |
| R159107 | St Peter Church | 8648 SE Foster Rd | Portland | 97266 | Multnomah | Parish Facilities | $73,680 | |
| R159108 | St Peter Church | 8648 SE Foster Rd | Portland | 97266 | Multnomah | Parish Facilities | $41,090 | |
| R159109 | St Peter Church | 8648 SE Foster Rd | Portland | 97266 | Multnomah | Parish Facilities | $83,170 | |
| R159110 | St Peter Church | 8648 SE Foster Rd | Portland | 97266 | Multnomah | Parish Facilities | $46,140 | |
| R159111 | St Peter Church | 5736 SE 86th Ave | Portland | 97266 | Multnomah | Parish Facilities | $138,830 | |
| R159112 | St Peter Church | 5903 SE 87th Ave | Portland | 97266 | Multnomah | Parish Facilities | $4,070 | |
| R159113 | St Peter Church | 8623 SE Woodstock Blvd | Portland | 97266 | Multnomah | Parish Facilities | $45,220 | |
| R221750 | St Peter Church | 5903 SE 87th Ave | Portland | 97266 | Multnomah | Parish Facilities | $2,554,480 | |
| R221756 | St Peter Church | 8623 SE Woodstock Blvd | Portland | 97266 | Multnomah | Parish Facilities | $930,040 | |
| R159114 | St Peter Church | 5802 SE 86th Ave | Portland | 97266 | Multnomah | Parish Facilities | $803,350 | |
| R200722 | St Philip Neri Church | 2408 SE 16th Ave | Portland | 97214 | Multnomah | Parish Facilities | $1,773,680 | |
| R328026 | St Philip Neri Church | 1904 SE Division St | Portland | 97214 | Multnomah | Parish Facilities | $639,400 | |
| R636689 | St Pius X Church | 1260 NW Saltzman Rd | Portland | 97229 | Washington | Parish Facilities | $737,550 | |
| 4302030050 | St Pius X Church | Atterberry Rd | Sequm | 98382 | Clallam | Parish Land (1/2 interest) | $52,980 | Donation 1/2 tbo St Pius X Church, 1/2 tbo Priests Retirement |
| R235773 | St Rita Church | 10034 NE Wygant St | Portland | 97220 | Multnomah | Parish Facilities | $195,990 | |
| R235774 | St Rita Church | 10029 NE Prescott St | Portland | 97220 | Multnomah | Parish Facilities | $189,090 | |
| R235775 | St Rita Church | 10029 NE Prescott St | Portland | 97220 | Multnomah | Parish Facilities | $863,630 | |
| R235777 | St Rita Church | 10029 NE Prescott St | Portland | 97220 | Multnomah | Parish Facilities | $1,689,340 | |
| R235786 | St Rita Church | 10029 NE Prescott St | Portland | 97220 | Multnomah | Parish Facilities | $96,100 | |
| R259824 | St Rose of Lima Church | 2744 NE 54th Ave | Portland | 97213 | Multnomah | Parish Facilities | $220,930 | |
| R259827 | St Rose of Lima Church | 2727 NE 54th Ave | Portland | 97213 | Multnomah | Parish Facilities | $2,577,790 | |
| R23616 | St Stanislaus Church | 3916 N Interstate Ave | Portland | 97227 | Multnomah | Parish Facilities | $73,950 | |
| R23617 | St Stanislaus Church | 3910 N Interstate Ave | Portland | 97227 | Multnomah | Parish Facilities | $253,260 | |
| R152056 | St Stephen Church | 1112 SE 41st Ave | Portland | 97214 | Multnomah | Parish Facilities | $563,960 | |
| R281296 | St Stephen Church | 1122 SE 41st Ave | Portland | 97214 | Multnomah | Parish Facilities | $760,040 | |
| R298273 | St Stephen Church | 4235 SE Salmon St | Portland | 97214 | Multnomah | Parish Facilities | $1,899,220 | |
| R298274 | St Stephen Church | 1112 SE 41st Ave | Portland | 97214 | Multnomah | Parish Facilities | $46,420 | |
| R161615 | St Therese Church | 1132 NE 131st Pl | Portland | 97230 | Multnomah | Parish Facilities | $143,500 | |

Page 14 of 22

Exhibit 3 - Page 23 of 32
ANK Decl ISO 2d MPSJ

EXHIBIT 14
9/23/04

In re **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**    Case No. **04-37154-elp11**

## STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R161616 | St Therese Church | 1200 NE 131st Pl | Portland | 97230 | Multnomah | Parish Facilities | $158,280 | |
| R161617 | St Therese Church | 1224 NE 131st Pl | Portland | 97230 | Multnomah | Parish Facilities | $149,680 | |
| R178121 | St Therese Church | 1250 NE 132nd Ave | Portland | 97230 | Multnomah | Parish Facilities | $5,425,550 | |
| R172779 | St Thomas More Church | 3521 SW Patton Rd | Portland | 97221 | Multnomah | Parish Facilities | $6,134,100 | |
| R172782 | St Thomas More Church | 3525 SW Patton Rd | Portland | 97221 | Multnomah | Parish Facilities | $76,800 | |
| R172833 | St Thomas More Church | 3525 SW Patton Rd | Portland | 97221 | Multnomah | Parish Facilities | $181,050 | |
| R327455 | St Thomas More Church | 3525 SW Patton Rd | Portland | 97221 | Multnomah | Parish Facilities | $180,900 | |
| R92571 | St Thomas More Church | 6570 SW Raleighwood Ln | Portland | 97225 | Washington | Parish Facilities | $286,540 | |
| R140475 | St Vincent DePaul Church (Downtown Chapel) | 601 W Burnside St | Portland | 97209 | Multnomah | Parish Facilities | $1,540,960 | |
| 3499700 | St Bridget Church | 580 Third St | Powers | 97458 | Coos | Parish Facilities | $47,778 | |
| 03-01 2 7216-042-10300 | Nativity of the Blessed Virgin Mary Church | 204 E "C" St | Rainier | 97048 | Columbia | Parish Facilities | $310,500 | |
| R48557 | St John the Apostle Church | 12 St John's Way | Reedsport | 97045 | Douglas | Parish Facilities | $17,424 | |
| R48637 | St John the Apostle Church | 12 St John's Way | Reedsport | 97045 | Douglas | Parish Facilities | $902,224 | |
| 365553 | St Mary by the Sea Church | 275 S Pacific St | Rockaway | 97136 | Tillamook | Parish Facilities | None | |
| 10298037 | Rogue River Catholic Community | 5875 Foothill Blvd | Rogue River | 97537 | Jackson | Parish Facilities | $208,550 | |
| R14113 | St Joseph Church | 800 W Stanton St | Roseburg | 97470 | Douglas | Parish Facilities | $4,327,335 | |
| R14137 | St Joseph Church | 800 W Stanton St | Roseburg | 97470 | Douglas | Parish Facilities | $2,822,858 | |
| R14145 | St Joseph Church | 800 W Stanton St | Roseburg | 97470 | Douglas | Parish Facilities | $153,108 | |
| R36293 | St Joseph Church | 2425 W Military Ave | Roseburg | 97470 | Douglas | Parish Facilities | $163,822 | |
| R36317 | St Joseph Church | 2425 W Military Ave | Roseburg | 97470 | Douglas | Parish Facilities | $100 | |
| R66137 | St Joseph Church | 1875 SE Douglas Ave | Roseburg | 97470 | Douglas | Parish Facilities | $43,035 | |
| R73132 | Queen of Peace Church | 4170 Pullman Ave | Salem | 97302 | Marion | Parish Cemetery | $6,552,000 | |
| R81395 | Queen of Peace Church | 366 Friendship Ave | Salem | 97302 | Marion | Parish Facilities | $94,690 | |
| R18684 | St Joseph Church | Brooklake Rd NE | Salem | 97301 | Marion | Parish Cemetery | $83,840 | |
| R31347 | St Joseph Church | Liberty St & Mazourt Ave | Salem | 97301 | Marion | Parish Cemetery | $202,320 | |
| R89501 | St Joseph Church | 721 Chemeketa St NE | Salem | 97301 | Marion | Parish Facilities | $2,516,030 | |
| R89502 | St Joseph Church | 373 Winter St NE | Salem | 97301 | Marion | Parish Facilities | $764,210 | |
| R89503 | St Joseph Church | 721 Chemeketa St NE | Salem | 97301 | Marion | Parish Facilities | $3,764,240 | |
| R89506 | St Joseph Church | 405 Winter St NE | Salem | 97301 | Marion | Parish Facilities | $161,880 | |
| R26484 | St Vincent DePaul Church | 1025 Columbia St NE | Salem | 97303 | Marion | Parish Facilities | $86,670 | |

Exhibit 3 - Page 24 of 32
ANK Decl ISO 2d MPSJ

In re __Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole__    Case No. __04-37154-elp11__

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 14
9/23/04

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R70125 | St Vincent DePaul Church | 1075 Columbia St NE | Salem | 97303 | Marion | Parish Facilities | $141,260 | Trust Deed: $4,848, to secure a loan for installation of a sewer line. |
| R70126 | St Vincent DePaul Church | 1025 Columbia St NE | Salem | 97303 | Marion | Parish Facilities | $136,020 | |
| R70138 | St Vincent DePaul Church | 1025 Columbia St NE | Salem | 97303 | Marion | Parish Facilities | $36,470 | |
| R70155 | St Vincent DePaul Church | 1070 Donna Ave NE | Salem | 97303 | Marion | Parish Facilities | $44,170 | |
| R70794 | St Vincent DePaul Church | 1010 Columbia St NE | Salem | 97303 | Marion | Parish Facilities | $114,560 | |
| R73282 | St Vincent DePaul Church | 1015 Columbia St NE | Salem | 97303 | Marion | Parish Facilities | $49,210 | |
| R96405 | St Vincent DePaul Church | 1010 Columbia St NE | Salem | 97303 | Marion | Parish Facilities | $3,264,450 | |
| 692511 | St Michael the Archangel Church | 18090 SE Langensand Rd | Sandy | 97055 | Clackamas | Parish Facilities | $271,610 | Agreement for sale of a portion of land, in effect since 1/23/04. |
| 692539 | St Michael the Archangel Church | 18090 SE Langensand Rd | Sandy | 97055 | Clackamas | Parish Facilities | $1,108,185 | |
| 01-01 2 3213-024-06200 | St Wenceslaus Church | 51535 Old Portland Rd | Scappoose | 97056 | Columbia | Parish Facilities | $116,500 | |
| 01-01 2 3213-024-06300 | St Wenceslaus Church | 51535 Old Portland Rd | Scappoose | 97056 | Columbia | Parish Facilities | $53,200 | |
| 01-01 2 3213-024-06400 | St Wenceslaus Church | 51535 Old Portland Rd | Scappoose | 97056 | Columbia | Parish Facilities | $194,900 | |
| 01-01 2 3213-024-06500 | St Wenceslaus Church | 51535 Old Portland Rd | Scappoose | 97056 | Columbia | Parish Facilities | $4,500 | |
| 01-01 2 3213-024-06000 | St Wenceslaus Church | 51555 Old Portland Rd | Scappoose | 97056 | Columbia | Parish Facilities | $55,100 | |
| 01-01 2 3213-024-06100 | St Wenceslaus Church | 51555 Old Portland Rd | Scappoose | 97056 | Columbia | Parish Facilities | $73,000 | |
| 21846 | Our Lady of Lourdes Church | 39043 Jordan Rd | Sco | 97374 | Linn | Parish Facilities | $72,610 | |
| 21853 | Our Lady of Lourdes Church | 39043 Jordan Rd | Sco | 97374 | Linn | Parish Facilities | $494,410 | |
| 21861 | Our Lady of Lourdes Church | 39021 Jordan Rd | Sco | 97374 | Linn | Parish Facilities | $125,620 | |
| 339257 | Our Lady of Lourdes Church | Camp Morrison Dr (HWY 226) | Sco | 97374 | Linn | Parish Cemetery | $51,700 | |
| 30847 | St Bernard Church | 38910 NW Cherry St | Sco | 97374 | Linn | Parish Facilities | $225,770 | |
| R39240 | Holy Rosary | 21544 Elfin Loop Rd NE | Scotts Mills | 97375 | Marion | Parish Facilities | $233,340 | |
| R38144 | Holy Rosary | 21400 Elfin Loop Rd NE | Scotts Mills | 97375 | Marion | Parish Cemetery | $33,820 | |
| 11680 | Our Lady of Victory Church | 120 Oceanway | Seaside | 97138 | Clatsop | Parish Facilities | $334,006 | |
| 11681 | Our Lady of Victory Church | 120 Oceanway | Seaside | 97138 | Clatsop | Parish Facilities | $324,335 | |
| 11682 | Our Lady of Victory Church | 120 Oceanway | Seaside | 97138 | Clatsop | Parish Facilities | $663,906 | |
| 11683 | Our Lady of Victory Church | 120 Oceanway | Seaside | 97138 | Clatsop | Parish Facilities | $143,316 | |
| 11684 | Our Lady of Victory Church | 120 Oceanway | Seaside | 97138 | Clatsop | Parish Facilities | $572,802 | |
| 11702 | Our Lady of Victory Church | 120 Oceanway | Seaside | 97138 | Clatsop | Parish Facilities | $673,085 | |
| 12188 | Our Lady of Victory Church | 245 Avenue South | Seaside | 97138 | Clatsop | Parish Facilities | $214,215 | |
| 1-026987-4 | Our L/wy of Fatima Church | 37 Williams Ln | Shady Cove | 97539 | Jackson | Parish Facilities | $46,660 | |

Exhibit 3 - Page 25 of 32
ANK Decl ISO 2d MPSJ

EXHIBIT 14
9/23/04

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

## STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 1-026991-4 | Our Lady of Fatima Church | 52 Williams Ln | Shady Cove | 97539 | Jackson | Parish Facilities | $248,220 | |
| 1-026992.2 | Our Lady of Fatima Church | 52 Williams Ln | Shady Cove | 97539 | Jackson | Parish Facilities | $26,500 | |
| 1-026995.5 | Our Lady of Fatima Church | 52 Williams Ln | Shady Cove | 97539 | Jackson | Parish Facilities | $22,650 | |
| 222814 | Good Shepherd Church | 127 NE Hill St | Sheridan | 97378 | Yamhill | Parish Facilities | None | |
| 223270 | Good Shepherd Church | 127 NE Hill St | Sheridan | 97378 | Yamhill | Parish Facilities | None | |
| 223305 | Good Shepherd Church | 127 NE Hill St | Sheridan | 97378 | Yamhill | Parish Facilities | None | |
| R2036165 | St Francis Church | 400 NE Oregon | Sherwood | 97140 | Washington | Parish Facilities | None | |
| R554162 | St Francis Church | 400 NE Oregon | Sherwood | 97140 | Washington | Parish Facilities | $1,379,970 | |
| R555740 | St Francis Church | 400 S Pine St | Sherwood | 97140 | Washington | Parish Facilities | None | |
| R466924 | St Mary Church | 231 E Logsden Rd | Siletz | 97380 | Lincoln | Parish Facilities | $178,380 | |
| R469296 | St Mary Church | 231 E Logsden Rd | Siletz | 97380 | Lincoln | Parish Facilities | $48,540 | |
| R16785 | St Paul Church | 1410 Pine St | Silverton | 97381 | Marion | Parish Cemetery | $90,160 | |
| R17151 | St Paul Church | 1410 Pine St | Silverton | 97381 | Marion | Parish Facilities | $1,339,620 | |
| R17153 | St Paul Church | 1410 Pine St | Silverton | 97381 | Marion | Parish Facilities | $269,250 | |
| R17183 | St Paul Church | 1410 Pine St | Silverton | 97381 | Marion | Parish Facilities | $30,430 | |
| 1175346 | St Alice Church | 1520 'T' St | Springfield | 97477 | Lane | Parish Facilities | $2,492,260 | |
| 02-01 2 4104-013-02700 | St Frederic Church | 125 S 13th St | St Helens | 97051 | Columbia | Parish Facilities | $95,900 | |
| 02-01 2 4104-013-02800 | St Frederic Church | 135 S 13th St | St Helens | 97051 | Columbia | Parish Facilities | $111,500 | |
| 02-01 2 4104-013-03100 | St Frederic Church | 175 S 13th St | St Helens | 97051 | Columbia | Parish Facilities | $116,600 | |
| 02-01 2 4104-013-03200 | St Frederic Church | 144 S 14th St | St Helens | 97051 | Columbia | Parish Facilities | $352,100 | |
| 02-01 2 4104-013-03300 | St Frederic Church | 175 S 13th St | St Helens | 97051 | Columbia | Parish Facilities | $90,400 | Listed for sale at $89,900. |
| R14947 | Sacred Heart Church | 14013 Manning Rd | St Louis | 97026 | Marion | Parish Facilities | $327,980 | |
| R14948 | Sacred Heart Church | 14013 Manning Rd | St Louis | 97026 | Marion | Parish Cemetery | $4,740 | |
| R60707 | Sacred Heart Church | 14013 Manning Rd | St Louis | 97026 | Marion | Parish Facilities | $5,250 | |
| R60708 | Sacred Heart Church | 14013 Manning Rd | St Louis | 97026 | Marion | Parish Facilities | $79,870 | |
| R60713 | Sacred Heart Church | 14013 Manning Rd | St Louis | 97026 | Marion | Parish Facilities | $5,250 | |
| R103241 | St Paul Church | 20217 Christie St NE | St Paul | 97137 | Marion | Parish Facilities | $338,980 | |
| R12038 | St Paul Church | 20217 Christie St NE | St Paul | 97137 | Marion | Parish Cemetery | $147,360 | |
| R12059 | St Paul Church | 20217 Christie St NE | St Paul | 97137 | Marion | Parish Facilities | $2,224,460 | |
| R34216 | Immaculate Conception Church | 525 E Santiam St | Stayton | 97383 | Marion | Parish Facilities | $3,638,730 | |

Exhibit 3 - Page 26 of 32
ANK Decl ISO 2d MPSJ

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 14
9/23/04

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R103753 | Immaculate Conception Church | 525 E Santiam St | Stayton | 97383 | Marion | Parish Facilities | $57,440 | |
| R103756 | Immaculate Conception Church | 975 N Fifth Ave | Stayton | 97383 | Marion | Parish Facilities | $87,730 | Purchased in 1/04 for $85,000. |
| R103810 | Immaculate Conception Church | 1077 N Sixth Ave | Stayton | 97383 | Marion | Parish Facilities | $397,390 | |
| R103811 | Immaculate Conception Church | 525 E Santiam St | Stayton | 97383 | Marion | Parish Facilities | $1,118,290 | |
| R103812 | Immaculate Conception Church | 525 E Santiam St | Stayton | 97383 | Marion | Parish Facilities | $184,330 | |
| R103848 | Immaculate Conception Church | 525 E Santiam St | Stayton | 97383 | Marion | Parish Facilities | $125,490 | |
| R103860 | Immaculate Conception Church | 525 E Santiam St | Stayton | 97383 | Marion | Parish Cemetery | $51,560 | |
| R103830 | Immaculate Conception Church | 1066 N Sixth Ave | Stayton | 97383 | Marion | Parish Facilities | $75,120 | |
| R103931 | Immaculate Conception Church | 1066 N Sixth Ave | Stayton | 97383 | Marion | Parish Facilities | $65,000 | |
| R103932 | Immaculate Conception Church | 525 E Santiam St | Stayton | 97383 | Marion | Parish Facilities | $110,190 | |
| R34210 | Immaculate Conception Church | 525 E Santiam St | Stayton | 97383 | Marion | Parish Facilities | $80,070 | |
| R34219 | Immaculate Conception Church | 525 E Santiam St | Stayton | 97383 | Marion | Parish Facilities | $46,880 | |
| R28950 | St Boniface Church | 371 E Main St | Sublimity | 97385 | Marion | Parish Facilities | $577,190 | |
| R28951 | St Boniface Church | 375 E Church St | Sublimity | 97385 | Marion | Parish Facilities | $653,210 | |
| R21784 | St Francis Xavier Church | 323 N Comstock Rd | Sutherlin | 97479 | Douglas | Parish Facilities | $682,627 | |
| R21864 | St Francis Xavier Church | 323 N Comstock Rd | Sutherlin | 97479 | Douglas | Parish Facilities | $64,686 | |
| 249856 | St Helen Church | 600 Sixth Ave | Sweet Home | 97386 | Linn | Parish Facilities | $90,820 | |
| 249876 | St Helen Church | 600 Sixth Ave | Sweet Home | 97386 | Linn | Parish Facilities | $883,860 | |
| 249884 | St Helen Church | 600 Sixth Ave | Sweet Home | 97386 | Linn | Parish Facilities | $27,190 | |
| R463224 | St Anthony Church | 9905 SW McKenzie St | Tigard | 97223 | Washington | Parish Facilities | $122,050 | |
| R463233 | St Anthony Church | 12515 SW Grant Ave | Tigard | 97223 | Washington | Parish Facilities | $121,300 | |
| R464152 | St Anthony Church | 9905 SW McKenzie St | Tigard | 97223 | Washington | Parish Facilities | $3,729,700 | |
| R464278 | St Anthony Church | 9905 SW McKenzie St | Tigard | 97223 | Washington | Parish Facilities | $247,940 | |
| R475069 | St Anthony Church | SW Gaarde St | Tigard | 97223 | Washington | Parish Cemetery | $714,000 | |
| R476078 | St Anthony Church | SW Gaarde St | Tigard | 97223 | Washington | Parish Cemetery | $271,800 | |
| R480584 | St Anthony Church | 13665 SW Fern St | Tigard | 97223 | Washington | Parish Facilities | $249,150 | |
| 107592 | Sacred Heart Church | 516 Nestucca Ave | Tillamook | 97141 | Tillamook | Parish Facilities | None | |
| 296780 | Sacred Heart Church | 2411 Fifth St | Tillamook | 97141 | Tillamook | Parish Facilities | None | |
| 296799 | Sacred Heart Church | 2411 Fifth St | Tillamook | 97141 | Tillamook | Parish Facilities | None | |
| 299714 | Sacred Heart Church | 2411 Fifth St | Tillamook | 97141 | Tillamook | Parish Facilities | None | |

Page 18 of 22

Exhibit 3 - Page 27 of 32
ANK Decl ISO 2d MPSJ

In re **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**     Case No. **04-37154-elp11**

## STATEMENT OF FINANCIAL AFFAIRS

**EXHIBIT 14**
**9/23/04**

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 299955 | Sacred Heart Church | 2411 Fifth St | Tillamook | 97141 | Tillamook | Parish Facilities | None | |
| 303736 | Sacred Heart Church | Long Prairie Rd | Tillamook | 97141 | Tillamook | Parish Cemetery | None | |
| 394861 | Church of the Resurrection | 21060 SW Stafford Rd | Tualatin | 97062 | Clackamas | Parish Facilities | $3,350,315 | |
| 1176294 | St Catherine of Siena Church | 25181 E Broadway | Veneta | 97487 | Lane | Parish Facilities | $60,845 | |
| 501124 | St Catherine of Siena Church | 25181 E Broadway | Veneta | 97487 | Lane | Parish Facilities | $32,245 | |
| 501732 | St Catherine of Siena Church | 25181 E Broadway | Veneta | 97487 | Lane | Parish Facilities | $54,636 | |
| 501823 | St Catherine of Siena Church | 25181 E Broadway | Veneta | 97487 | Lane | Parish Facilities | $283,853 | |
| 04-012 2404-014-02(10) | St Mary Church | 960 Missouri Ave | Vernonia | 97064 | Columbia | Parish Facilities | $586,200 | Option Agreement for purchase of approximately 5,000 sq. ft. of property by the City of Vernonia, in effect since 2/21/03. Notice of exercise of option received on 6/06/04. |
| R164717 | St Anthony Church | 685 Broadway St | Waldport | 97394 | Lincoln | Parish Facilities | $321,570 | |
| R167352 | St Anthony Church | 320 NE Pine St | Waldport | 97394 | Lincoln | Parish Facilities | $34,410 | |
| R502337 | St Anthony Church | 685 Broadway St | Waldport | 97394 | Lincoln | Parish Facilities | $36,300 | |
| 969394 | St John Church | 24905 E Woodsey Way | Welches | 97067 | Clackamas | Parish Facilities | $404,858 | |
| 819519 | St Cyril Church | 9205 SW Fifth St | Wilsonville | 97070 | Clackamas | Parish Facilities | $204,861 | |
| 819528 | St Cyril Church | 9205 SW Fifth St | Wilsonville | 97070 | Clackamas | Parish Facilities | $967,423 | |
| 819537 | St Cyril Church | 9205 SW Fifth St | Wilsonville | 97070 | Clackamas | Parish Facilities | $77,666 | |
| 819546 | St Cyril Church | 9205 SW Fifth St | Wilsonville | 97070 | Clackamas | Parish Facilities | $504,124 | |
| R108533 | St Luke Church | 529 Harrison St | Woodburn | 97071 | Marion | Parish Facilities | $29,340 | |
| R108534 | St Luke Church | 529 Harrison St | Woodburn | 97071 | Marion | Parish Facilities | $52,830 | |
| R108747 | St Luke Church | 474 Harrison St | Woodburn | 97071 | Marion | Parish Facilities | $114,450 | |
| R108751 | St Luke Church | 521 W Lincoln St | Woodburn | 97071 | Marion | Parish Facilities | $181,980 | |
| R12775 | St Luke Church | 1679 N Front St | Woodburn | 97071 | Marion | Parish Facilities | $497,970 | |
| R12838 | St Luke Church | 417 Harrison St | Woodburn | 97071 | Marion | Parish Facilities | $1,381,320 | |
| R12840 | St Luke Church | 529 Harrison St | Woodburn | 97071 | Marion | Parish Facilities | $1,305,590 | |
| R12842 | St Luke Church | 417 Harrison St | Woodburn | 97071 | Marion | Parish Facilities | $165,290 | |
| R12847 | St Luke Church | 529 Harrison St | Woodburn | 97071 | Marion | Parish Facilities | $1,488,370 | |
| R12856 | St Luke Church | 529 Harrison St | Woodburn | 97071 | Marion | Parish Facilities | $76,400 | |
| M00156302 | St John Church | 7601 NW Meadow Lake Rd | Yamhill | 97148 | Yamhill | Parish Facilities | $13,797 | |
| 87907 | St John Church | 445 N Maple St | Yamhill | 97148 | Yamhill | Parish Facilities | $545,227 | |

Exhibit 3 - Page 28 of 32
ANK Decl ISO 2d MPSJ

In re **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**    Case No. **04-37154-elp11**

## EXHIBIT 14
### 9/23/04

## STATEMENT OF FINANCIAL AFFAIRS

### II. School real properties with legal title in the name of Debtor

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 376069 | Marist High School | 1900 Kingsley Rd | Eugene | 97401 | Lane | School Facilies [2] | $202,678 | |
| 1112505 | Marist High School | 1900 Kingsley Rd | Eugene | 97401 | Lane | School Facilies | $242,256 | |
| 376077 | Marist High School | 1900 Kingsley Rd | Eugene | 97401 | Lane | School Facilies | $14,788,885 | |
| R316841 | Central Catholic High School | 2401 SE Stark St | Portland | 97214 | Multnomah | School Facilies | $9,479,810 | |
| R144317 | Central Catholic High School | 435 SE 24th Ave | Portland | 97214 | Multnomah | School Facilies | $59,000 | |
| R144318 | Central Catholic High School | 2335 SE Stark St | Portland | 97214 | Multnomah | School Facilies | $166,830 | |
| R144319 | Central Catholic High School | 2323 SE Stark St | Portland | 97214 | Multnomah | School Facilies | $134,550 | |
| R144325 | Central Catholic High School | 2334 SE Oak St | Portland | 97214 | Multnomah | School Facilies | $148,750 | |
| R144326 | Central Catholic High School | 2342 SE Oak St | Portland | 97214 | Multnomah | School Facilies | $65,000 | |
| R34310 | Regis High School | 550 W Regis St | Stayton | 97383 | Marion | School Facilies | $3,714,130 | |
| R34312 | Regis High School | 550 W Regis St | Stayton | 97383 | Marion | School Facilies | $456,040 | |

### III. Cemetery real properties with legal title in the name of Debtor

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R394790 | Cooper Mountain Cemetery | SW Kemmer Rd | Aloha | 97006 | Washington | Cemetery | None | |
| 634764 | Mt Calvary Cemetery | 300 Mary Ln | Eugene | 97405 | Lane | Cemetery | $109,347 | Established on land donated for a cemetery in 1889. Dedicated funds held for perpetual maintenance of cemetery |
| 636095 | Mt Calvary Cemetery | 300 Mary Ln | Eugene | 97405 | Lane | Cemetery | $37,381 | " |
| 636104 | Mt Calvary Cemetery | 300 Mary Ln | Eugene | 97405 | Lane | Cemetery | $40,499 | " |
| 636468 | Mt Calvary Cemetery | 300 Mary Ln | Eugene | 97405 | Lane | Cemetery | $48,600 | " |
| 636476 | Mt Calvary Cemetery | 300 Mary Ln | Eugene | 97405 | Lane | Cemetery | $101,004 | " |
| 641975 | Mt Calvary Cemetery | 300 Mary Ln | Eugene | 97405 | Lane | Cemetery | $305,220 | " |
| R338544 | St Joseph Cemetery | NW Powell Blvd | Gresham | 97030 | Multnomah | Cemetery | $92,400 | Land donated in 1894 "to be used as a Burial Ground exclusively" |
| 118152 | Gethsemani Cemetery | 11666 SE Stevens Rd | Portland | 97266 | Clackamas | Cemetery | $121,879 | Perpetual care cemetery trust for Gethsemani Cemetery established in 1953 funds perpetual maintenance of cemetery. Land included in cemeteries t and at cost |
| 118161 | Gethsemani Cemetery | 11666 SE Stevens Rd | Portland | 97266 | Clackamas | Cemetery | $1,755,667 | |
| 118633 | Gethsemani Cemetery | 11666 SE Stevens Rd | Portland | 97266 | Clackamas | Cemetery | $200,220 | |

Exhibit 3 - Page 29 of 32
ANK Decl ISO 2d MPSJ

EXHIBIT 14
9/23/04

In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole    Case No. 04-37154-elp11

## STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | County | Zip Code | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R170547 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $691,600 | Perpetual care cemetery trust for Mt Calvary Cemetery established in 1933 funds perpetual maintenance of cemetery. Land included in cemeteries fund at cost |
| R170548 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $361,570 | " |
| R316592 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $1,015,320 | " |
| R316595 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $5,768,180 | " |
| R316596 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $309,520 | " |
| R316650 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $108,440 | " |
| R326876 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $1,096,300 | " |
| R326877 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $72,680 | " |
| R326983 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $261,880 | " |
| R327178 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $44,400 | " |
| R316651 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $1,430 | " |
| R533570 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $231,600 | " |
| R533564 | Mt Calvary Cemetery | 333 SW Skyline Blvd | Portland | Multnomah | 97221 | Cemetery | $163,500 | " |
| R22595 | St Anthony of Padua Cemetery | SW Murray Blvd | Portland | Washington | 97226 | Cemetery | None | " |

## IV. Other real properties with legal title in the name of Debtor

| APN | Beneficial/Equitable Owner | Address | City | County | Zip Code | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| R139148 | Priests Retirement Fund | 4565 St. John Vianney Way | Beaverton | Washington | 97007 | St John Vianney Retirement Residence (for priests) | $736,080 | Ground leased from Sisters of St Mary of Oregon (50 yr. lease with 50 yr. renewal option, ending 2052). Tax assessor's market value is for buildings only. Residence funded by proceeds of a capital campaign for priests retirement in 1993 |
| 162567 | CYO/Camp Howard | 11010 SE Camp Howard Rd | Corbett | Clackamas | 97019 | Camp | $268,985 | Land donated for use as a camp for Catholic children. Operated as a camp by CYO/Camp Howard since 1953 |
| 162576 | CYO/Camp Howard | 11010 SE Camp Howard Rd | Corbett | Clackamas | 97019 | Camp | $1,685,344 | " |
| 1-070598-6 | St Rita Retreat Center | 10800 Blackwell Rd | Gold Hill | Jackson | 97525 | Retreat Center | $566,670 | Land donated for use as a retreat center in 1982 |

Page 21 of 22

Exhibit 3 - Page 30 of 32
ANK Decl ISO 2d MPSJ

In re **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**    Case No. **04-37154-elp11**

**EXHIBIT 14**
**9/23/04**

## STATEMENT OF FINANCIAL AFFAIRS

| APN | Beneficial/Equitable Owner | Address | City | Zip Code | County | Use | Tax Assessor's Market Value | Comments |
|---|---|---|---|---|---|---|---|---|
| 109992 | Griffin Center | 11933 SE Fuller Rd | Milwaukie | 97222 | Clackamas | Ministry Formation Center | * | * APN/Assessor's market value includes Christ the King parish school, gym, and office building, as well as the ministry formation center. See page 8 |
| R18050 | Felix Rougier House of Studies | 585 E College St. | Mt Angel | 97362 | Marion | Priest Formation House | $1,230,500 | Tax Assessor's market value is for building only. Debtor owns 77% of building. Missionaries of the Holy Spirit own 23%. Land is real property of St Mary Church, Mt Angel. See page 9 |
| R191208 | Seminary Education Fund | 3221 NE 32nd Pl | Portland | 97212 | Multnomah | Residential | $366,810 | Bequest Res Seminary Education. Resident has life estate |
| 43020320050 | Priests Retirement Fund | Atterberry Rd | Sequim | 98382 | Clallam | Vacant Land (1/2 interest) | $52,980 | Donation 1/2 Res Priests Retirement, 1/2 Res St Pius X Church |

¹ "Parish Facilities" includes property held for present or future parish use.

² "School Facilities" includes property held for present or future school use.

Exhibit 3 - Page 31 of 32
ANK Decl ISO 2d MPSJ

1  Thomas W. Stilley, OSB No. 88316
   William N. Stiles, OSB No. 65123
2  Susan S. Ford, OSB No. 84220
   SUSSMAN SHANK LLP
3  1000 SW Broadway, Suite 1400
   Portland, OR  97205-3089
4  Telephone: (503) 227-1111
   Facsimile: (503) 248-0130
5  E-Mail:    tom@sussmanshank.com
              bills@sussmanshank.com
6              susanf@sussmanshank.com
   Attorneys for Debtor and Debtor-In-Possession
7
                IN THE UNITED STATES BANKRUPTCY COURT
8                       DISTRICT OF OREGON

9  In re:                              )   Case No. 04-37154-elp11
                                       )
10 **ROMAN CATHOLIC ARCHBISHOP OF**    )
   **PORTLAND IN OREGON, AND**         )   CERTIFICATE OF SERVICE
11 **SUCCESSORS, A CORPORATION**       )
   **SOLE**, dba the **ARCHDIOCESE OF**)
12 **PORTLAND IN OREGON,**             )
                                       )
13                   Debtor.           )
                                       )
   _____    )
14

15      I certify that on October 13, 2004, I served **by first class mail**, **Debtor's**

16 **AMENDED STATEMENT OF FINANCIAL AFFAIRS** as follows:

17 Pamela Griffith                    Mr. Donn Christensen
   U.S. Trustee's Office              c/o Michael Morey P.C
18 District of Oregon                 8 N. State St., Suite 301
   620 SW Main Street, Rm. 213        Lake Oswego, OR 97034
19 Portland, OR  97205

20
   Albert N. Kennedy
21 Tonkon Torp LLP
   888 SW 5th Ave., Suite 1600
22 Portland, OR  97204

23      Dated this 13th day of October, 2004.

24                          SUSSMAN SHANK LLP

25

26                          _____
                            Susan S. Ford, OSB No. 84220
                            Attorneys for Debtor and Debtor-In-Possession
   F:\CLIENTS\14961\004\CERTIFICATES OF SERVICE AND RELATED INFORMATION\P-CERTIFICATE OF SERVICE (AMENDED SOFA).DOC

   **Page 1 of 1** - CERTIFICATE OF SERVICE

Exhibit 3 - Page 32 of 32
ANK Decl ISO 2d MPSJ

**Case:**   In Re:  ROMAN CATHOLIC

ARCHBISHOP OF PORTLAND, OR

LOWRY COURT REPORTING
Phone: (503) 641-8558
TOLL FREE  1-877-641-8558
Fax: (503) 641-5475

KR-335-04

Exhibit 4 - Page 1 of 17
ANK Decl ISO 2d MPSJ

1          UNITED STATES BANKRUPTCY COURT

2             FOR THE DISTRICT OF OREGON

3

4    In re                        )
                                  ) Case No. 04-37154-elp11
5    ROMAN CATHOLIC ARCHBISHOP    )
     OF PORTLAND, OR, and successors, )
6    a corporation sole,          )
                                  )
7    Debtor.                      )
     ─────────────────────────────────)

8

9

10

11

12            341(a) MEETING OF CREDITORS

13         BE IT REMEMBERED That the 341(a) Meeting of Creditors
     was held before Kimberly J. Rise, Certified Shorthand
14   Reporter for the State of Oregon, on Friday, the 6th day
     of August, 2004, commencing at the hour of 10:10 a.m., at
15   the United States District Court, 1000 S.W. 3rd Avenue,
     16th Floor Courtroom, Portland, Oregon.

16

17

18

19

20

21   Reported by:
     Kimberly J. Rise
22   CSR No. 90-0138

23   Job No. KR-335-04

24

25

Exhibit 4 - Page 2 of 17
ANK Decl ISO 2d MPSJ

LOWRY COURT REPORTING

1    your hand or something, because we want everybody to be

2    able to hear.

3              So I'm going to go ahead and ask some of the

4    questions I had and then, as I mentioned, we'll turn it

5    over to Mr. Kennedy.  And I'm going to ask these

6    questions --  Can people hear me as I'm talking?  I'm

7    going to ask these questions not directed at any specific

8    person, and so you can decide who wants to answer them.

9              Before I start, did anybody else have any

10   general statements that they wanted to make?

11             MR. STILLEY:  I don't think so.

12             MS. GRIFFITH:  Can you please explain

13   generally how the archdiocese operates and what it does.

14             ARCHBISHOP VLAZNY:  As the archbishop of

15   Portland, I oversee the pastoral activities of all the

16   Catholic parishes and institutions in Western Oregon.

17   It's a territory of around 30,000 square miles.

18             As the archbishop, I'm responsible for the

19   sacramental and prayer life of the people, the educational

20   ministries, the outreach to the poor and needy, and the

21   governance.

22             And I operate with an administrative staff

23   that serves at the archdiocese and pastoral center here in

24   Portland.  My closest and most direct advisors are a group

25   called the cabinet, eight persons, and two of them are

1    here today.  They are the ones that would be most expert

2    in the areas that pertain to this bankruptcy filing.

3                I have pastors in 124 parishes.  Five of the

4    parishes have a pastoral administrator and the -- who

5    serves because the pastor's only part time.  And then

6    there's 26 missions.

7                The institutions that are operated by the

8    archdiocese are primarily schools.  The archdiocese

9    doesn't own a seminary or a university or a hospital, as

10   is true in some other large archdioceses.

11               And with respect to governance, it's a

12   hierarchical church, and so I am the final say, but I, on

13   many issues, must deal with a presbyteral council which

14   assists me in matters of governance, a board of consulters

15   which must consent with me on some issues that are

16   important, like this one, that I do this.

17               I have an archdiocese and pastoral council to

18   help me in those earlier -- the nongovernance works of the

19   church.  And then I have an administrative or finance

20   council which oversees all financial matters and we meet

21   regularly with Mr. Vuylsteke, and they would be the ones

22   who approve the budget and things like that.

23               MS. GRIFFITH:  Will there be changes in

24   the way the archdiocese operates as a result of the

25   bankruptcy filing?

1    the ministry of secondary education, so I pursued a couple

2    of degrees to be licensed as a school administrator and

3    as a teacher, and I had to study some languages for the

4    sake of pastoral ministry.

5            So those are my educational experiences.

6            MR. KENNEDY:  Would you summarize your

7    employment history with the Roman Catholic Church in the

8    United States.

9            ARCHBISHOP VLAZNY:  Well, for the first

10   22 years of my priesthood, I served as a priest in the

11   archdiocese in Chicago.  I was the associate pastor in

12   five different parishes.  I taught in a high school

13   seminary for 16 years.  I became a pastor of a largely

14   Hispanic parish in the City of Chicago, served there for a

15   few years.

16           And then I was assigned as the president

17   rector of the college seminary, which was affiliated with

18   Loyola University.  And after serving in that capacity for

19   a little more than two years, I became an auxiliary bishop

20   of Chicago, and there I served for three and a half years.

21           And then they sent me off to Minnesota, and I

22   became the bishop of Winona, Minnesota, where I served for

23   ten and a half years.  And in the fall of 1997, I was

24   appointed the archbishop of Portland in Oregon, and here I

25   am.

1      So serious matters that we would feel an

2  obligation to be together on, those are the kinds of

3  matters that would require the approval of the Holy See.

4  Sometimes the Holy See might specifically say that, they

5  might intervene, but that doesn't happen very much.

6           MR. KENNEDY:  So, for example, with the

7  2002 bishops charter for the protection of children and

8  young people, was -- what was the role of the conference

9  in the adoption of that charter?

10           MR. STILLEY:  Hold on here.  I think

11  we're getting a little far afield here with -- I think you

12  may be getting into religious matters which are covered by

13  the First Amendment, and I don't want us going into things

14  that -- that will be protected by the constitutional

15  privilege of freedom of religion.

16      And you're getting into church governance

17  here, I think, more than you're getting into the financial

18  affairs and stuff with the debtor, so I think we need to

19  be a little careful here.

20           MR. KENNEDY:  Well, I guess I would ask

21  Archbishop Vlazny to explain why answering the question

22  relating to the adoption of the bishops charter for the

23  protection of children and young people in 2002 would in

24  any way burden or inhibit anyone's free exercise of

25  religion.

1   counsel for the Archdiocese of Portland?

2               ARCHBISHOP VLAZNY:  No.

3               MR. KENNEDY:  Then, Ms. Furness, I would

4   ask you what the substance of your conversations with

5   Mr. Chopko were.

6               MR. STILLEY:  Could you repeat the

7   question?

8               MR. KENNEDY:  I'm just asking Ms. Furness

9   for the substance of her conversation with Mr. Chopko.

10              MR. STILLEY:  That's privileged.  It's

11  communications in the church and religious affairs.  I'm

12  going to have to assert the privilege of the First

13  Amendment on that.

14              MR. KENNEDY:  Your assertion is a First

15  Amendment privilege, rather than a --

16              MR. STILLEY:  And there may be -- and

17  there may be other privileges, and I'm not sure what they

18  might be, but I'm not going to get into it here.

19              AUDIENCE MEMBER:  Speak up, please.

20              MR. STILLEY:  First Amendment, there's

21  the Religious Freedom Restoration Act.  I'm not going to

22  get into all these First Amendment things here.  And

23  you're talking about communications with a lawyer for the

24  conference of Catholic bishops.  That's not relevant.

25              MR. KENNEDY:  Well, it's extremely

Exhibit 4 - Page 7 of 17
ANK Decl ISO 2d MPSJ

1   want to come forward.

2              But, generally, claims have come through

3   litigation, we really have been successful, we -- I've let

4   it be known that we want to deal fairly and responsibly

5   with victims.

6              I'm willing to meet with people.  I have a

7   victims assistance coordinator who's appointed who is

8   willing to meet with people.  We've let it be known in our

9   parishes about these avenues of approach.  Whatever we can

10  do to improve the efforts, we -- we -- we are willing to

11  do.

12             But our posture is, as a church, these are

13  people who are members of our community who have been

14  aggrieved and, as the head of the church, I would want to

15  reach out to them and I would want the people in our

16  parishes to help me reach out to them or do it themselves.

17  So I think that word is out.

18             But I also know it's sometimes difficult for

19  victims to come forward and they come forward at their own

20  rhythm the moment that they sense they can come forward

21  and receive what they feel will be a fair hearing, whether

22  through litigation or through approaching someone in the

23  parish or at the archdiocese.

24             MR. KENNEDY:  Now, in a letter to your

25  parishioners dated February 17th, 2004, you stated that 37

Exhibit 4 - Page 8 of 17
ANK Decl ISO 2d MPSJ

1    to be associated with the archdiocese or assigned to an

2    archdiocese parish or ministry.

3              MS. FURNESS:  Various religious orders

4    over the years have staffed different parishes, and so

5    they are assigned by their religious order to a certain --

6    typically, parish ministry assignment.  The bishop

7    approves that assignment.  So they are not archdiocesan

8    priests, they're religious order priests working in an

9    archdiocesan ministry.

10              MR. KENNEDY:  And to your knowledge,

11    would the religious order then have personnel records with

12    respect to those priests?

13              MS. FURNESS:  Yes, they would.

14              MR. KENNEDY:  And has an effort been made

15    as yet to obtain those records?

16              MS. FURNESS:  As I said before, most of

17    the priests identified have been the subject of litigated

18    claims.  In virtually every situation where a claim has

19    been litigated, the religious order has provided what

20    records it has, the archdiocese has provided what records

21    we have.

22              MR. KENNEDY:  Just to sort of wrap this

23    up, to the best of your knowledge, the source documents,

24    the source records that you used to compile your report to

25    the John Jay study are still available?  Is that correct?

1   entities including dioceses and parishes.  And the

2   question is, has this archdiocese adopted any statutes?

3                    ARCHBISHOP VLAZNY:  I really don't know.

4   I'm sorry.

5                    MR. KENNEDY:  And to your knowledge, have

6   any of the parishes in this archdiocese adopted any

7   statues as required or permitted by Canon 117?

8                    ARCHBISHOP VLAZNY:  I don't know.

9                    MR. KENNEDY:  But sitting here today, you

10  are unaware of anything that's called a statute that has

11  been adopted by this archdiocese; is that correct?

12                   ARCHBISHOP VLAZNY:  Yes.

13                   MR. KENNEDY:  And sitting here today, you

14  are unaware of any statutes that have been adopted by any

15  parish of this archdiocese; is that correct?

16                   ARCHBISHOP VLAZNY:  Yes.

17                   MR. KENNEDY:  Now, in your time as a

18  bishop or archbishop, have you ever ordered that any

19  parishes be suppressed or merged?

20                   ARCHBISHOP VLAZNY:  Yes, a couple times

21  in Minnesota; and since I've been here, we've done it a

22  few times, as well.

23                   MR. KENNEDY:  Would you -- would you just

24  describe the times that you have ordered that while you've

25  been here.

Exhibit 4 - Page 10 of 17
ANK Decl ISO 2d MPSJ

1    ARCHBISHOP VLAZNY:  Here?  Well, we had

2   the -- when I came, back in 1997, the parishes in North

3   Portland were in the process of determining how they would

4   continue to function.  And, at the time, there were four

5   parishes in North Portland.

6        And a recommendation was made to me, in the

7   spring of 1998, that the parishes be consolidated into one

8   parish and called the North Portland Catholic Community.

9   And one by one, the other parishes were eventually

10  suppressed when we determined how the parish assets and

11  property would be utilized in the future.

12        The other time, it was a small parish,

13  St. Johns, down in Drain, Oregon, which was served by a --

14  served basically as a mission of the parish in Sutherlin,

15  St. Francis, and that parish -- that would be three or

16  four years ago -- was suppressed and the parish assets,

17  you know, went over to the parish where they -- and the

18  parishioners went to Sutherlin or Roseburg, I -- those

19  parishes now work together, Sutherlin and Roseburg.

20        MR. KENNEDY:  And under canon law, is it

21  your decision to decide whether to suppress or merge a

22  parish?

23        ARCHBISHOP VLAZNY:  Right, following

24  certain procedures, yes.  I'm the final say.

25        MR. KENNEDY:  Do you know Archbishop Sean

Exhibit 4 - Page 11 of 17
ANK Decl ISO 2d MPSJ

1    O'Malley?

2                    ARCHBISHOP VLAZNY:  Yes.

3                    MR. KENNEDY:  And is he the archbishop of

4    the diocese in Boston?

5                    ARCHBISHOP VLAZNY:  Yes.

6                    MR. KENNEDY:  Are you aware that he is in

7    the process of suppressing 60 to 70 parishes in the

8    Archdiocese of Boston?

9                    ARCHBISHOP VLAZNY:  I am aware that he's

10   suppressing parishes.  I don't know the exact number, but

11   it's a big number.

12                   MR. KENNEDY:  Does he have the authority

13   to do that as the archbishop of the Archdiocese of Boston?

14                   MR. STILLEY:  Mr. Kennedy, how would he

15   know?

16                   MR. KENNEDY:  It's under canon law.

17                   MR. STILLEY:  Well, it's up to that

18   archbishop to decide based on his circumstances.

19                   MR. KENNEDY:  I asked him if he had the

20   authority, not whether he was right in doing it.

21                   MR. STILLEY:  If you know.

22                   ARCHBISHOP VLAZNY:  Well, he has the same

23   authority in his diocese that I have in mine.

24                   MR. KENNEDY:  Which includes suppressing

25   the parishes, doesn't it?

1                    ARCHBISHOP VLAZNY:  Yes.

2                    MR. STILLEY:  Mr. Kennedy, the problem

3      with that --

4                    MR. KENNEDY:  The question has been asked

5      and answered.  We'll move on.

6           I'm going to ask -- I'm going to ask some

7      questions -- a few questions with respect to the schedules

8      of assets and liabilities and the statement of financial

9      affairs that were filed in this case.

10               And, Archbishop Vlazny, did you review those

11     documents before they were filed?

12                   ARCHBISHOP VLAZNY:  Not thoroughly.

13                   MR. KENNEDY:  Who was primarily

14     responsible for preparing and filing those documents?

15                   ARCHBISHOP VLAZNY:  The two people who

16     are up here answering questions with me.

17                   MR. KENNEDY:  Now, you were asked a few

18     questions earlier about an entry in the schedule of

19     liabilities, and particularly Schedule D, which lists

20     creditors holding secured claims which lists the

21     archbishop as trustee of the perpetual endowment as one of

22     the secured creditors.

23               Are you aware of the loan that was made by the

24     perpetual endowment to the archdiocese?

25                   ARCHBISHOP VLAZNY:  Am I personally aware

1    debtor do not list any of the accounts that are in the

2    name of the parishes; is that correct?

3                    MS. FURNESS:  Correct.

4                    MR. KENNEDY:  Do -- Ms. Furness, do you

5    or anyone else at the pastoral center have signing

6    authority for accounts held at the parish level?

7                    MS. FURNESS:  I don't, but I'm going to

8    let Mr. Vuylsteke answer that.

9                    MR. VUYLSTEKE:  For checking accounts and

10   for -- for checking accounts and for dollar amounts -- for

11   checking accounts and for amounts in other long-term pool,

12   I have signing authority, yes.

13                   MR. KENNEDY:  And -- okay, so that's two

14   different -- those are two different instances in which

15   you have signing authority?

16                   MR. VUYLSTEKE:  Yes.

17                   MR. KENNEDY:  And so is it your

18   understanding that you have signing authority on all of

19   the checking accounts held at the parish levels?

20                   MR. VUYLSTEKE:  Yes.

21                   MR. KENNEDY:  And how does that actual --

22   how do the mechanics actually work for parish-level

23   checking accounts?

24                   MR. VUYLSTEKE:  When a parish opens up an

25   account, they get their signatures on the cards and then

1    they send it in for my signature.  My signature is on

2    there for emergency purposes and for continuance purposes.

3                    MR. KENNEDY:  And is there any limitation

4    on the -- on your ability to sign checks for the -- on the

5    parish checking accounts?

6                    MR. VUYLSTEKE:  Only if they present them

7    to me or ask.

8                    MR. KENNEDY:  Well, if you were to sign a

9    check and present it to the bank, would the bank honor

10   that check?

11                   MR. VUYLSTEKE:  Yes.

12                   MR. KENNEDY:  Now, Archbishop Vlazny --

13              We're getting close to the end of my list, by

14   the way.

15              -- I have a couple more questions for you.

16   And one question is that, prior to the adoption of the

17   charter for the protection of children and young people,

18   were there procedures in place, to your knowledge, in the

19   United States, in the diocese of the United States, for

20   the manner in which sexual abuse or priest abuse

21   allegations were to be handled by the Roman Catholic

22   Church?

23                   ARCHBISHOP VLAZNY:  There weren't

24   procedures that were common across the United States, but

25   there were five principles that the bishops agreed upon

1   something and ask you if this is your press release or

2   not, okay?  It's a -- for the record, it's a May 10th,

3   2002, press release from the Catholic Sentinel.

4                    ARCHBISHOP VLAZNY:  Oh, this is one of my

5   columns.

6                    MR. MULLEN:  That is one of your columns.

7                    ARCHBISHOP VLAZNY:  Uh-huh.

8                    MR. MULLEN:  Okay, if you could look

9   down -- there's one, two, three, four, five -- could you

10  read me the fifth paragraph.

11                   ARCHBISHOP VLAZNY:  Presently, the

12  archdiocese has been able to settle almost all claims

13  through the archdiocesan insurance fund.  But you and I

14  are the ones who contribute to that fund through parish

15  assessments.  There is no archdiocese apart from the

16  parishes and institutions.  They are the means by which we

17  offer people pastoral care and carry on our sacramental

18  teaching and service ministry.  If and when the insurance

19  fund is depleted, payments of claims must be made through

20  other funds of the archdiocese.  Certainly, victims need

21  to be assisted and compensated for their suffering.

22                   MR. MULLEN:  Now, you started

23  contemplating potentially going bankrupt in February of

24  2003; is that correct?

25                   ARCHBISHOP VLAZNY:  That was the first

1    STATE OF OREGON              )
                                  )  ss.
2    County of Washington         )

3

4        I, Kimberly J. Rise, Certified Shorthand Reporter for

5    the State of Oregon, hereby certify that at said time and

6    place I reported in Stenotype all testimony adduced and

7    other oral proceedings had in the foregoing matter; that

8    thereafter my notes were reduced to typewriting under my

9    direction; and that the foregoing 165 pages constitute a

10   full, true and accurate record of all such testimony

11   adduced and oral proceedings had and of the whole thereof.

12       IN WITNESS WHEREOF I have hereunto set my hand this

13   9th day of August, 2004.

14

15

16

17                      /S/KIMBERLY J. RISE
                        Kimberly J. Rise
18                      Certified Shorthand Reporter
                        for the State of Oregon
19                      CSR No. 90-0138

20

21

22

23

24

25

Exhibit 4 - Page 17 of 17
ANK Decl ISO 2d MPSJ

1              IN THE CIRCUIT COURT OF THE STATE OF OREGON
               IN AND FOR THE COUNTY OF MULTNOMAH
2

3    WB, BC, VC, JC1, RC, JD, and     )
     PR,                              )
4              Plaintiffs,            )No. 0105-04547
          vs.                         )
5                                     )
                                      )
6    THOMAS JURATOVOC; as the         )
     Personal Representative for      )
7    the Estate of MAURICE            )
     GRAMMOND; The ARCHDIOCES OF      )
8    PORTLAND IN OREGON, an Oregon    )
     Corporation; and the ROMAN       )
9    CATHOLIC ARCHBISHOP OF           )
     PORTLAND IN OREGON, and          )
10   successor, a corporation sole,   )
     dba the ARCHDIOCESE OF           )
11   PORTLAND IN OREGON,              )
                                      )
12             Defendants.            )
                                      )
13   _____ )
     CB,                              )
14             Plaintiff,             )
          vs.                         )
15   THOMAS JURATOVOC; as the Personal )
     Representative for the Estate of )
16   MAURICE GRAMMOND, Deceased; The  )
     ARCHDIOCESE OF PORTLAND IN OREGON, )No. 0107-07514
17   an Oregon Corporation; and the   )
     ROMAN CATHOLIC ARCHBISHOP OF     )
18   PORTLAND IN OREGON, and          )
     successors, a corporation sole,  )
19   dba the ARCHDIOCESE OF PORTLAND  )
     IN OREGON,                       )
20             Defendants.            )
     _____ )
21   VIDEOTAPED DEPOSITION OF ARCHBISHOP WILLIAM LEVADA
22             San Francisco, California
                    April 7th, 2004
23
24   Reported by:  Darcy J. Brokaw, RPR, CRR,
     CSR No. 12584
25   Job No. 51167

                                                    1

Exhibit 5 - Page 1 of 10
ANK Decl ISO 2d MPSJ

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF MULTNOMAH

WB, BC, VC, JC1, RC, JD, and        )
PR,                                 )
                                    )
         Plaintiffs,                )
                                    )
vs.                                 )  No. 0105-04547
                                    )
THOMAS JURATOVOC; as the            )
Personal Representative for         )
the Estate of MAURICE               )
GRAMMOND; The ARCHDIOCES OF         )
PORTLAND IN OREGON, an Oregon       )
Corporation; and the ROMAN          )
CATHOLIC ARCHBISHOP OF              )
PORTLAND IN OREGON, and             )
successor, a corporation sole,      )
dba the ARCHDIOCESE OF              )
PORTLAND IN OREGON,                 )
                                    )
         Defendants.                )
_____)
CB,                                 )
         Plaintiff,                 )
    vs.                             )
THOMAS JURATOVOC; as the Personal   )
Representative for the Estate of    )
MAURICE GRAMMOND, Deceased; The     )
ARCHDIOCESE OF PORTLAND IN OREGON,  )No. 0107-07514
an Oregon Corporation; and the      )
ROMAN CATHOLIC ARCHBISHOP OF        )
PORTLAND IN OREGON, and             )
successors, a corporation sole,     )
dba the ARCHDIOCESE OF PORTLAND     )
IN OREGON,                          )
         Defendants.                )
_____)

VIDEOTAPED DEPOSITION OF ARCHBISHOP WILLIAM LEVADA
taken on behalf of Plaintiffs, at 1 Peter Yorke Way,
San Francisco, California, beginning at 9:10 a.m.
and ending at 1:56 p.m. on April 7th, 2004, before
me, Darcy J. Brokaw, RPR, CRR, CSR No. 12584.

2

```
:25:52    1    no doubt about it.

          2    BY MR. ANDERSON:

          3         Q   Can you think of anything worse than that,

          4    short of homicide?

:25:57    5              MR. DULCICH:  Same objection.

          6         A   Not at the moment.

          7    BY MR. ANDERSON:

          8         Q   Now, you were appointed Archbishop for the

          9    Archdiocese of Portland on July 1st, 1986, and

26:14    10    installed on September 21st, 1986?

         11         A   Yes.

         12         Q   And appointed by the Holy Father?

         13         A   Yes.

         14         Q   And as Archbishop, you answer directly to

26:24    15    the Holy Father?

         16         A   Yes.

         17              MR. ANDERSON:  Now, with his appointment,

         18    Tom, as Archbishop of Portland in 1986, is it still

         19    your position that he shouldn't answer questions

26:40    20    pertaining to his state of knowledge in 1985?

         21              MR. DULCICH:  Well, yes, because --

         22              MR. ANDERSON:  Okay.  I just want to know.

         23              MR. DULCICH:  -- Mr. Devereaux claims

         24    molestation in the early '60s, Mr. Chestnut in 1969,

6:53     25    and Mr. Brewton in 1984.  And Oregon law is awfully
```

18

:47:06  1    Gregorian?

2        A    Yes.

3        Q    And I trust you were assigned there by the

4    bishop?

:47:16  5        A    Yes.

6        Q    And I'd like to ask you about the role of

7    the bishop to a priest.  I'd asked you about the

8    obligations of a priest to the Community of the

9    Faithful.  I'd now like to talk some and ask you

:47:37  10   questions about the relationship between a bishop

11   and a priest.

12           MR. DULCICH:  I appreciate where you're

13   going here, Jeff, but just to save time, again I'm

14   not going to have Archbishop explain any further

:47:52  15   about the internal governance of the Catholic

16   church.

17           MR. ANDERSON:  This isn't internal

18   governance, Tom.  Listen to the question and then

19   make your objection, will you?

:8:00  20          MR. DULCICH:  All right.  Sure.

21   BY MR. ANDERSON:

22       Q    It is correct to say that it is the bishop

23   that is singularly responsible for the placement,

24   transfer, and supervision of priests within his

:19  25   Diocese, correct?

33

48:20   1        A    Yes.

        2            MR. DULCICH:  Let me just object to that.

        3    That is internal governance.  And I appreciate the

        4    question.  He answered it; so I guess I wasn't quick

48:32   5    enough with my objection.  So you got me on that

        6    one.  But I -- go ahead, Jeff.

        7            MR. BARTON:  Well, on my behalf, even

        8    though you weren't quite quick enough, I'm willing

        9    to assume that you would have in a timely fashion

48:48  10    asserted your objection and that he's legally not

       11    available to me, absent the judge agreeing with us.

       12            MR. DULCICH:  You know, Mr. Anderson might

       13    be right on that question.  That might not be an

       14    opinion question, although I just -- go ahead, Jeff.

19:08  15            MR. ANDERSON:  Are you saying that that

       16    was an appropriate question, then, and you're not

       17    going to object to it?  I'm confused about what your

       18    position is here.

       19            Tom, let me just say, I've never really

9:19   20    had that objection on that question ever in 23

       21    years.

       22            MR. BARTON:  Well, let him tell us whether

       23    or not he's holding onto his objection.

       24            MR. DULCICH:  Just go ahead, Jeff.

:28    25            MR. ANDERSON:  Okay.

                                                          34

07:30    1    comment about what other people may or may not have

         2    done or should or should not have done is opinion,

         3    and that's outside the scope of this deposition and,

         4    under Oregon procedure, is not proper.

07:43    5            MR. ANDERSON:  Are you instructing him not

         6    to answer?

         7            MR. DULCICH:  I am, I am.  He's here as a

         8    fact witness for the Maurice Grammond case.  And he

         9    came to Portland in 1986.

07:52   10    BY MR. ANDERSON:

        11        Q    When you served as Archbishop in the

        12    Archdiocese of Portland, it was your obligation as

        13    Archbishop to supervise every priest of the

        14    Archdiocese, correct?

08:03   15        A    Yes, in a general sense.

        16        Q    And it was then your obligation to

        17    supervise Maurice Grammond?

        18        A    Yes.

        19        Q    And if, during that time, a rumor of

08:15   20    sexual misconduct by Maurice Grammond surfaced,

        21    whose obligation was it to investigate?

        22        A    If I was the Archbishop, that would be my

        23    obligation, if there was a founded, substantiated

        24    rumor, to conduct an appropriate investigation.

08:43   25        Q    How do you determine if a rumor is founded

                                                            40

Exhibit 5 - Page 6 of 10
ANK Decl ISO 2d MPSJ

```
:14:30   1        Q   Would you agree -- and I'm interrupting

         2   you just a little.  Would you agree that accusations

         3   involving sexual abuse would be a serious complaint?

         4        A   If that's what we're talking about,

:14:39   5   absolutely.

         6        Q   All right.  And why is it you're so sure

         7   that that should be documented?

         8        A   Well, I hope it would be documented.  I

         9   mean, you never know.  There are certainly church

:14:48  10   entities that have sloppy record keeping, so -- but

        11   I mean, it would be -- it would be, you know,

        12   important information, particularly if a priest were

        13   transferring to another Diocese; or even in my case,

        14   if I may say so, you know, for the transition from

15:08   15   one bishop to another, you have to have records.

        16        Q   And I don't know that it was fully

        17   developed, but in fairness to you, I guess you were,

        18   what, the number one administrator, the CEO for the

        19   Archdiocese?  Is that a slang term to capture the

15:25   20   idea of your job?

        21            MR. DULCICH:  Object to the form of the

        22   question.

        23        A   Yes.

        24   BY MR. BARTON:

5:28    25        Q   All right.  And give us a sense of your
```

86

:15:30  1    estimate as to the number of people you were

2    responsible for administering.  And an estimate is

3    fine.

4              MR. DULCICH:  Object to the form.

:15:42  5         A    Not saying that I had the same direct

6    level of responsibility for everybody, but I

7    suppose, oh, 1,500, 2,000.

8    BY MR. BARTON:

9         Q    And that number, albeit an estimate, would

:16:00  10   be those people that you would have had ultimate

11   responsibility for; is that fair?

12        A    I don't think I understand what you mean

13   by "ultimate."

14        Q    Okay.  I guess that there would have been

16:11  15   various entities within the Archdiocese; is that

16   right?

17        A    Right.

18        Q    Give us a sense of some of those entities.

19        A    Well, parishes, for example; they might

16:19  20   have a staff of two or three or 20 or 30.  If they

21   have a school, the school is under the principal;

22   the principal is hired and fired by the pastor, the

23   pastor is appointed by me.

24        Q    I see.  So, in some form or another, to

6:41  25   the extent it's under the umbrella of the

87

:16:43  1   Archdiocese, you would be the titular head of that?

2       A   Yes.

3       Q   All right.  About how much of your time

4   would you say as the Archbishop was spent in the

:16:56  5   administrative responsibilities with this number of

6   people?

7       A   Too much.

8       Q   Well, could you give me a little -- your

9   best estimate on that?

:17:05  10      A   I would say about 60, 70 percent.

11      Q   Now, can you give me your estimate -- and

12  I'm looking for your best recollection -- as to the

13  number of personnel files that would have been

14  maintained at the Archdiocese headquarters during

17:27  15  your tenure?

16      A   Well, there, I would say would be the

17  priest files --

18      Q   An estimate on the --

19      A   -- permitted deacons and lay employees of

17:38  20  the -- not of the parishes, but of the chancery

21  office.

22      Q   Can you give me a sense as to the rough

23  number of those?

24      A   We had about a hundred pastors and priests

.7:48  25  and perhaps 30 or so visiting priests, religious

88

1

2

3            I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby

5    certify:

6            That the foregoing proceedings were taken

7    before me at the time and place herein set forth; that

8    any witnesses in the foregoing proceedings, prior to

9    testifying, were placed under oath; that a verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under my

12   direction; further, that the foregoing is an accurate

13   transcription thereof.

14           I further certify that I am neither

15   financially interested in the action nor a relative or

16   employee of any attorney of any of the parties.

17           IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20   Dated: *April 12, 2004*

21

22

23           *Darcy Brokaw*
             DARCY J. BROKAW, RPR, CRR

24           CSR No. 12584

25

Exhibit 5 - Page 10 of 10
ANK Decl ISO 2d MPSJ