

**Albert N. Kennedy**, OSB No. 82142
   Direct Dial:  (503) 802-2013
   Facsimile:   (503) 972-3713
   E-Mail:      al@tonkon.com
**Timothy J. Conway**, OSB No. 85175
   Direct Dial:  (503) 802-2027
   Facsimile:   (503) 972-3727
   E-Mail:      tim@tonkon.com
**Michael W. Fletcher**, OSB No. 01044
   Direct Dial:  (503) 802-2169
   Facsimile:   (503) 972-3869
   E-Mail:      michaelf@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

Attorneys for Tort Claimants Committee

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'05 JUL -7 P4:27

LODGED_____REC'D____
PAID_____DOCKETED____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

ROMAN CATHOLIC ARCHBISHOP
OF PORTLAND IN OREGON, AND
SUCCESSORS, A CORPORATION
SOLE, dba the ARCHDIOCESE OF
PORTLAND IN OREGON,

         Debtor.

         )
         )
         )  Case No. 04-37154-elp11

TORT CLAIMANTS COMMITTEE,

         Plaintiff,

         v.

ROMAN CATHOLIC ARCHBISHOP
OF PORTLAND IN OREGON, AND
SUCCESSORS, A CORPORATION
SOLE, dba the ARCHDIOCESE OF
PORTLAND IN OREGON,

         Defendant.

Adv. Proc. No. 04-03292-elp

**MEMORANDUM IN SUPPORT OF
TORT CLAIMANTS COMMITTEE'S
MOTION TO COMPEL
PRODUCTION FROM KPMG LLP**

* * *

**Page 1 of 3 -**   MEMORANDUM IN SUPPORT OF TORT CLAIMANTS COMMITTEE'S MOTION
TO COMPEL PRODUCTION FROM KPMG LLP
**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    The Tort Claimants Committee (the "Committee") requests the production of

2    documents from KPMG LLP ("KPMG") which it has already compiled and identified as

3    KPMG 0001 - KPMG 01074 but not produced because of Debtor's lack of consent. The

4    Committee's request was a third-party request directly to KPMG and does not require

5    Debtor's consent. The documents should be produced without further delay.

6    **A.    BACKGROUND**

7    On May 10, 2005 the Committee issued a Subpoena *Duces Tecum* to the

8    Records Custodian of KPMG LLP ("Subpoena"). A copy of the Subpoena is attached to the

9    Affidavit of Timothy J. Conway as Exhibit 1. The Subpoena was duly served on May 11,

10   2005 and requested the production of documents and testimony on May 30, 2005. Pursuant

11   to consultation between counsel for the Committee and counsel for KPMG, it was agreed that

12   testimony would not be necessary if documents were timely produced. Subsequently,

13   Committee's counsel gave KPMG more than one extension of time to compile and produce

14   the requested documents. By June 22, 2005, KPMG had compiled the documents and

15   identified them as KPMG 00001 - KPMG 01074. However, KPMG only provided the

16   documents to Debtor's counsel. They should have been provide to the Committee as required

17   by the Subpoena.

18   Prior to sending the documents on June 22, 2005, KPMG informed

19   Committee's counsel that they wanted to provide the documents to Debtor for its review prior

20   to production to the Committee. The Committee's counsel voiced concerns over further

21   lengthy delays if left to Debtor's discretion. Committee's counsel requested that the

22   documents be produced immediately or at most the Debtor be given a short time period

23   within which to review the documents. KPMG's counsel complied and in his letter to

24   Debtor's counsel stated that he was to be notified "immediately" if the Debtor wanted to

25   assert any objections or privileges. It has now been more than two weeks since the

26   documents were produced to Debtor. Debtor has not asserted any objections or privileges

**Page 2 of 3 -**   MEMORANDUM IN SUPPORT OF TORT CLAIMANTS COMMITTEE'S MOTION
TO COMPEL PRODUCTION FROM KPMG LLP
**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1 | and now indicates that it will respond no sooner than July 15, 2005.

2 | **B.     KPMG'S DUTY TO PRODUCE IS TO THE COMMITTEE**

3 |       The Subpoena was a request by the Committee to KPMG which is a third-

4 | party not involved in this litigation.[1] KPMG's responsibility under the Subpoena is to

5 | produce documents to the Committee, not Debtor.  The Committee had been working

6 | cooperatively with KPMG with respect to the timing of the production of the documents.

7 | However, the documents have been requested since May 10, 2005 and have been available

8 | for production since June 22, 2005, but not yet  produced to the Committee.  The documents

9 | should be immediately produced to the Committee.

10 |       Debtor should not be permitted to interfere with the Committee's legitimate

11 | third-party discovery requests.  The Committee is unaware of any objection or privilege that

12 | could be reasonably asserted by Debtor with respect to these documents.  Debtor's counsel

13 | was even unable to identify any objection or privilege that would be applicable.  Debtor has

14 | had since the May  10, 2005 issuance of the Subpoena to file any appropriate objections.

15 | Debtor failed to file any objections by the original May 30, 2005 production date and still has

16 | not filed any objection.  Debtor's silence does not constitute an objection justifying the

17 | withholding third-party documents.

18 | * * *

19 | * * *

20 | * * *

21 | * * *

22 | * * *

23 | * * *

24 |

25 | [1] Since the Committee has had difficulty obtaining timely discovery from Debtor, it has chosen to use limited third-party discovery in an attempt to obtain relevant information

26 | without burden to Debtor.

**Page 3 of 3 -**   MEMORANDUM IN SUPPORT OF TORT CLAIMANTS COMMITTEE'S MOTION
TO COMPEL PRODUCTION FROM KPMG LLP
**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    The Committee requests that this Court enter an order compelling KPMG to

2    immediately produce to the Committee the documents KPMG has already identified as

3    KPMG 00001 - KPMG 01074.

4        Respectfully submitted this 7th day of July, 2005.

5                              TONKON TORP LLP

6                              By

7                                  ALBERT N. KENNEDY, OSB No. 82142
                                   TIMOTHY J. CONWAY, OSB No. 85175
                                   Attorneys for Tort Claimants Committee

8    032545\00001\579567 V001

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 4 of 3 -  MEMORANDUM IN SUPPORT OF TORT CLAIMANTS COMMITTEE'S MOTION
TO COMPEL PRODUCTION FROM KPMG LLP
**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    **CERTIFICATE OF SERVICE**

2

3         I hereby certify that I served the foregoing **MEMORANDUM IN SUPPORT**
**OF TORT CLAIMANTS COMMITTEE'S MOTION TO COMPEL PRODUCTION**
4    **FROM KPMG LLP** on:

5    Pamela J. Griffith
     U.S. Trustee's Office
6    620 S.W. Main Street, Room 213
     Portland, OR 97205
7

     Howard M. Levine
8    Thomas W. Stilley
     William N. Stiles
9    Sussman Shank LLP
     1000 S.W. Broadway, Suite 1400
10   Portland, OR 97205-3089
         Attorneys for Debtor Roman Catholic Archbishop of Portland in Oregon
11

     James M. Finn
12   Schwabe, Williamson & Wyatt, P.C.
     1600-1900 Pacwest Center
13   1211 S.W. Fifth Avenue
     Portland, OR 97204-3795
14       Special Counsel for Debtor

15   L. Martin Nussbaum
     Rothgerber Johnson & Lyons LLP
16   Wells Fargo Tower, Suite 1100
     90 South Cascade Avenue
17   Colorado Springs, CO 80903
         Special Counsel for Debtor
18

     Brad T. Summers
19   Ball Janik LLP
     1100 One Main Place
20   101 S.W. Main Street
     Portland, OR 97204-3219
21       Attorneys for Central Catholic High School Parents Association and Central Catholic
         High School Alumni Association
22

     David A. Foraker
23   Greene & Markley, P.C.
     1515 S.W. Fifth Avenue, Suite 600
24   Portland, OR 97201-5492
         Future Claimants Representative
25

26

**Page 1 of 3** -   CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Bradley S. Copeland |
| | Loren S. Scott |
| 2 | Arnold Gallagher Saydack Percell |
| |   Roberts & Potter, P.C. |
| 3 | 800 U.S. Bank Center |
| | 800 Willamette Street |
| 4 | P. O. Box 1758 |
| | Eugene, OR 97440-1758 |
| 5 |     Attorneys for Marist High School Parent & Alumni Service Club |
| 6 | Mr. David L. Johnson |
| | Assistant General Counsel |
| 7 | KPMG LLP |
| | Office of General Counsel |
| 8 | 757 Third Avenue |
| | New York, NY 10017 |
| 9 |     Attorney for KPMG LLP |
| 10 | **REQUESTS FOR NOTICE:** |
| 11 | Steven M. Hedberg |
| | Douglas R. Pahl |
| 12 | Jeanette L. Thomas |
| | Perkins Coie LLP |
| 13 | 1120 NW Couch Street, 10th Floor |
| | Portland, OR 97209-4128 |
| 14 |     Attorneys for Parishes and Parishioners Committee |
| 15 | John L. Langslet |
| | Scott A. Kamin |
| 16 | Michael J. Farrell |
| | Martin, Bischoff, Templeton, |
| 17 |   Langslet & Hoffman |
| | 900 Pioneer Tower |
| 18 | 888 SW Fifth Avenue |
| | Portland, OR 97204 |
| 19 |     Attorneys for Oregon Insurance Guaranty Association |
| 20 |        ☒ mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, |
| 21 | Oregon on the date set forth below; |
| 22 |        ☐ causing a copy thereof to be hand-delivered to each party at each party's last-known address on the date set forth below; |
| 23 | |
| 24 |        ☐ sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each party's last-known address on the date set forth below; |
| 25 |        ☐ faxing a copy thereof to each party at such party's last-known facsimile number on the date set forth below; or |
| 26 | |

**Page 2 of 3** - CERTIFICATE OF SERVICE

1       ☐ e-mailing a copy thereof to each party at such party's last-known e-mail address on the date set forth below.

2

3       DATED this 7th day of July, 2005.

4       TONKON TORP LLP

5       By _____

6       ALBERT N. KENNEDY, OSB No. 82142
      TIMOTHY J. CONWAY, OSB No. 85175

7       Attorneys for Tort Claimants Committee

032545\00001\639406 V001

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 3 of 3** -  CERTIFICATE OF SERVICE