

1   **Albert N. Kennedy**, OSB No. 82142
      Direct Dial:  (503) 802-2013
2     Facsimile:    (503) 972-3713
      E-Mail:       al@tonkon.com
3   **Timothy J. Conway**, OSB No. 85175
      Direct Dial:  (503) 802-2027
4     Facsimile:    (503) 972-3727
      E-Mail:       tim@tonkon.com
5   **Michael W. Fletcher**, OSB No. 01044
      Direct Dial:  (503) 802-2169
6     Facsimile:    (503) 972-3869
      E-Mail:       michaelf@tonkon.com
7   **TONKON TORP** LLP
    1600 Pioneer Tower
8   888 S.W. Fifth Avenue
    Portland, OR  97204
9
            Attorneys for Tort Claimants Committee
10

11            IN THE UNITED STATES BANKRUPTCY COURT

12                  FOR THE DISTRICT OF OREGON

13   In re                               )
                                         )
14   ROMAN CATHOLIC ARCHBISHOP OF        )   Case No. 04-37154-elp11
     PORTLAND IN OREGON, AND SUCCESSORS, A )
15   CORPORATION SOLE, DBA THE ARCHDIOCESE )
     OF PORTLAND IN OREGON,              )
16                                       )
              Debtor.                    )
17                                       )
     _____ )
18                                       )
     TORT CLAIMANTS COMMITTEE,           )   Adv. Proc. No. 04-03292-elp
19                                       )
                  Plaintiff,             )   **TORT CLAIMANTS**
20                                       )   **COMMITTEE'S RESTATED**
            v.                           )   **SECOND MOTION FOR**
21                                       )   **PARTIAL SUMMARY**
     ROMAN CATHOLIC ARCHBISHOP OF        )   **JUDGMENT**
22   PORTLAND IN OREGON, AND SUCCESSORS, A )
     CORPORATION SOLE, dba THE ARCHDIOCESE )
23   OF PORTLAND IN OREGON; JOHN RICKMAN, )
     GLENN PELIKAN  and JOHNSTON MITCHELL, )
24   individually and on behalf of all others similarly )
     situated; ST. ANDREWS CHURCH (PORTLAND), )
25   as represented by its pastor, REV. CHARLES )
     LIENERT, ST. ANTHONY CHURCH (TIGARD), as )
26   represented by its pastor, REV. LESLIE M. SIEG, and )
     ST. JUAN DIEGO CHURCH, as represented by its )

**Page 1 of 3 -**   TORT CLAIMANTS COMMITTEE'S RESTATED SECOND MOTION FOR
                    PARTIAL SUMMARY JUDGMENT

1  pastor, REV. JOHN KERNS, individually and on )
   behalf of all parishes; COMMITTEE OF CATHOLIC )
2  PARISHES, PARISHIONERS AND INTERESTED )
   PARTIES; CENTRAL CATHOLIC HIGH SCHOOL )
3  PARENTS' ASSOCIATION; CENTRAL CATHOLIC )
   HIGH SCHOOL ALUMNI ASSOCIATION; )
4  PHOEBE JOAN O'NEILL; MARIST HIGH SCHOOL )
   PARENTS AND ALUMNI SERVICE CLUB; )
5  FRIENDS OF REGIS HIGH SCHOOL; MARIST )
   HIGH SCHOOL FOUNDATION, an Oregon non- )
6  profit corporation; CATHOLIC YOUTH )
   ORGANIZATION/CAMP HOWARD, an Oregon )
7  non-profit corporation; the ST. ELIZABETH PARISH )
   OF PORTLAND, OREGON, an Oregon non-profit )
8  corporation; THE MISSIONARIES OF THE HOLY )
   SPIRIT, a California corporation; REGIS )
9  ASSOCIATION; REGIS HIGH SCHOOL )
   FOUNDATION, an Oregon non-profit corporation, )
10                                                        )
                    Defendants.                          )
11 _____ )

12        Pursuant to Bankruptcy Rule 7056 and Federal Rule of Civil Procedure 56,

13 the Tort Claimants Committee moves for an order granting it partial summary judgment as

14 follows:

15        1.     Dismissing Debtor's Third Affirmative Defense (Lack of Subject

16 Matter Jurisdiction) and any similar affirmative defense alleged in response to the First

17 Amended Complaint;

18        2.     Dismissing Debtor's Fifth Affirmative Defense (Religious Freedom)

19 and any similar affirmative defense alleged in response to the First Amended Complaint;

20        3.     Dismissing Central Catholic High School Alumni and Parents

21 Association's Third Affirmative Defense (Religious Freedom) and any similar affirmative

22 defense alleged in response to the First Amended Complaint.

23        4.     Declaring that Debtor's parishes and schools have no legal existence

24 separate from or independent of Debtor and do not have the capacity to sue or be sued.

25        This motion is supported by the Tort Claimants Committee's Memorandum in

26 Support of Second Motion for Partial Summary Judgment, the Tort Claimants Committee's

**Page 2 of 3 -**  TORT CLAIMANTS COMMITTEE'S RESTATED SECOND MOTION FOR
                   PARTIAL SUMMARY JUDGMENT

1  Amended Concise Statement of Material Facts, the Declaration of Timothy J. Conway in

2  Support of Tort Claimants Committee's Second Motion for Partial Summary Judgment, the

3  Tort Claimants Committee's Appendix in Support of Second Motion for Partial Summary

4  Judgment, the Affidavit of Malcolm Newkirk in Support of Tort Claimants Committee's

5  Motion for Partial Summary Judgment, and the Affidavit of Patricia L. Miller in Support of

6  Tort Claimants Committee's Motion for Partial Summary Judgment.

7           DATED this 27th day of July, 2005.

8                    TONKON TORP LLP

9

          By _____
10            ALBERT N. KENNEDY, OSB No. 82142
             TIMOTHY J. CONWAY, OSB No. 85175
11            Attorneys for Tort Claimants Committee

12            MARCI A. HAMILTON, *Pro Hac Vice*
             36 Timber Knoll Drive
13            Washington Crossing, PA 18977
             Telephone: (215) 493-1973
14            Special Counsel for Tort Claimants Committee

15  032545\00001\642953 V001

16

17

18

19

20

21

22

23

24

25

26

**Page 3 of 3 -**   TORT CLAIMANTS COMMITTEE'S RESTATED SECOND MOTION FOR
              PARTIAL SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **TORT CLAIMANTS COMMITTEE'S RESTATED SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT** on:

Pamela J. Griffith
U.S. Trustee's Office
620 S.W. Main Street, Room 213
Portland, OR 97205

Howard M. Levine
Thomas W. Stilley
William N. Stiles
Sussman Shank LLP
1000 S.W. Broadway, Suite 1400
Portland, OR 97205-3089
    Attorneys for Debtor Roman Catholic
    Archbishop of Portland in Oregon

James M. Finn
Schwabe, Williamson & Wyatt, P.C.
1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
    Special Counsel for Debtor

L. Martin Nussbaum
Rothgerber Johnson & Lyons LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903
    Special Counsel for Debtor

Brad T. Summers
Ball Janik LLP
1100 One Main Place
101 S.W. Main Street
Portland, OR 97204-3219
    Attorneys for Central Catholic High
    School Parents Association and
    Central Catholic High School Alumni
    Association

David A. Foraker
Greene & Markley, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201-5492
    Future Claimants Representative

Bradley S. Copeland
Loren S. Scott
Arnold Gallagher Saydack Percell
   Roberts & Potter, P.C.
800 U.S. Bank Center
800 Willamette Street
P. O. Box 1758
Eugene, OR 97440-1758
    Attorneys for Intervenor Marist High
    School Parent & Alumni Service Club

**REQUESTS FOR NOTICE:**

Steven M. Hedberg
Douglas R. Pahl
Jeanette L. Thomas
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
    Attorneys for Parishes and
    Parishioners Committee

John L. Langslet
Scott A. Kamin
Michael J. Farrell
Martin, Bischoff, Templeton,
   Langslet & Hoffman
900 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
    Attorneys for Oregon Insurance
    Guaranty Association

Joseph A. Field
Field & Associates
Oregon National Building - Suite 910
610 S.W. Alder Street
Portland, OR 97205
    Attorneys for ACE Property &
    Casualty Company, fka CIGNA
    Property & Casualty Company, fka
    Aetna Insurance Company

**Page 1 of 2 -**   CERTIFICATE OF SERVICE

1

2          ☒ mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

3

4          ☐ causing a copy thereof to be hand-delivered to each party at each party's last-known address on the date set forth below;

5          ☐ sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each party's last-known address on the date set forth below;

6

7          ☐ faxing a copy thereof to each party at such party's last-known facsimile number on the date set forth below; or

8          ☐ e-mailing a copy thereof to each party at such party's last-known e-mail address on the date set forth below.

9

          DATED this 27th day of July, 2005.

10

                    TONKON TORP LLP

11

12

          By _____
13              ALBERT N. KENNEDY, OSB No. 82142
               TIMOTHY J. CONWAY, OSB No. 85175
14             Attorneys for Tort Claimants Committee

15    032545\00001\642953 V001

16

17

18

19

20

21

22

23

24

25

26

**Page 1 of 2** -   CERTIFICATE OF SERVICE