

1  **Albert N. Kennedy**, OSB No. 82142
   Direct Dial:  (503) 802-2013
2  Facsimile:  (503) 972-3713
   E-Mail:  al@tonkon.com
3  **Timothy J. Conway**, OSB No. 85175
   Direct Dial:  (503) 802-2027
4  Facsimile:  (503) 972-3727
   E-Mail:  tim@tonkon.com
5  **Michael W. Fletcher**, OSB No. 01044
   Direct Dial:  (503) 802-2169
6  Facsimile:  (503) 972-3869
   E-Mail:  michaelf@tonkon.com
7  **TONKON TORP** LLP
   1600 Pioneer Tower
8  888 S.W. Fifth Avenue
   Portland, OR  97204
9
        Attorneys for Tort Claimants Committee
10
11        IN THE UNITED STATES BANKRUPTCY COURT

12            FOR THE DISTRICT OF OREGON

13  In re                              )
                                       )
14  ROMAN CATHOLIC ARCHBISHOP OF       )  Case No. 04-37154-elp11
    PORTLAND IN OREGON, AND SUCCESSORS, A )
15  CORPORATION SOLE, DBA THE ARCHDIOCESE )
    OF PORTLAND IN OREGON,             )
16                                     )
                 Debtor.               )
17  _____  )
                                       )
18  TORT CLAIMANTS COMMITTEE,          )  Adv. Proc. No. 04-03292-elp
                                       )
19             Plaintiff,              )  **TORT CLAIMANTS**
                                       )  **COMMITTEE'S THIRD**
20        v.                           )  **MOTION FOR PARTIAL**
                                       )  **SUMMARY JUDGMENT**
21  ROMAN CATHOLIC ARCHBISHOP OF       )  **(11 U.S.C. § 544(a)(3))**
    PORTLAND IN OREGON, AND SUCCESSORS, A )
22  CORPORATION SOLE, dba THE ARCHDIOCESE )  ORAL ARGUMENT
    OF PORTLAND IN OREGON; JOHN RICKMAN, )  REQUESTED
23  GLENN PELIKAN  and JOHNSTON MITCHELL, )
    individually and on behalf of all others similarly )
24  situated; St. ANDREWS CHURCH (PORTLAND), as )
    represented by its pastor, REV. CHARLES LIENERT, )
25  St. ANTHONY CHURCH (TIGARD), as represented )
    by its pastor, REV. LESLIE M. SIEG, and St. JUAN )
26  DIEGO CHURCH, as represented by its pastor,  )

**Page 1 of 4 -**  TORT CLAIMANTS COMMITTEE'S THIRD MOTION FOR PARTIAL SUMMARY
               JUDGMENT (11 U.S.C. § 544(a)(3))

1  REV. JOHN KERNS, individually and on behalf of all  )
   parishes; COMMITTEE OF CATHOLIC PARISHES,  )
2  PARISHIONERS AND INTERESTED PARTIES;  )
   CENTRAL CATHOLIC HIGH SCHOOL PARENTS'  )
3  ASSOCIATION; CENTRAL CATHOLIC HIGH  )
   SCHOOL ALUMNI ASSOCIATION; PHOEBE  )
4  JOAN O'NEILL; MARIST HIGH SCHOOL  )
   PARENTS AND ALUMNI SERVICE CLUB;  )
5  FRIENDS OF REGIS HIGH SCHOOL; MARIST  )
   HIGH SCHOOL FOUNDATION, an Oregon non-  )
6  profit corporation; CATHOLIC YOUTH  )
   ORGANIZATION/CAMP HOWARD, an Oregon  )
7  non-profit corporation; the St. ELIZABETH PARISH  )
   OF PORTLAND, OREGON, an Oregon non-profit  )
8  corporation; THE MISSIONARIES OF THE HOLY  )
   SPIRIT, a California corporation; REGIS  )
9  ASSOCIATION; REGIS HIGH SCHOOL  )
   FOUNDATION, an Oregon non-profit corporation,  )
10  )
                                    Defendants.  )
11  _____  )

12           Pursuant to Bankruptcy Rule 7056 and Federal Rule of Civil Procedure 56,

13  the Tort Claimants Committee moves for an order granting it partial summary judgment

14  (a) avoiding the equitable or beneficial interests, if any, of all defendants other than Debtor,

15  in the Test Properties (as that term is hereinafter defined); and (b) declaring that Debtor holds

16  title to the Test Properties free and clear of any such equitable or beneficial interests.  The

17  Test Properties subject to this motion are properties listed on Exhibit 14 dated September 23,

18  2004, attached in response to question 14 to Debtor's Amended Statement of Financial

19  Affairs filed in Debtor's bankruptcy case on October 13, 2004 as being beneficially or

20  equitably owned by:

21           1.      St. Elizabeth Ann Seton Church, Aloha;

22           2.      St. Mary, Our Lady of the Dunes Church, Florence;

23           3.      St. Michael Church, Oakridge;

24           4.      St. Philip Benizi Church, Oregon City;

25           5.      Holy Redeemer Church, Portland;

26           6.      St. Birgitta Church, Portland;

**Page 2 of 4 -**  TORT CLAIMANTS COMMITTEE'S THIRD MOTION FOR PARTIAL SUMMARY
           JUDGMENT (11 U.S.C. § 544(a)(3))

7.    St. John Fisher Church, Portland;

8.    Queen of Peace Church, Salem;

9.    Immaculate Conception Church, Stayton; and

10.    Regis High School.

The Test Properties are more particularly identified by real property tax account number and location on Exhibit 1 to this Motion. Exhibit 1 also identifies the Preliminary Title Report covering each Test Property.

This Motion is supported by the following:

1.    Tort Claimants Committee's Memorandum in Support of Third Motion for Partial Summary Judgment;

2.    Concise Statement of Material Facts in Support of Tort Claimants Committee's Third Motion for Partial Summary;

3.    Declaration of Albert N. Kennedy in Support of Tort Claimants Committee's Third Motion for Partial Summary Judgment;

4.    Affidavit of Malcolm Newkirk in Support of Tort Claimants Committee's Third Motion for Partial Summary Judgment;

5.    Affidavit of Karen Bachman in Support of Tort Claimants Committee's Third Motion for Partial Summary Judgment;

6.    Affidavit of Anne L. Lewis in Support of Tort Claimants Committee's Third Motion for Partial Summary Judgment; and

* * *

* * *

* * *

* * *

* * *

* * *

**Page 3 of 4 -**  TORT CLAIMANTS COMMITTEE'S THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT (11 U.S.C. § 544(a)(3))

1        7.    Affidavit of Patricia L. Miller in Support of Tort Claimants

2 Committee's Motion for Partial Summary Judgment previously filed in this adversary

3 proceeding on November 12, 2004 (Docket No. 28).

4       DATED this 16th day of August, 2005.

5            TONKON TORP LLP

6

7       By _____

8           ALBERT N. KENNEDY, OSB No. 82142
          Attorneys for Tort Claimants Committee

9 032545\00001\645613 V001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 4 of 4 -**   TORT CLAIMANTS COMMITTEE'S THIRD MOTION FOR PARTIAL SUMMARY
                 JUDGMENT (11 U.S.C. § 544(a)(3))

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# EXHIBIT 1

## TEST PROPERTIES
## TORT CLAIMANTS COMMITTEE'S
## THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT

| PROPERTY TAX ACCT. | CHURCH/SCHOOL | CITY | COUNTY | PRELIM. TITLE REPORT[1] |
|---|---|---|---|---|
| R359873 | St. Elizabeth Ann Seton Church | Aloha | Washington | Ex. 1 |
| 860773 | St. Mary Our Lady of the Dunes Church | Florence | Lane | Ex. 2 |
| 860781 | St. Mary Our Lady of the Dunes Church | Florence | Lane | Ex. 2 |
| 860799 | St. Mary Our Lady of the Dunes Church | Florence | Lane | Ex. 2 |
| 116204 | St. Michael Church | Oakridge | Lane | Ex. 3 |
| 955045 | St. Michael Church | Oakridge | Lane | Ex. 3 |
| 1376843 | St. Philip Benizi Church | Oregon City | Clackamas | Ex. 4 |
| 1563365 | St. Philip Benizi Church | Oregon City | Clackamas | Ex. 4 |
| 907629 | St. Philip Benizi Church | Oregon City | Clackamas | Ex. 4 |
| R315539 | Holy Redeemer Church | Portland | Multnomah | Ex. 5 |
| R502476 | Holy Redeemer Church | Portland | Multnomah | Ex. 5 |
| R325476 | St. Birgitta Church | Portland | Multnomah | Ex. 6 |
| R325478 | St. Birgitta Church | Portland | Multnomah | Ex. 6 |
| R113793 | St. John Fisher Church | Portland | Multnomah | Ex. 7 |
| R329515 | St. John Fisher Church | Portland | Multnomah | Ex. 7 |
| R329535 | St. John Fisher Church | Portland | Multnomah | Ex. 7 |
| R329566 | St. John Fisher Church | Portland | Multnomah | Ex. 7 |
| R73132 | Queen of Peace Church | Salem | Marion | Ex. 8 |
| R81395 | Queen of Peace Church | Salem | Marion | Ex. 9 |
| R34218 | Immaculate Conception Church | Stayton | Marion | Ex. 10 |
| R103753 | Immaculate Conception Church | Stayton | Marion | Ex. 11 |
| R103810 | Immaculate Conception Church | Stayton | Marion | Ex. 12 |
| R103811 | Immaculate Conception Church | Stayton | Marion | Ex. 13 |
| R103812 | Immaculate Conception Church | Stayton | Marion | Ex. 14 |
| R103848 | Immaculate Conception Church | Stayton | Marion | Ex. 15 |
| R103880 | Immaculate Conception Church | Stayton | Marion | Ex. 16 |
| R103930 | Immaculate Conception Church | Stayton | Marion | Ex. 17 |
| R103931 | Immaculate Conception Church | Stayton | Marion | Ex. 18 |
| R103932 | Immaculate Conception Church | Stayton | Marion | Ex. 19 |
| R34210 | Immaculate Conception Church | Stayton | Marion | Ex. 20 |
| R34219 | Immaculate Conception Church | Stayton | Marion | Ex. 17 |
| R34310 | Regis High School | Stayton | Marion | Ex. 22 |
| R34312 | Regis High School | Stayton | Marion | Ex. 22 |

032545\00001\645666 V001

---

[1] All of the Preliminary Title Reports are attached to the Affidavit of Malcolm Newkirk. The exhibit numbers refer to the Newkirk exhibit number for each such Preliminary Title Report.

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **TORT CLAIMANTS COMMITTEE'S THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT (11 U.S.C. § 544(a)(3))** on:

Pamela J. Griffith
U.S. Trustee's Office
620 S.W. Main Street, Room 213
Portland, OR 97205

Howard M. Levine
Thomas W. Stilley
William N. Stiles
Sussman Shank LLP
1000 S.W. Broadway, Suite 1400
Portland, OR 97205-3089
 Attorneys for Debtor Roman Catholic
 Archbishop of Portland in Oregon

James M. Finn
Schwabe, Williamson & Wyatt, P.C.
1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
 Special Counsel for Debtor

L. Martin Nussbaum
Rothgerber Johnson & Lyons LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903
 Special Counsel for Debtor

Brad T. Summers
Ball Janik LLP
1100 One Main Place
101 S.W. Main Street
Portland, OR 97204-3219
 Attorneys for Central Catholic High
 School Parents Association and
 Central Catholic High School Alumni
 Association

David A. Foraker
Greene & Markley, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201-5492
 Future Claimants Representative

Bradley S. Copeland
Loren S. Scott
Arnold Gallagher Saydack Percell
 Roberts & Potter, P.C.
800 U.S. Bank Center
800 Willamette Street
P. O. Box 1758
Eugene, OR 97440-1758
 Attorneys for Intervenor Marist High
 School Parent & Alumni Service Club

**REQUESTS FOR NOTICE:**

Steven M. Hedberg
Douglas R. Pahl
Jeanette L. Thomas
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
 Attorneys for Parishes and
 Parishioners Committee

John L. Langslet
Scott A. Kamin
Michael J. Farrell
Martin, Bischoff, Templeton,
 Langslet & Hoffman
900 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
 Attorneys for Oregon Insurance
 Guaranty Association

Joseph A. Field
Field & Associates
Oregon National Building - Suite 910
610 S.W. Alder Street
Portland, OR 97205
 Attorneys for ACE Property &
 Casualty Company, fka CIGNA
 Property & Casualty Company, fka
 Aetna Insurance Company

**Page 1 of 2 -**   CERTIFICATE OF SERVICE

1    ☒ mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland,

2    Oregon on the date set forth below;

3    ☐ causing a copy thereof to be hand-delivered to each party at each party's last-known address on the date set forth below;

4

5    ☐ sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each party's last-known address on the date set forth below;

6    ☐ faxing a copy thereof to each party at such party's last-known facsimile number on the date set forth below; or

7

8    ☐ e-mailing a copy thereof to each party at such party's last-known e-mail address on the date set forth below.

9    DATED this 16th day of August, 2005.

10    TONKON TORP LLP

11

12    By _____

13    ALBERT N. KENNEDY, OSB No. 82142
Attorneys for Tort Claimants Committee

14    032545\00001\645613 V001

15

16

17

18

19

20

21

22

23

24

25

26

**Page 2 of 2** -   CERTIFICATE OF SERVICE