CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'05 OCT -7 P5:06

LODGED_____ PAID_____
PAID_____ DOCKETED_____

1   Steven M. Hedberg, OSB No. 84244 (shedberg@perkinscoie.com)
    Douglas R. Pahl, OSB No. 95047 (dpahl@perkinscoie.com)
2   PERKINS COIE LLP
3   1120 N.W. Couch Street, Tenth Floor
    Portland, OR 97209-4128
4   Telephone: (503) 727-2000

5       Of Attorneys for Committee of Parishioners

6           UNITED STATES BANKRUPTCY COURT

7           FOR THE DISTRICT OF OREGON

8   In re                              NO. 04-37154-elp11
9   ROMAN CATHOLIC ARCHBISHOP OF
10  PORTLAND IN OREGON, and successors, a
    corporation sole, dba the ARCHDIOCESE OF
11  PORTLAND IN OREGON,
12              Debtor.
13  _____
14  TORT CLAIMANTS COMMITTEE,          Adversary Proceeding
                                       No. 04-3292-elp
15              Plaintiff,
                                       RESPONSE TO THE OBJECTION TO
16  v.                                 CLASS CERTIFICATION FILED BY
                                       GEORGE McCARTIN
17  ROMAN CATHOLIC ARCHBISHOP OF
18  PORTLAND IN OREGON, and successors, a
    corporation sole, dba the ARCHDIOCESE OF
19  PORTLAND IN OREGON,
20              Defendant.
21      In response to the Objection to Class Certification (the "Objection") filed by George
22  McCartin, the designated class representatives, John Rickman, Glenn Pelikan and Johnston
23  Mitchell, individually and on behalf of all others similarly situated; St. Andrews Church
24  (Portland), as represented by its pastor, Rev. Charles Lienert, St. Anthony Church (Tigard), as
25  represented by its pastor, Rev. Leslie M. Sieg, and St. Juan Diego Church, as represented by its
26

PAGE  1-  RESPONSE TO OBJECTION TO CLASS STRUCTURE FILED
          BY GEORGE McCARTIN

[54319-0001/PA052800.011]

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

1    pastor, Rev. John Kerns, individually and on behalf of all parishes (the "Class Representatives"),

2    through designated class counsel, Perkins Coie LLP, state as follows:

3        The Objection raises a number of points that merit clarification.  The Objection points out

4    that the Committee of Catholic Parishes, Parishioners and Interested Parties in the Archdiocese

5    of Portland in Oregon (the "Committee of Parishioners") has not been duly elected by all

6    individual Catholic parishioners and parishes in Western Oregon to be their representative.  The

7    Objection argues that the Committee of Parishioners is therefore not authorized to serve as the

8    representative of a class of all parishes and parishioners in Western Oregon.

9        First, as noted above, the Class Representatives are three individual parishioners and

10    three parishes (as represented by their pastors), not the Committee of Parishioners.  Second, the

11    Court has followed the procedures set forth in Fed. R. Civ. Pro. 23 (as applicable here by virtue

12    of Fed. R. Bankr. Pro. 7023) in certifying the defendant class for purposes of this proceeding.

13    Rule 23 does not require an election, much less a unanimous election process, for approval of

14    class representatives or certification of a class.  FRCP 23.  The Court ordered broad notice and

15    procedural protections for class members that arguably exceed those required by Rule 23.  These

16    procedural protections include the right to opt out of the class and assert views that may differ

17    from those disclosed by the Class Representatives in the Notice of Class Action (the "Notice").

18    At the Court's direction, the Debtor disseminated the Notice widely through direct mail and

19    publication, an approach designed to reach as many of the estimated 390,000 Catholics in

20    western Oregon as possible.  As of this date, counsel is aware of only a single objection having

21    been filed.

22        The Objection also asserts that certain class members may disagree with the positions

23    disclosed by the Class Representatives in the Notice.  The Objection argues that such a lack of

24    unanimity deprives the Class Representatives of typicality and of the ability to fairly and

25    adequately represent the interests of the class, both requirements under Rule 23.  However,

26    unanimity is not required to meet the typicality and fair and adequate elements of Rule 23.  *See,*

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  (503) 727-2000
Fax:  (503) 727-2222

1    *e.g., Cummings v. Connel,* 316 F.3d 886, 896 (C.A. 9 (Cal.), 2003) ("this circuit does not favor

2    denial of class certification on the basis of speculative conflicts); *Blackie v. Barrack*, 524 F.2d

3    891, 909 (9th Cir. 1975) (class members might have differing interests at later stages of

4    litigation, but that "potential conflicts" do not present a valid reason for refusing to certify a

5    class). At this stage, there is no evidence of a division among class members.

6    Moreover, the additional protections the Court has provided to class members, primarily

7    in the form of an opt out right after disclosure by the Class Representatives of their intended

8    legal approach, support the Court's "typicality" and "fair and adequate" findings. Had the claims

9    and the proposed legal approach disclosed by the Class Representatives not met with the

10    approval of the class members receiving the Notice, it is reasonable to expect that dissatisfied

11    class members would opt out of the class. Only a very small percentage of class members

12    (approximately 281 of 389,000 parishioners) exercised their opt out right, minimizing the

13    concern that any division might exist. *See* Status Report Regarding Class Membership.

14    The Objection questions the need for any parish or parishioner participation in this

15    proceeding, suggesting that no objection to the inclusion of parish property in property of the

16    estate should be raised by parishes and parishioners. This raises a question of strategy, not a true

17    division within the class.

18    [W]here the asserted division between the named plaintiffs and unnamed
19    class members is simply over a question of strategy rather than a conflict
inherent in the structure of the class, denial of class certification has
20    depended upon a strong showing that the disagreement was genuine and
fundamental, and that a majority of the class members did not favor
21    litigation.

22    *Fraser v. Major League Soccer, L.L.C.,* 180 F.R.D. 178, 181 -182 (D. Mass. 1998), *citing*

23    *Bailey v. Ryan Stevedoring Co.*, 528 F.2d 551, 553 (5th Cir. 1976) (declining to certify class

24    where named plaintiffs' goal to merge racially segregated unions was opposed by 204 of

25    approximately 230 black union members who filed petition with court); *Davis v. Roadway*

26    *Express, Inc.*, 1977 WL 850 (S.D.Tex. Apr. 27, 1977) (denying certification when 17 of 23

PAGE    3- RESPONSE TO OBJECTION TO CLASS STRUCTURE FILED
BY GEORGE McCARTIN

[54319-0001/PA052800.011]

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

1    putative class members "affirmatively" demonstrated their "lack of desire to be associated" with

2    the lawsuit).

3          The Class Representatives share many of the sentiments expressed by Mr. McCartin in

4    his declaration.  They believe that playing an active role in the bankruptcy adversary proceeding

5    is the most appropriate way to ensure a just and fair result.

6          DATED:  October 7, 2005.

7                              PERKINS COIE LLP

8

9          By  _____
                 Steven M. Hedberg, OSB No. 84244
10               Douglas R. Pahl, OSB No. 95047
                 Class Counsel
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE    4-  RESPONSE TO OBJECTION TO CLASS STRUCTURE FILED
             BY GEORGE McCARTIN

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  (503) 727-2000
Fax:  (503) 727-2222

[54319-0001/PA052800.011]

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'05 OCT -7 P5:06

PAID. _____ DOCKETED. _____

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that I served the foregoing **RESPONSE TO THE OBJECTION TO**

3  **CLASS CERTIFICATION FILED BY GEORGE McCARTIN** by causing a full, true,

4  and correct copy thereof to be sent by the following indicated method or methods, on the date

5  set forth below, pursuant to the attached Service List:

by **electronically** serving via U. S. District Court's CM/ECF system.
6

by **hand delivery** to those attorneys unable to receive electronic
7      transmissions.

8      by **mailing** in a sealed, first-class postage-prepaid envelope and
       deposited with the United States Postal Service at Portland, Oregon.
9      by sending via **overnight courier** in a sealed prepaid envelope.

10
       by **faxing** to the attorney at the fax number shown on the attached
11  [X]  Service List, which is the last-known fax number for the individual's
       office.
12
       DATED:  October 7, 2005.
13

14                          **PERKINS COIE** LLP

15

16                      By _____
                            Douglas R. Pahl, OSB No. 95047
17                          Class Counsel

18

19

20

21

22

23

24

25

26

## Tort Claimants Committee v.
## Roman Catholic  Archbishop of Portland
## in Oregon, and Successors, a corporation sole dba
## the Archdiocese of Portland in Oregon
## Adversary Proceeding No. 04-03292-elp

### List of Interested Parties

James M. Finn
Schwabe, Williamson & Wyatt P.C.
Suite 1600-1900
1211 SW Fifth Avenue
Portland, OR  97204-3795
Fax:  (503) 796-2900

Albert N. Kennedy
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099
Fax:  (503) 274-8779

Howard M. Levine
Thomas W. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Fax:  (503) 248-0130

L. Martin Nussbaum
Rothgerber Johnson & Lyons LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO  80903
Fax:  (719) 386-3070

Paul E. DuFresne
5135 SW 85th Avenue
Portland, OR  97225
Fax:  (503) 297-9933

Pamela J. Griffith
Office of the U.S. Trustee
620 SW Main Street, Room 213
Portland, OR  97205
Fax:  (503) 326-7658

Michael J. Farrell
Martin, Bischoff, Templeton
    Langslet & Hoffman, LLP
888 SW 5th Avenue, #900
Portland, OR  97204
Fax:  (503) 224-9471

Erin K. Olson
Law Office of Erin Olson, P.C.
806 SW Broadway, Suite 800
Portland, OR  97205-3310
Fax:  (503) 546-2200

David A. Foraker
Greene & Markley, P.C.
Suite 600
1515 SW Fifth Avenue
Portland, OR  97201-5492
Fax:  (503) 224-8434

Joseph E. Deems
Deems Law Offices
15260 Ventura Blvd., Ste. 1810
Sherman Oaks, CA  91403
Fax:  (818) 995-6496

Joseph A. Field
Field & Associates
610 SW Alder Street, Suite 910
Portland, OR  97205
Fax:  (503) 225-0276

Bradley S. Copeland
Arnold Gallagher Saydack
    Percell Roberts & Potter PC
P.O. Box 1758
Eugene, OR  97440-1758
Fax:  (541) 484-0536

Brad T. Summers
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, OR  97204
Fax:  (503) 226-3910

James Ray Streinz
McEwen Gisvold LLP
1600 Standard Plaza
1100 SW Sixth Avenue
Portland, OR  97204
Fax:  (503) 243-2687