Phoebe Joan O'Neill, OSB #75406 (Inactive)
Email: edpalf@aol.com
1500 SW 5th Avenue, Unit 703
Portland, OR 97201-5421
Telephone: (503) 228-3483

Defendant

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re,

ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,

Debtor.

TORT CLAIMANTS COMMITTEE,

Plaintiff,

v.

ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, and successors, a corporation sole, dba the ARCHDIOCESE OF PORTLAND IN OREGON, et al.,

Defendant.

NO. 04-37154-elp11

Adversary Proceeding
No. 04-03292-elp

DEFENDANT PHOEBE JOAN O'NEILL'S OPPOSITION TO PLAINTIFF'S RESTATED SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

In answer to Plaintiff's Restated Second Motion for Partial Summary Judgment, Defendant Phoebe Joan O'Neill opposes said Motion, joins in the opposition of Debtor and of Parish and Parishioner Class and Parish Committee, and further joins in the Cross-Motion for Summary Judgment of Debtor.

///

Page 1    DEFENDANT PHOEBE JOAN O'NEILL'S OPPOSITION TO PLAINTIFF'S RESTATED SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1    For the reasons set forth in said oppositions and cross-motion, Defendant O'Neill asks
2 the Court to deny Plaintiff's Motion and grant Debtor's cross-motion.
3    DATED this 19 day of October, 2005

5    By _____
     Phoebe Joan O'Neill, OSB #75406 (I)
6    Telephone: (503) 228-3483
     Email: edpalf@aol.com
7    Defendant

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 2    DEFENDANT PHOEBE JOAN O'NEILL'S OPPOSITION TO PLAINTIFF'S RESTATED SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT